ORIGINAL

1  ROHIT K. SINGLA (SBN 213057)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission St., 27th Floor
3  San Francisco, CA 94105
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077
   *Email: Rohit.Singla@mto.com*
5
6  JAMES W. CANNON, JR. *(pro hac vice pending)*
   WILLIAM P. JOHNSON *(pro hac vice pending)*
7  BAKER BOTTS L.L.P.
   98 San Jacinto Blvd., Suite 1500
8  Austin, TX 78701
   Telephone:    (512) 322-2653
9  Facsimile:    (512) 322-8353
   *Email: jim.cannon@bakerbotts.com*
10
11  MARIA W. BOYCE *(pro hac vice pending)*
    BAKER BOTTS L.L.P.
12  One Shell Plaza
    910 Louisiana
13  Houston, TX 77002
    Telephone:    (713) 229-1922
14  Facsimile:    (713) 229-2722
    *Email: maria.boyce@bakerbotts.com*
15
16  Attorneys for Plaintiffs ABBOTT DIABETES
    CARE INC. and ABBOTT LABORATORIES
17

FILED
AUG 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 05 3117

18              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

19  ABBOTT DIABETES CARE INC. and          CASE NO. _____
20  ABBOTT LABORATORIES,
                                            **COMPLAINT FOR PATENT
21                                          INFRINGEMENT**
              Plaintiffs,
22                                          **DEMAND FOR JURY TRIAL**
          vs.
23                                          **CERTIFICATION OF INTERESTED
    ROCHE DIAGNOSTICS CORP. and             ENTITIES**
24  BAYER HEALTHCARE LLC,

25            Defendants.
26
27
28
                                            COMPLAINT FOR PATENT
                                                 INFRINGEMENT
    1115979.1

1   Plaintiffs Abbott Diabetes Care Inc., formerly known as TheraSense, Inc.,
2   ("ADC") and Abbott Laboratories ("Abbott") bring this action for patent infringement against
3   defendants Roche Diagnostics Corp. ("Roche") and Bayer HealthCare LLC ("Bayer") and each
4   alleges upon personal knowledge with respect to itself and its own acts, and upon information and
5   belief with respect to all other matters, as follows:

6                                          **THE PARTIES**

7          1.      ADC is a Delaware corporation with its principal place of business in Alameda,
8   California.  ADC is a worldwide leader in the development, manufacture and marketing of blood
9   glucose self-monitoring systems. The ADC systems feature very small sample size, rapid test
10  results, and less painful testing systems for people with diabetes.

11         2.      Abbott Laboratories is an Illinois corporation that maintains its principal offices
12  and research facilities in Abbott Park, Illinois.  ADC is a wholly-owned subsidiary of Abbott.
13  Abbott is a worldwide leader in the area of pharmaceutical products and medical devices.

14         3.      ADC and Abbott (collectively "Plaintiffs") are informed and believe, and on that
15  basis allege, that Defendant Roche is an Indiana corporation with its principal place of business in
16  Indianapolis, Indiana.  Plaintiffs are informed and believe that Defendant Roche has business
17  operations and regularly conducts business in this district.  Defendant Roche may be served with
18  process by serving its registered agent in California, National Registered Agents, Inc., 2030 Main
19  Street, Suite 1030, Irvine, California 92614.

20         4.      Plaintiffs are informed and believe, and on that basis allege, that Defendant Bayer
21  is a Delaware limited liability company with its principal place of business in Tarrytown, New
22  York.  Plaintiffs are informed and believe that Defendant Bayer has business operations and
23  regularly conducts business in this district.  Defendant Bayer has a business office in this district
24  located at 800 Dwight Way, Berkeley, CA 94710.  Defendant Bayer may be served with process
25  by serving its registered agent in California, CT Corporation System, 818 W. Seventh Street, Los
26  Angeles, CA 90017.

27

28

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, in that this is a civil action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code.   This Court has personal jurisdiction over Defendants Roche and Bayer (collectively "Defendants") because Defendants regularly do business in this district and/or Defendants have committed acts of patent infringement in this district.

6.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because Defendants are subject to personal jurisdiction in this district, Defendants reside and/or may be found in this district, and/or Defendants have committed acts of patent infringement and regularly do business in this district.

## FIRST CAUSE OF ACTION

### (Patent Infringement – United States Patent No. 5,820,551 Against Roche)

7.     Plaintiffs incorporate the allegations set forth in paragraphs 1 through 6 of this Complaint as though fully set forth herein.

8.     On October 13, 1998, the Patent and Trademark Office (the "PTO") duly issued to Hugh Allen Oliver Hill, Irving John Higgins, James Michael McCann, and Graham Davis United States Letters Patent No. 5,820,551 (the "'551 Patent"), entitled "Strip Electrode with Screen Printing," a true and correct copy of which is attached hereto as Exhibit A.   Messrs. Hill et al. assigned the '551 Patent to MediSense, Inc.   As the successor in interest to MediSense, Inc., Abbott is the assignee of the '551 Patent.

9.     Defendant Roche has engaged in one or more acts that constitute infringement of the '551 Patent within the meaning of 35 U.S.C. § 271.

10.    On information and belief, Defendant Roche knew of and willfully and deliberately infringed the '551 Patent.

11.    Plaintiff Abbott has suffered and will continue to suffer serious irreparable injury unless Defendant Roche's infringement of the '551 Patent is enjoined.

## SECOND CAUSE OF ACTION

### (Patent Infringement – United States Patent No. 5,820,551 Against Bayer)

12.    Plaintiffs incorporate the allegations set forth in paragraphs 1 through 6 of this Complaint as though fully set forth herein.

13.    On October 13, 1998, the PTO duly issued to Hugh Allen Oliver Hill, Irving John Higgins, James Michael McCann, and Graham Davis United States Letters Patent No. 5,820,551 (the "'551 Patent"), entitled "Strip Electrode with Screen Printing," a true and correct copy of which is attached hereto as Exhibit A.  Messrs. Hill et al. assigned the '551 Patent to MediSense, Inc.  As the successor in interest to MediSense, Inc., Abbott is the assignee of the '551 Patent.

14.    Defendant Bayer has engaged in one or more acts that constitute infringement of the '551 Patent within the meaning of 35 U.S.C. § 271.

15.    On information and belief, Defendant Bayer knew of and willfully and deliberately infringed the '551 Patent.

16.    Plaintiff Abbott has suffered and will continue to suffer serious irreparable injury unless Defendant Bayer's infringement of the '551 Patent is enjoined.

## THIRD CAUSE OF ACTION

### (Patent Infringement – United States Patent No. 6,592,745 Against Roche)

17.    Plaintiffs incorporate the allegations set forth in paragraphs 1 through 6 of this Complaint as though fully set forth herein.

18.    On July 15, 2003, the PTO duly issued to Benjamin J. Feldman, Adam Heller, Ephraim Heller, Fei Mao, Joseph A. Vivolo, Jeffery V. Funderburk, Fredric C. Colman, and Rajesh Krishnan United States Letters Patent No. 6,592,745 (the "'745 Patent"), entitled "Method of Using a Small Volume In Vitro Analyte Sensor with Diffusible or Non-Leachable Redox Mediator," a true and correct copy of which is attached hereto as Exhibit B.  Messrs. Feldman et al. assigned the '745 Patent to TheraSense, Inc., now known as ADC.

19.    Defendant Roche has engaged in one or more acts that constitute infringement of the '745 Patent within the meaning of 35 U.S.C. § 271.

1    20.    On information and belief, Defendant Roche knew of and willfully and

2  deliberately infringed the '745 Patent.

3    21.    Plaintiffs have suffered and will continue to suffer serious irreparable injury unless

4  Defendant Roche's infringement of the '745 Patent is enjoined.

5                              **FOURTH CAUSE OF ACTION**

6        **(Patent Infringement – United States Patent No. 6,592,745 Against Bayer)**

7    22.    Plaintiffs incorporate the allegations set forth in paragraphs 1 through 6 of this

8  Complaint as though fully set forth herein.

9    23.    On July 15, 2003, the PTO duly issued to Benjamin J. Feldman, Adam Heller,

10 Ephraim Heller, Fei Mao, Joseph A. Vivolo, Jeffery V. Funderburk, Fredric C. Colman, and

11 Rajesh Krishnan United States Letters Patent No. 6,592,745 (the "'745 Patent"), entitled "Method

12 of Using a Small Volume In Vitro Analyte Sensor with Diffusible or Non-Leachable Redox

13 Mediator," a true and correct copy of which is attached hereto as Exhibit B.  Messrs. Feldman et

14 al. assigned the '745 Patent to TheraSense, Inc., now known as ADC.

15    24.    Defendant Bayer has engaged in one or more acts that constitute infringement of

16 the '745 Patent within the meaning of 35 U.S.C. § 271.

17    25.    On information and belief, Defendant Bayer knew of and willfully and deliberately

18 infringed the '745 Patent.

19    26.    Plaintiffs have suffered and will continue to suffer serious irreparable injury unless

20 Defendant Bayer's infringement of the '745 Patent is enjoined.

21                                **PRAYER FOR RELIEF**

22        Wherefore, Plaintiffs respectfully request that this Court enter judgment in its

23 favor and against Defendants and grant the following relief:

24        A.    A judgment that each of the Defendants has infringed the '551 Patent in

25 violation of 35 U.S.C. § 271;

26        B.    A judgment that each of the Defendants has infringed the '745 Patent in

27 violation of 35 U.S.C. § 271;

28        C.    A judgment that Defendants' infringement of the '551 and '745 Patents has

been willful and deliberate;

       D.    A preliminary and permanent injunction, pursuant to 35 U.S.C. § 283, enjoining Defendants, and all persons in active concert or participation with them, from any further acts of infringement of the '551 and '745 Patents;

       E.    An order, pursuant to 35 U.S.C. § 284, awarding Plaintiffs damages adequate to compensate Plaintiffs for Defendants' infringement of the '551 and '745 Patents, in an amount to be determined at trial, but in no event less than a reasonable royalty;

       F.    An order, pursuant to 35 U.S.C. § 284, and based on Defendants' willful and deliberate infringements of the '551 and '745 Patents, trebling all damages awarded to Plaintiffs;

       G.    An order, pursuant to 35 U.S.C. § 284, awarding to Plaintiffs interest on the damages and costs incurred in this action;

       H.    An order, pursuant to 35 U.S.C. § 285, finding that this is an exceptional case and awarding to Plaintiffs any reasonable attorneys' fees incurred in this action; and

       I.    Such other and further relief as this Court may deem just and proper.

DATED: August 1, 2005

                             MUNGER, TOLLES & OLSON LLP

                             By: _____
                                ROHIT K. SINGLA

                             BAKER BOTTS L.L.P
                             James W. Cannon, Jr.
                             Maria Wycoff Boyce
                             William P. Johnson

                             Attorneys for Plaintiffs
                             ABBOT DIABETES CARE INC. and
                             ABBOTT LABORATORIES

1

## JURY DEMAND

2       Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and the Seventh

3   Amendment of the Constitution of the United States, Plaintiffs Abbott Diabetes Care Inc. and

4   Abbott Laboratories demand a trial by jury of all claims and issues triable as of right by jury in

5   this action.

6   Dated:  August 1, 2005                      MUNGER, TOLLES & OLSON LLP

7                                               By _____
8                                                  ROHIT K. SINGLA

9                                               BAKER BOTTS LLP
10                                              James W. Cannon, Jr.
                                                Maria Wycoff Boyce
11                                              William P. Johnson

12                                              Attorneys for Plaintiffs
                                                ABBOTT DIABETES CARE INC. and
13                                              ABBOTT LABORATORIES

14

15      **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
        **PURSUANT TO NORTHERN DISTRICT LOCAL RULE 3-16**
16

17      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
    named parties, there is no such interest to report.

18  Dated:  August 1, 2005                      MUNGER, TOLLES & OLSON LLP
19
20                                              By _____
                                                   ROHIT K. SINGLA
21
22                                              BAKER BOTTS LLP
                                                James W. Cannon, Jr.
23                                              Maria Wycoff Boyce
                                                William P. Johnson
24
                                                Attorneys for Plaintiffs
25                                              ABBOTT DIABETES CARE INC. and
                                                ABBOTT LABORATORIES
26

27

28

# EXHIBIT A

Case3:05-cv-03117-WHA   Document...   Filed...01/0...   Page9 of 49

US005820551A

# United States Patent [19]

## Hill et al.

[11] Patent Number: 5,820,551

[45] Date of Patent: *Oct. 13, 1998

[54] **STRIP ELECTRODE WITH SCREEN PRINTING**

[76] Inventors: **Hugh Allen Oliver Hill**, Nine Clover Close, Oxford OX2 9JH; **Irving John Higgins**, Cotswold, Graze Hill, Ravensden, Bedford MK44 2TM; **James Michael McCann**, 4 Ash Grove, Headington, Oxford, all of Great Britain; **Graham Davis**, 1504 Fox Run Dr., Plainsborough, N.J. 08536

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,682,884.

[21] Appl. No.: **470,352**

[22] Filed: **Jun. 6, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 281,131, Jul. 27, 1994, Pat. No. 5,682,884, which is a continuation of Ser. No. 888,264, May 22, 1993, abandoned, which is a continuation of Ser. No. 768,359, Sep. 30, 1991, abandoned, which is a continuation of Ser. No. 634,968, Jan. 7, 1991, abandoned, which is a continuation of Ser. No. 2,120, Jan. 12, 1987, abandoned, which is a continuation-in-part of Ser. No. 607,599, May 7, 1984, abandoned.

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| May 5, 1983 | [GB] | United Kingdom | 8312261 |
| May 5, 1983 | [GB] | United Kingdom | 8312262 |
| Jun. 6, 1983 | [GB] | United Kingdom | 8323799 |
| Dec. 16, 1983 | [GB] | United Kingdom | 8333644 |
| Jan. 11, 1984 | [GB] | United Kingdom | 8400650 |
| Feb. 29, 1984 | [GB] | United Kingdom | 8405282 |
| Aug. 29, 1984 | [GB] | United Kingdom | 8405263 |

[51] Int. Cl.⁶ ............................................ A61B 5/05

[52] U.S. Cl. ............... **600/347; 600/345; 600/365; 204/403; 204/406; 204/407; 204/435**

[58] Field of Search .......................... 128/633, 634, 128/637, 692, 639; 204/153.1, 153.12, 402, 403, 406, 407, 435; 600/309, 345, 347, 348, 365, 368

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 3,352,762 | 11/1967 | Weiner . |
| 3,542,662 | 11/1970 | Hicks et al. . |
| 3,838,033 | 9/1974 | Mindt et al. . |

(List continued on next page.)

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 030503A1 | 6/1981 | European Pat. Off. . |
| 078636A1 | 5/1983 | European Pat. Off. . |

(List continued on next page.)

**OTHER PUBLICATIONS**

Aizawa et al., "Amperometric Determination of Human Chorionic Gonadotropin by Membrane–Bound Antibody," Enzyme Immunosensor 22–28, 1978.

(List continued on next page.)

*Primary Examiner*—David M. Shay

[57] **ABSTRACT**

A sensor system that detects a current representative of a compound in a liquid mixture features a two-electrode strip adapted for releasable attachment to signal readout circuitry. The strip comprises an elongated support (preferably flat) adapted for releasable attachment to the readout circuitry; a first conductor and a second conductor each extend along the support and comprise means for connection to the circuitry. An active electrode, positioned to contact the liquid mixture and the first conductor, comprises a single layer deposit of an enzyme capable of catalyzing a reaction involving the compound, a conductive material and an electron mediator, capable of transferring electrons between the enzyme-catalyzed reaction and the first conductor. A reference electrode is positioned to contact the mixture and the second conductor. The system includes circuitry adapted to provide an electrical signal representative of the current. The two-electrode strip is manufactured, e.g., by screen printing an admixture of an enzyme, a conductive material, and a mediator as a single layer onto the substrate.

**9 Claims, 6 Drawing Sheets**



# 5,820,551
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,900,382 | 8/1975 | Brown, Jr. . |
| 4,008,717 | 2/1977 | Kowarski . |
| 4,019,966 | 4/1977 | Reimes et al. . |
| 4,068,923 | 1/1978 | Toida ........................ 350/339 R |
| 4,133,735 | 1/1979 | Afromowitz et al. .............. 128/642 |
| 4,176,659 | 12/1979 | Rolfe ........................ 128/635 |
| 4,185,131 | 1/1980 | Goller et al. . |
| 4,216,245 | 8/1980 | Johnson . |
| 4,224,125 | 9/1980 | Nakamura et al. . |
| 4,225,410 | 9/1980 | Pace . |
| 4,229,490 | 10/1980 | Frank et al. . |
| 4,334,542 | 6/1982 | Takinishi et al. . |
| 4,352,884 | 10/1982 | Nakashima et al. . |
| 4,356,074 | 10/1982 | Johnson . |
| 4,376,689 | 3/1983 | Nakamura et al. . |
| 4,390,620 | 6/1983 | Junter et al. . |
| 4,394,070 | 7/1983 | Brown et al. . |
| 4,449,529 | 5/1984 | Burns et al. . |
| 4,454,007 | 6/1984 | Pace . |
| 4,469,110 | 9/1984 | Slama . |
| 4,488,556 | 12/1984 | Ho ........................ 128/635 |
| 4,490,464 | 12/1984 | Gorton et al. . |
| 4,545,382 | 10/1985 | Higgins et al. ................ 128/635 |
| 4,592,824 | 6/1986 | Smith et al. . |
| 4,711,245 | 12/1987 | Higgins et al. . |
| 5,682,884 | 11/1997 | Hill et al. ................ 600/368 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 127958A2 | 12/1984 | European Pat. Off. . |
| 152541A1 | 8/1985 | European Pat. Off. . |
| 0351891A2 | 1/1990 | European Pat. Off. . |
| 2127142 | 6/1971 | Germany . |
| 54-130196 | 3/1978 | Japan . |
| 60-29658 | 7/1983 | Japan . |
| 61-161443 | 7/1986 | Japan . |
| 61-270652 | 11/1986 | Japan . |
| 827023 | 5/1981 | U.S.S.R. . |
| 1318815 | 5/1973 | United Kingdom . |
| 2175400 | 5/1986 | United Kingdom . |
| WO 84/03562 | 9/1984 | WIPO . |

## OTHER PUBLICATIONS

Bertrand et al., "Multipurpose Electrode with Different Enzyme Systems Bound to Collagen Films," Analytics Chemics Acts 126:23–34, 1981.

Brodnick et al., "Laminated Electrodes for Biopotential Studies", IEEE Transactions on Biomedical Engineering BME–25:479–481, 1978.

Hill, "The Exploitation of the Electrochemistry of Proteins", Biochemical Society Transactions 11:453–455 1983.

Koryta et al., "Electroanalytical Methods Used in Medicine and Biology", Medical and Biological Applications of Electrochemical Devices 7–11, 1980. .

Liu et al., "Fabrication of Miniature $PO_2$ and pH Sensors Using Microelectronic Techniques", Diabetes Care 5:275–275–277, 1982.

Liu et al., "Miniature Multiple Cathode Dissolved Oxygen Sensor for Marine Science Applications", Marine Technology 16:468–472, 1980.

May et al., "A Tantalum–on–Sapphire Microelectrode Array", IEEE Transactions on Electron Devices ED–26:1932–1939, 1979.

Oehme, "Chemische Sensoren," Vieweg Verlag, p. 76, 1991 no translation.

Pickard et al., "Flexible Printed–Circuit Probe for Electrophysiology", Med. & Biol. Eng. & Comput. 17:261–267, 1979.

Turner et al., "Applications of Electron Transfer Between Biological Systems and Electrodes", Biochemical Society Transactions 11:445–448, 1983.

Updike et al., "The Enzyme Electrode", Nature 214:986–988, 1967.

Technical Note—"A Microelectrode Amplifier with Novel Frequency Compensation", Med. & Biol. Engng. 9:557–561, 1971.



FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5



FIG.6

FIG.7



FIG. 8



FIG. 9a



FIG. 9b



FIG . 10 .



FIG . 12 .



FIG. 11



FIG. 13

5,820,551

1

# STRIP ELECTRODE WITH SCREEN PRINTING

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of application Ser. No. 08/281,131 filed on Jul. 27, 1994 which is a continuation of Ser. No. 07/888,264, filed May 22, 1993; which is a continuation of Ser. No. 07/768,359, filed Sep. 30, 1991; which is a continuation of Ser. No. 07/634,968, filed Jan. 7, 1991; which is a continuation of Ser. No. 07/002,120, filed Jan. 12, 1987; which is a continuation-in-part of Ser. No. 06/607,599, filed May 7, 1984, now abandoned. The following U.S. patent applications filed May 7, 1984 and owned by applicants' assignee, Medisense, Inc. are hereby incorporated by reference: Sensor For Components Of A Liquid Mixture (U.S. Ser. No. 607,699); Assay Techniques Utilizing Specific Binding Agents (U.S. Ser. No. 607,695); Assay Systems Using More Than One Enzyme (U.S. Ser. No. 607,698); Assay Systems Utilizing More Than One Enzyme; (U.S. Ser. No. 607,607).

## BACKGROUND OF THE INVENTION

This invention relates to enzymatic sensor electrodes and their combination with reference electrodes to detect a compound in a liquid mixture.

Various electrochemical sensors are known which employ enzymes to sense the presence of a compound that serves as an enzyme substrate. As just one example, Nakamura U.S. Pat. No. 4,224,125 discloses an enzyme electrode system in which an enzyme, such as glucose oxidase, is used to sense glucose. A redox compound is used to accept electrons from the enzyme. For example, at 10:21–49, Nakamura discloses (FIG. 5) press molding to the electrode a mixture of glucose oxidase cross-linked by gluteraldehyde and a fluorocarbon polymer powder together with a cation exchange resin containing potassium ferricyanide. Nakamura's electrode system (FIG. 2) consists of three electrodes: an enzyme electrode 7, a reference electrode 8, and a counter electrode 10.

In another example, Pace U.S. Pat. No. 4,225,410 discloses a multi-layer enzyme sensor; for example sensor 14b (FIG. 7b) measures levels of lactate dehydrogenase. $NAD^+$ is generated at a fourth electrode 82, and the enzymatic reaction converts it to NADH which is sensed at monitoring electrode 84 by undisclosed means. A barrier/counter electrode 80 and a reference electrode 85 are used in conjunction with monitoring electrode 84.

## SUMMARY OF THE INVENTION

One aspect of the invention generally features a two-electrode strip for releasable attachment to signal readout circuitry, forming a sensor system that detects a compound representative of a compound in a liquid mixture. The strip comprises an elongated support (preferably flat) adapted for releasable attachment to the readout circuitry; a first conductor and a second conductor each extend along the support and comprise means for connection to the circuitry. An active electrode, positioned to contact the liquid mixture and the first conductor, comprises a deposit of an enzyme capable of catalyzing a reaction involving the compound. Electrons are transferred between the enzyme-catalyzed reaction and the first conductor to create the current. A reference electrode is positioned to contact the mixture and the second conductor.

2

The preferred embodiment of the strip includes the following features. An electron mediator (most preferably a ferrocene) is included in the active electrode deposit to effect the electron transfer. The compound being detected is glucose, and the enzyme is glucose oxidase or glucose dehydrogenase. The active electrode and the reference electrode are coatings applied to the elongated support, e.g. the active electrode is formed by printing (e.g. screen printing) an ink comprising a conductive compound, the enzyme and the mediator, and the reference electrode is also formed by screen printing. The means for connecting to the readout circuit are positioned toward one end of the elongated support, and the electrodes are positioned remote from that end.

In a second aspect, the invention features apparatus that includes the above-described strip and circuitry adapted to provide an electrical signal representative of the current. The read-out circuitry comprises an amplifier to amplify the current, a low-pass filter connected to the amplifier output, a current-to-voltage converter connected to the filter output, and a means to display a value representative of the output of the converter. The apparatus also includes means to maintain a substantially constant bias voltage across the electrodes during current measurement, even without a separate voltage reference in contact with the mixture.

In a third aspect, the invention features screen printing the enzyme onto a substrate to form an enzymatic sensing electrode. The ink used for screen printing includes a liquid vehicle, a suspension of conductive material, and the enzyme. Preferably, it also includes a mediator capable of transferring electrons between the enzymatic reaction and a conductor on the substrate. Also preferably, the substrate is a flexible, high-dielectric polymeric substance, such as polyvinyl choride, polyester, or polycarbonate.

The invention enables a very small, inexpensively manufactured, disposable electrode strip that provides an accurate electronic readout of the target compound. In particular, the active electrode is sized to be covered by the smear of blood produced from a drop of blood (even a non-expressed drop) generated from a needle-prick at a bodily extremity, and the reference electrode is sized and spaced from the active electrode a distance such that the reference electrode is covered by the same smear of blood.

Other features and advantages of the invention will be apparent from the following description of the preferred embodiment.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

We first briefly describe the drawings.

Drawings

FIG. 1 is a front view of a strip-supported electrode configuration;

FIG. 2 is a back view of the combination shown in FIG. 1;

FIG. 3 shows an alternative strip-supported electrode;

FIG. 4 shows a strip-supported electrode which is a variant of FIG. 3;

FIG. 5 shows a modified connection of the strip electrode of FIGS. 3 and 4;

FIG. 6 shows a further alternative supported electrode;

FIG. 7 shows a combination of two electrode supports;

FIG. 8 shows diagrammatically the electrical performance of electrodes as described in the above Figures, with especial reference to FIGS. 6 and 7;

5,820,551

3

FIG. 9a and 9b are general diagrammatic side views of a pen-like portable holder, of particular utility for the electrodes shown in FIGS. 3, 4 and 5, having an assembly of circuitry and having a read-out window;

FIG. 10 shows a schematic diagram of one form of electrical circuitry for use with the electrodes and equipment of the present invention;

FIG. 11 shows a more elaborated circuit diagram for use in the embodiment of FIG. 10;

FIG. 12 shows a schematic diagram of an alternative embodiment of electrical circuitry; and

FIG. 13 shows the more elaborated circuit diagram of a yet further embodiment of circuitry.

ELECTRODE STRUCTURE

In general, the strip electrode of the invention comprises a conductive electrode coated with a mixture, or layers, of a catalytically active enzyme and a mediator compound and usually further coated with a retaining permeable membrane. When such a coated electrode is contacted with a substrate containing a species for which the enzyme exerts a catalytic effect, the mediator compound transfers charge to the electrode and this can be used to give a readout signal, against a standard electrode, correlated with the concentration of the said species, even in the presence of other species since enzymes are typically highly selective in their catalytic action. Commonly owned Ser. No. 607,699 generally describes methods of coating a conductive electrode with enzyme and mediator; that application is hereby incorporated by reference. The mediator compounds described in Ser. No. 607,699 include polyviologens, fluoranil and chloranil. However, the preferred mediator compounds are metallocene compounds, and in particular the ferrocenes (bicyclopentadienyl iron and its derivatives).

The particular advantages of ferrocenes are as follows: (a) a wide range of redox potentials accessible through substitution of the cylopentadienyl rings (b) functionalization of the rings, e.g., to confer solubility or chemical linkability to other such rings or other system components (c) electrochemically reversible one-electron redox properties (d) pH-independent redox potential and (e) slow autooxidation of the reduced form.

The ferrocene structure may be modified by substitution on the rings, and/or by association or polymerization, which modifications affect the physical, chemical and electrical behavior so that optimization of a particular sensor electrode material is possible. In general use, the compound 1,1' dimethylferrocene is a valuable mediator. The particular enzyme employed may be selected from a range of enzymes including the following:

| Enzyme | Substrate |
|---|---|
| Flavo-Proteins | |
| Pyruvate Oxidase | Pyruvate |
| Amino Acids Oxidase | |
| Aldehyde Oxidase | Aldehydes |
| Xanthine Oxidase | Xanthines |
| Glucose Oxidase | Glucose |
| Glycollate Oxidase | Glycollate |
| Sarcosine Oxidase | Sarcosine |
| Lactate Oxidase | Lactate |
| Glutathione Reductase | NAD(P)H |
| Lipoamide Dehydrogenase | NADH |

4

-continued

| Enzyme | Substrate |
|---|---|
| PQQ Enzymes | |
| Glucose Dehydrogenase | Glucose |
| Methanol Dehydrogenase | Methanol and Other Alkanols |
| Methylamine Dehydrogenase | Methylamine |
| Haem-Containing Enzymes | |
| Lactate Dehydrogenase (Yeast Cytochrome b2) | Lactate |
| Horse-Radish Peroxidase | Hydrogen Peroxide |
| Yeast Cytochrome c Peroxidase | Hydrogen Peroxide |
| Metalloflavoproteins | |
| Carbon Monoxide Oxidoreductase Cuproproteins | Carbon Monoxide |
| Galactose Oxidase | Galactose |

The strip electrode has the following design criteria. The electrodes on the strip should be as small as possible and the strip should preferably be disposable. The strip should be elongate and ready handling as an electrode for ready assembly to equipment on the one hand and contact with the sample on the other. It must be sensitively manipulable. It must carry, prior to assembly or in the assembled structure, the reference electrode as well as the 'sensitive' electrode, in spaced non-contiguous relationship.

The invention is particularly useful for selective detection, measurement or monitoring of a given dissolved substrate in a mixture of dissolved substrates.

The elongate support could be a rod or tube, but conveniently it comprises a flat strip.

The active electrode is preferably formed of carbon e.g., a filter paper containing carbon. We have also found that carbon foil e.g., as available under the Trade Marks "GRAPHOIL" or "PAPYEX" is a valuable electrode material. The enzyme thereon can in theory be any enzyme, e.g., those listed in U.S. Ser. No. 607,699, and itemized above but the use of glucose oxidase or dehydrogenase, e.g., the bacterial glucose dehydrogenase from *Acinetobacter calcoaceticus* is particularly valuable. Any suitable mediator compound can be used, but ferrocene or ferrocene derivatives (expecially 1,1'-dimethylferrocene) are greatly to be preferred.

By way of example only, carbon foil can be glued to the strip; 1,1'-dimethylferrocene mediator can be deposited on the surface of the foil by evaporation of a toluene solution; and enzyme can be bonded to the surface by the use of 1-cyclohexyl-3-(2-morpholinoethyl) carbodiimide metho-p-toluene sulphonate (referred to below as "carbodiimide").

The reference electrode can be any convenient reference electrode. We have found it useful to provide adjacent but not contiguous to the first electrode, a flat layer of silver and to convert the surface thereof to silver chloride so as to give an Ag/AgCl reference electrode.

Typically, the electrical connections can be wires which extend down, and are preferably adhered to, the strip, and make electrical contact each with its respective electrode.

The readout means is preferably a digital indicator suitably connected to a dedicated potentiostat which poises the carbon electrode potential at e.g. +150 mV vs. Ag/AgCl for a glucose system. The current flowing is then proportional to glucose concentration.

In a particular valuable version of this type of sensor, it comprises (a) a flat first electrode area of known area small

5

enough to be completely coverable by the smear of blood produced from a non-expressed drop of blood generated from a needle-prick at a bodily extremity, (b) a reference electrode area on the same surface separate from but sufficiently close to the sensitive electrode area that the said blood smear also reaches the reference electrode to establish electrical communication, and (c) conductive elements extending separately along the same surface of, and thus insulated from the elongate support member, communicating one with each electrode for connection to signal readout means attachable to one end of the member.

The area of the first (i.e. sensitive or active) electrode is generally substantially square; it may be rectangular or otherwise shaped, but in any case usually will correspond in area to a square of 5 mm edge length, or below e.g., from 2 to 4 mm.

For convenience, this document will refer hereinafter to blood-glucose-measuring equipment as being typical but not limitative of equipment with which the present invention is concerned.

Diabetic subjects need to measure their glucose levels frequently. Hitherto, a common method carried out by the subject personally is calorimetric test using a blood or urine sample which is applied over a surface area containing a color-reactive detector chemical, adjacent to a comparison area, to give a color change which is compared with a chart of color values as an approximate measure of glucose level.

There are however, defects in this method. Firstly, calorimetric changes are quantitatively difficult to assess, especially if the patient has impaired vision as a result of the diabetic condition. Indeed, because of this problem expensive automatic color comparison equipment may need to be purchased by some subjects for interpreting the test results. Secondly, the blood test, while inherently more accurate than a urine test, needs a large enough sample to cover the test surface. Thirdly, it requires the patient to time the color development accurately. Since blood samples, on a self-treatment basis, are taken from body extremities (fingers, toes, earlobes), they are normally not large enough when obtained by a simple needle-prick, and must in fact be expressed i.e., squeezed or massaged out to form a larger drop. Progressively, the tissue of the extremities becomes scarred and coarsened by such treatment to an extent whereby finding fresh testing sites presents a problem.

In order to embody the invention on a home-diagnostic basis, a main object of the present invention in one aspect is as described above the provision of small scale non-traumatic test pieces as an external test electrode strip capable of using the naturally-arising small blood droplet from a needle-prick tester, without tissue massage. Examples are described in more detail below.

These small-scale electrodes are intended as single-use throwaway articles and are utilized in conjunction with electrical circuitry and a readout means, to which they must be easily attachable and detachable. Such circuitry and readout means is itself preferably embodied on a very small scale.

We have accordingly found that the totality of the equipment is subject to certain design constraints.

Thus, it is further object of the invention in this form that the device should be nontraumatic to the user either physically e.g., if used with its own invasive probe or psychologically by virtue of its appearance.

It is further object of the invention in this form that the device should be capable, despite the small size of the throwaway electrode and of the permanent circuitry/readout

6

components, or easy assembly and disassembly even by juvenile or elderly lay users.

It is still a further object of the invention in this form to ensure the relatively expensive permanent circuitry/readout components should, despite their small size, be of a form which minimizes loss or damage.

It is still a further object of the invention in this form to provide a device the display readings of which are visible and understandable to a non-expert user.

We have now found that these and other objects of the invention can be met by assembly the circuitry/readout components into a housing resembling a pen/digital-watch.

According therefore another aspect of the present invention there is provided an assembly of circuitry and display means for use in producing a readout value as a diagnostic aid in human or veterinary medicine, housed in a pen-like hollow elongate housing having (a) at one end an electrically conductive socket suitable to receive the outer end of at least one detachable test member capable of producing an electrical signal correlating with a physiological parameter to which the test member is selectively sensitive and (b) towards the other end a digital readout window for exhibiting a numerical value corresponding to the parameter. A thermistor may also be used for temperature compensation.

The person skilled in the art of designing medical equipment will appreciate that the invention extends not only to the pen-like assembly as defined above but also to the combination of such an assembly with an attached test member, and to the combination as a kit of interrelated parts of such an assembly with a plurality of test members suitable for one-off use.

The term "pen-like" is a general limitation on size and shape. In functional terms, its characteristics are such that it can be held near the socket between the thumb and the nearer one or two opposed fingers, with the elongate body resting on and extending beyond the forefinger, but not to an extent that prejudices fine control of the socket end by the thumb and fingers. In numerical terms it can be from 10 to 30 cm. long and from 0.5 to 3 cms across its maximum transverse dimension; more usually it will be from 12 to 20 cms. long and from 0.8 to 1.5 cms. across. It can be generally circular, or polygonal, in cross-section. Each detachable test member is usually a small-scale enzyme-coated sensor electrode, of the type discussed in U.S. Ser. No. 607,699, and especially such an electrode where the enzyme is specifically glucose-catalyzing whereby diabetic conditions can be measured. It may alternatively be a flat external strip electrode dimensioned to operate on a small, non-expressed, blood droplet. The socket arrangement will vary accordingly.

In one embodiment of the present invention, two or more sensor electrodes may be incorporated into a single test member. Again, the socket arrangement will vary accordingly.

The readout means will typically be a conventional seven-segment display window towards the rearward end of the "pen" as in conventional pen/watches. In the case of the multiple sensor embodiment described in the preceding paragraph the display may be switchable between each sensor's discrete monitoring circuit, both the display and a single monitoring circuit may be switchable between sensors, or a specific display may be provided for each of the sensors present.

I. Constructional Features

(a) Membrane Cover for Electrode

Although the enzyme electrode should be in electrical contact with the liquid, it may be found valuable to exclude

5,820,551

7

the sensor from interfering contact with larger molecules or
tissue fluid components. This can be done by a covering or
surrounding membrane, depending on electrode geometry.
Heat-shrinkable thin polymer tubing can be used as, or in
connection with, such membranes.

The membranes can be polymerized in situ. A particular
valuable membrane is formed by polycarbonate, especially
those polycarbonates sold under the Trade Marks "NUCLE-
OPORE" or "STERILIN". When tissue fluids are examined
they may contain ascorbate; polycarbonate membranes do
not permit the passage of ascorbate and thus virtually
eliminate interference from that substance. Alternatively, a
polyurethane membrane may be employed.

(b) Type of Carbon

Carbon foil, as strips, or carbon attached to metal meshes,
of pyrolytic grade and known by the Trade Marks "GRA-
PHOIL" and "PAPYEX" are much preferred for carbon-
ferrocene electrodes for use with glucose oxidase. Oxygen
interference is minimal, there being less than 4% change in
signal between anaerobic and fully aerobic samples. Their
physical nature is also very convenient for fabrication,
especially of small-scale devices.

II. Operational Features

(a) Operational Potential

Preferably operation should take place at a potential
equivalent to +50 to +200 mV vs. SCE since intereference
caused by oxidation of other chemical species present is
thereby reduced.

(b) Concentration Range

Glucose oxidase can be used to monitor glucose concen-
trations of 0 to 40 mM, and glucose dehydrogenase at 0 to
20 mM when immobilised on a carbon-ferrocene electrode.
The sensor response is linear up to about 40 mM.

(c) Response Times

The glucose oxidase sensor without membrane is kineti-
cally limited giving rapid response times i.e., about 20
seconds to 95% of the steady-state current response.

(d) Oxygen-Sensitivity

Glucose dehydrogenase/ferrocene electrodes are totally
oxygen-insensitive.

(e) Use of Third Electrode

In practice, a realistic device can achieve good perfor-
mance without a third electrode, using Ag/AgCl as a refer-
ence counterelectrode, as described more fully below.

(f) pH and Temperature

Glucose oxidase electrodes show no change in current
output between pH6 and pH9, and are thus relatively
pH-insensitive. They are temperature-stable up to 40° C. If
necessary temperature compensation can be effected using a
thermistor, or a constant temperature jacket may be used.
Also, operating with the electrodes diffusion-limited mini-
mises temperature effects.

(g) Storage of Electrodes

Electrodes may be stored moist. Extended storage, over
months or years, may be achieved by freeze-drying or
air-drying.

Although the invention as defined above has been dis-
cussed in terms of the equipment used, it will be appreciated
that other aspects of the invention also present themselves.
The totality of the equipment may include a replaceable or
throwaway cell; thus, the cell per se as defined above is an
aspect of the invention, as are the combination of electrodes
irrespective of details of cell design, and the individual
electrodes, of novel configuration. Methods of detecting the
presence of, measuring the amount of or monitoring the
level of one or more desired components (e.g., glucose) of
a liquid mixture (e.g., tissue fluid or liquids derived

8

therefrom) utilizing the equipment cells or electrodes cells
defined above are also a feature of the present invention.

Finally, the present invention is concerned with the elec-
trical circuitry for operating the equipment as described.

According to this aspect of the present invention there is
provided a measuring device for use with an electron-
transfer electrode, comprising means for comparing an elec-
trical output of the electrode with an electronic reference and
means for providing a signal related to the electrical output
of the electrode.

By employing an electronic reference rather than a cell of
reference electrode a measurement using a sensor including
an electron-transfer electrode can be made without the use
of a separate electrode as a reference.

In a preferred embodiment of the invention, the electron-
transfer electrode is poised at a fixed potential against a
reference electrode, and the current flowing in the electron-
transfer electrode is measured.

In the following description of FIGS. 1 and 2 dimensions,
materials, amount and proportions are given by way of
example only.

In FIGS. 1 and 2, a strip of epoxy glass 1, 9.5×40×1.6 mm,
has two 1 mm diameter holes 2 and 3 therein. A 9×9 mm
piece of graphite tape of foil 4 is glued on one face, near the
end to cover hole 2 and a 4×9 mm strip of silver foil 5 is
glued adjacent thereto over hole 3. Wires 6 and 7 (FIG. 2)
on the back enter holes 2 and 3 respectively for electrical
connection with the respective electrode material 4 and 5,
being glued in the holes by conductive epoxy resin 8. A
stabilizing layer of epoxy resin is present over at least part
of the back e.g., at 9 to keep the wires in place. Carbon
electrode 4 is covered with 1, 1'-dimethylferrocene and
glucose oxidase. Silver electrode 5 is covered with silver
chloride.

The strip is made up in the following sequence:

(a) drill holes 2 and 3,

(b) glue on electrodes 4 and 5; "ARALDITE" epoxy resin
is suitable but should not enter holes 2 and 3,

(c) attach wires 6 and 7, using conductive epoxy 8, and
apply "ARALDITE" resin at 9 to fix the wires in place,

(d) hold the silver electrode at +400 mV vs. SCE in 5M
for 10–15 seconds to deposit a thin AgCl layer,

(e) apply a solution of 1,1'-dimethylferrocene (4:1) in
toluene (20 mg/m) to the graphite tape 4 and allow to
evaporate,

(f) cover the ferrocene-coated tape with 50 μl of carbo-
diimide (25 mg/ml) in pH 4.5 acetate buffer for 1½
hours and

(g) rinse and cover with glucose oxidase (12.5 mg/ml) in
pH 5.5 acetate buffer for 2 hours.

The strip can be used by attaching wires 6 and 7 to a
potentiostat poising the potential at electrode 4 at +150 mV
vs. Ag/AgCl, and dipping the strip into a glucose-containing
solution so that both electrodes 4 and 5 are covered. The
shape of the strip facilitates such handling. The current
flowing is proportional to glucose concentration.

FIG. 3 shows a strip electrode 17 made of, for example,
a ceramic material or printed-circuit-board laminate. It
includes a square area 18 with connector lead 19, the square
being covered with the enzyme-containing layers as
described above. It further includes a small reference elec-
trode area 20 and separate connector lead 21. The rearward
end 22 of the electrode 17 fits into a socket as shown in
FIGS. 13a and 13b and described below. It is to be noted
that, as with the needle 10, the electrode stip 17 is a
small-scale device. Thus, square area 18 is of a side length

5,820,551

9

only about half that of each of two square colourimetric test areas of conventional diagnostic tests and can be used with the original non-expressed bead of blood from a needle-prick device, which is adequate to cover the whole of the square area and communicates electrically with reference electrode area 20.

Modifications may be made to the embodiments shown in FIG. 3. For example, the strip electrode as shown in FIG. 3 can be longer, whereby electrodes 18 and 20 are located only partway along the strip, leaving a free end 22a to facilitate ease of handling by the patient without damaging or touching the electrodes. Also, the electrode strip can clip within two opposed contacts of resilient mounting 29, the routing of one or other of conductive lines 19 and 21 being modified accordingly.

FIG. 4 shows a longer strip and FIG. 5 shows the inner end of the strip held between two resilient metal contact strips.

In FIG. 6 a 2 cm length of electrically insulating polymer for example MYLAR or TEFLON (a polyfluorocarbon) 0.3 mm square in transverse cross-section is provided with a palladium-silver conductive electrode 31, on the front surface as shown, and a second, smaller electrode 32, on the back as shown in dotted lines. In each case conductive lines 33 and 34 respectively, were formed simultaneously with the electrodes.

On the front electrode 31 is painted a mixture of toluene, 1,1'-dimethyl ferrocene and graphite, formed by mixing a solution of 1,1'-dimethyl-ferrocene and a slurry of toluene and graphite. It is believed that the ferrocene is adsorbed onto graphite particles. After drying the mixture forms a layer 35. A layer 36 of glucose oxidase is then immobilized on the graphite surface by carbodiimide immobilisation, known per se (enzyme adsorption can also be used). The electrode may then be covered, on both sides, with a semipermeable membrane of cellulose acetate (or polyurethane), not shown, to block large interfering species from contact with the electrode.

The square section of the support helps in the painting of slurry, or the enzyme-attachment stages, in keeping the electrodes 31 and 31 distinct.

FIG. 7 shows the key steps of a procedure which can be used to advantage in the fabrication of these microelectrodes.

The reference electrode 37 and its conductive lead-out strips 38 are formed in silver/palladium on TEFLON base 39. Similarly, an electrode support 40 and lead-out strip 41 are formed in silver/palladium on TEFLON base 42. Only this base 42 and its electrode support are then subjected to (a) painting on a graphite slurry in toluene (b) dipping in 1,1'dimethylferrocene solution in toluene and (c) contacting with the enzyme to absorb e.g., glucose oxidase into the active layer 43. Thereafter the bases 39 and 42 are glued or held, side-by-side, their general rectangular cross-section facilitating such positive location. Back-to-back location is also possible.

As before, the finished assembly may be located inside a needle bore, e.g., with extra access portions near the electrode surfaces.

FIG. 8 shows results obtained when the 0.3 sq. mm prototype electrode of FIG. 6 was characterised electrochemically and is generally indicative of results obtained with other electrode designs.

First, a solution of graphite powder plus a binder in toluene was painted on the palladium-silver alloy conductor 31 (supplied by Ferranti) and allowed to dry. Curve (a) shows a direct current cyclic voltammogram of the electrode

10

in 100 mM phosphate-perchlorate buffer at pH 7.0. The potential was scanned over the range 0 to +500 mV vs. SCE. The electrode surface was mechanically sound and could be polished with an alumina-water slurry without affecting its response.

Reference Electrode

The reference potential of the palladium-silver reference electrode 32 (incorporated onto the strip) was determined by substitution into an electrochemical system which had previously been calibrated with a saturated calomel electrode (SCE). The reference potential was 60 mV negative of SCE, consequently the glucose sensor should be operated at 160 +200 mV vs. Ag/Pd. The reference potential was stable, i.e. did not drift, over 48 hours of operation.

Electrochemical Response of Graphite Electrode

Curve (b) shows a direct current voltammogram of ferrocene monocarboxylic acid recorded at the graphite electrode.

Curve (c) shows that a catalytic current flows upon the addition of glucose and glucose oxidase to the solution described in (b). Together, these curves demonstrate that the electrode formed the basis of a glucose sensing device.

Incorporation of 1,1' Dimethylferrocene into the Electrode

A solution of 1,1' dimethylferrocene in toluene was mixed into a toluene-based slurry of the graphite powder. The mixture was then painted on to the base conductor 31 and allowed to dry at 35° C. This provided an electrode surface that was electroactive towards glucose oxidase.

Conclusions

These experiments showed that "thick layer" or screen-printing technology could provide a usable base strip which could easily be coated with a stable graphite surface and that moreover the electrode surface could be made electro-active towards glucose by adsorption of a ferrocene directly into the coating mixture. In addition, the reference electrode operated satisfactorily in buffered solutions.

FIGS. 9a and 9b show a holder which is particularly adapted to utilize electrodes as shown in FIGS. 3, 4, 5 but which could if necessary utilize electrodes as shown in FIGS. 1 and 2, 6 and 7 at least of the various embodiments shown.

From above the holder 1 intentionally resembles a conventional pen/watch as much as possible. It has a forward end 2, possibly rotary to tighten the walls of a flattened socket cavity 3 formed within it. A central joint, a clip 84 and a press-button 5 all resemble those of a conventional pen, and digital readout-window 6 is also of a type known in pen/watches.

Inside the holder as shown by dotted lines is connection circuitry 7, possibly printed in situ, battery 8 and operating circuitry 9 behind and manufactured as a unit with the display window 6. The display can be capable of operation only when button 5 is pressed so that extra illumination can be provided if necessary.

The embodiments shown in FIGS. 9a and 9b especially when used in conjunction with the electrodes of FIGS. 4–6 fulfill the design criteria discussed above for such portable equipment.

The delicate manipulation facilitated by the pengrip (e.g., by thumb and finger) means that the small electrodes e.g., of FIGS. 3, 4, or 5 can be easily assembled into, or detached from, the socket. A user will always orient the holder with the window 6 visible thus, always giving a uniform relative orientation to the socket 3 whereby the rearward ends of the fragile electrodes can be fitted without experiment and damage.

The "pen" format is instinctively picked up after use and safely carried in a pocket, more so than for any other small

5,820,551

11

device. Thus, the expensive part of the equipment is safe-guarded. Furthermore, it is possible to incorporate a conventional timer circuit into the device thereby fulfilling the actual function of a pen-type watch and providing an audible or visible signal which marks the point in time at which a reading should be taken.

Finally, the display is numerical, clearly visible and if necessary can be supplemented by an illuminating light source.

In FIG. 10, a sensor 101 is connected between a voltage buffer 102, and the inverting input 103 of the operational amplifier 104 which is configured as a current amplifier. An electronic reference 105 connected to the non-inverting input 106 of the operational amplifier is fed into a low-pass filter 107 which removes rapid signal fluctuations (which may be due to noise, earth hum or other sources of interference) while allowing the filtered output of the operational amplifier 104 to be fed into the digital voltmeter (D.V.M.).

The digital voltmeter is supplied with clock pulses via the divider 109, from the timer 111. The D.V.M. drives a liquid crystal display 112. The electronic reference 105, is either of a pre-selected value or capable of being selected for a particular electron transfer electrode.

In each of the embodiments of electrode discussed above the sensor comprises a mediator-carrying surface which has one or more enzymes immobilized thereupon. The sensor further includes a silver/silver chloride (Ag/AgCl) internal reference electrode. If, for example, a voltage of +200 mV volts is preferentially dropped across the electrode as is the case with a glucose-oxidase-containing electrode, then the reference voltage 105 is selected accordingly.

In FIG. 11, the electronic reference comprises resistors 152, 153 and 154 together with diodes 151. A voltage is selected at 0.3V by a suitable choice of resistor values at 152, 153 and 154. The voltage across the resistor 153 is 1V, which ensures that 100 $\mu$A of electrode current will give a full scale reading of 999 on the liquid crystal display 112.

Non-inverting buffer 102, ensures that the voltage on the terminal 101A remains substantially constant. The sensor 1 (FIG. 1) is connected across terminals 101A and 101B.

The operational amplifier 104 is connected via its inverting input 103 to the terminal 101B and the feedback resistor 141. The non-inverting input 106 is connected to the electronic reference.

A first-order low-pass filter 171, 172 is connected across the feed-back resistor 141, and supplies an analog signal to the D.V.M. 108. Pin values are given for a 7116CPL chip (manufactured by Motorola). The D.V.M. drives a liquid crystal display 112.

Clock pulses for the D.V.M. are supplied from the timer 111, (pin values are given for a 555 chip) via the dividers 191 (pin values for an MC 14020B) and 192 (pin values for an MC140106B chip). The connection 193 to pin 11 of the divider 191 enables a power-up reset.

In FIG. 12, an alternative circuit is shown which does not make use of the non-inverting voltage buffer 102, but has the sensor 101 connected between the operational amplifier 104, and ground. The embodiment shown in FIG. 12 employs a fixed reference voltage which is provided by a circuit differing from that of FIG. 11.

In this embodiment, the diode 155 functions as a voltage-reference diode and provides a reference voltage drop across its ends equal to the diode forward voltage.

By a suitable choice of the values of the resistors 156, 157 and 158 the correct voltage may be applied across the electrode. In this embodiment the sensor again employs as

12

a reference an Ag/AgCl couple and immobilized glucose oxidase in the presence of a mediator compound as the electron-transfer electrode.

FIG. 13 shows a third embodiment of the present invention, which provides a continuously variable reference voltage which may be selected to accommodate any type of electron-transfer electrode, that is, one, which for example, employs any of the enzymes listed herein or any combination of these enzymes. The LCD display is not shown in FIG. 15.

In FIG. 13 the feedback resistor 141 in circuit at any given time may be selected from resistors 141a, 141b, and 141c by means of switch SW2a which is gauged with switch SW2b. This allows the current output of the sensor 101 to be displayed in three ranges, for example, 1 $\mu$A, 10 $\mu$A or 100 $\mu$A full scale.

The embodiment shown in FIG. 13 has the non-inverting voltage buffer 102 of the embodiment shown in FIG. 11.

The reference voltage for the embodiment shown in FIG. 13, is derived from the circuit elements 503–505 which include the potentiometers 503 and 502 providing a variable voltage across the sensor 101, thereby accommodating any type of electron-transfer electrode. It is envisaged that the continuously variable resistors 142a and 142b could be replaced in certain applications by stepwise resistance switching means with each position or setting being dedicated to a particular type of electrode.

Various modifications may be made in the circuitry. For example the liquid crystal display may be replaced by a plotter or a dosage control device, or a temperature stability circuit may be incorporated.

Various modifications may also be made in constructional techniques e.g., in a multi-stepped procedure comprising:

I—screen printing of Ag/AgCl reference electrode and metal tracing.

II—screen printing of the active electrode with a printing ink comprising a colloidal carbon, glucose oxidase in buffer, and an organic polymer.

III—screen printing, spraying or dip coating to provide a membrane over the assembly.

Advantages of this method are that it is amenable to high volume automation, and is of high reproducibility.

From the above it follows that a suspension in a liquid medium of carbon together with at least one of (a) an enzyme and (b) a mediator compound capable of transfer-ring charge to the said carbon from the enzyme when the enzyme is catalytically active, the said suspension being formed as a printable and conductive ink for use in the fabrication of electrodes as described above, it also an aspect of the invention. Preferably, both the enzyme (e.g., glucose oxidase) and the mediator (e.g., ferrocene or a ferrocene derivative) are present in the ink formulation and form a single layer admixture such as layer 43 of FIG. 7, laid down by screen printing rather than being applied in three steps as previously described.

The mediator may be in the form of a mediator/hapten conjugate, i.e., be linked to a ligand material so that its activity in its charge-transferring property is a measure of further or competitive binding reaction with a specific binding agent with which the eventual electrode, having the specialized ink thereon, is contacted. A specific example is the theophylline/ferrocene conjugate described in copending application U.S. Ser. No. 607,698, filed May 7, 1984 entitled "Assay systems utilising specific binding agents". Other mediator/enzyme/ligand systems can also be utilised in the specialised ink.

OTHER EMBODIMENTS

While not claimed in this application, it should be appar-ent that the strip electrode can take the form of other

5,820,551

13

embodiments, and can be used with other inventions. For example, it could be used with the invention of copending application Ser. No. 607,695 entitled "Assay technique utilising specific binding agents", featuring the effect on the enzyme and/or mediator's electrochemical availability of specific binding agents e.g., antigens/antibodies and others. For example, the area of first electrode material may comprise (a) a ligand such as an antibody (b) an antiligand, such as a hapten, with specific binding properties thereto (c) the mediator, conjugated to either (a) or (b) and electrochemically active only when (a) and (b) are not specifically bound. Such an electrode is useful in assay of a system which unbinds (a) and (b), at least in part, thereby to provide mediator for the enzyme/substrate reaction.

Alternatively the area of the first electrode may comprise (A) a ligand such as an antibody; (B) an antiligand such as a hapten with specific binding properties thereto; and (C) a mediator conjugated to (B) only, the ligand and antiligand remaining unbound. Such an electrode is useful in assay where antiligand in a biological fluid added to the system compete for binding sites on the ligand with the mediator conjugated antiligand already on the electrode. The resulting electrochemical activity of the electrode is a function of the amount of antiligand/mediator conjugate which remains free of the ligand.

Alternatively, the strip can be used as part of an invasive probe, as described in U.S. Ser. No. 607,599.

We claim:

1. A single use disposable electrode strip for attachment to the signal readout circuitry of a sensor to detect a current representative of the concentration of a compound in a drop of a whole blood sample comprising:

   a) an elongated support having a substantially flat, planar surface, adapted for releasable attachment to said readout circuitry;

   b) a first conductor extending along said surface and comprising a conductive element for connection to said readout circuitry;

   c) an active electrode on said strip in electrical contact with said first conductor and positioned to contact said whole blood sample;

   d) a second conductor extending along said surface comprising a conductive element for connection to said read out circuitry; and

   e) a reference counterelectrode in electrical contact with said second conductor and positioned to contact said whole blood sample,

14

wherein said active electrode is configured to be exposed to said whole blood sample without an intervening membrane or other whole blood filtering member and is formed by coating a portion of the first conductor with a mixture of or layers of an enzyme which catalyzes a redox reaction with said compound in whole blood and a mediator compound which transfers electrons from said redox reaction to said first conductor to create a current representative of the concentration of said compound in said whole blood sample; and wherein said active electrode which is formed on a portion of said conductor is not in electrical contact with said reference counterelectrode but these electrodes are so dimensioned and positioned that they can be simultaneously completely covered by a single drop of whole blood such that this drop provides an electrical path between these electrodes to support said current representative of the concentration of said compound in said whole blood sample.

2. The electrode strip of claim 1 wherein the compound is glucose and the enzyme is glucose oxidase or glucose dehydrogenase.

3. The electrode strip of claim 1 wherein said conductive elements of the first and second conductors for connection to the read-out circuitry are positioned toward one end of said elongated support and said active electrode and reference counterelectrode are positioned remote from said end.

4. The electrode strip of claim 1 wherein said conductive elements of said first and second conductors are configured to allow releasable attachment with a socket on a read out meter which carries said signal readout circuitry.

5. The electrode strip of claim 1 wherein an area not covered by electrodes or conductors is at the end of said strip remote from the end carrying the conductive elements of the first and second conductors for connection to the read-out circuitry to facilitate handling of said strip.

6. The electrode strip of claim 1 wherein the enzyme and mediator are so proportioned to give a linear response at glucose concentrations ranging up to at least about 40 mM.

7. The electrode strip of claim 1 wherein the reference counterelectrode comprises a layer of Ag with a AgCl exposed surface.

8. The electrode strip of claim 1 wherein the mediator compound is selected from the group consisting of polyviologens, fluoranil, chloranil and metallocene compounds.

9. The electrode strip of claim 8 wherein the mediator compound is a ferrocene compound.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,820,551

DATED : October 13, 1998

INVENTOR(S) : Hugh Allen Oliver Hill et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 5, line 23
  replace "calorimetric"
  with --colorimetric--.

Col. 12, line 10
  replace "15"
  with --4--.

Signed and Sealed this

Twenty-ninth Day of August, 2000

Attest:

Q. TODD DICKINSON

Attesting Officer              Director of Patents and Trademarks

# EXHIBIT B

US006592745B1

(12) **United States Patent**     (10) Patent No.: **US 6,592,745 B1**
Feldman et al.                     (45) Date of Patent:     **\*Jul. 15, 2003**

(54) **METHOD OF USING A SMALL VOLUME IN VITRO ANALYTE SENSOR WITH DIFFUSIBLE OR NON-LEACHABLE REDOX MEDIATOR**

(75) Inventors: **Benjamin J. Feldman**, Oakland, CA (US); **Adam Heller**, Austin, TX (US); **Ephraim Heller**, Oakland, CA (US); **Fei Mao**, Fremont, CA (US); **Joseph A. Vivolo**, San Francisco, CA (US); **Jeffery V. Funderburk**, Fremont, CA (US); **Fredric C. Colman**, Oakland, CA (US); **Rajesh Krishnan**, Fremont, CA (US)

(73) Assignee: **TheraSense, Inc.**, Alameda, CA (US)

(*) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/572,617**

(22) Filed:     **May 17, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/295,962, filed on Apr. 21, 1999, now Pat. No. 6,338,790.
(60) Provisional application No. 60/103,627, filed on Oct. 8, 1998, and provisional application No. 60/105,773, filed on Oct. 8, 1998.

(51) Int. Cl.7 ............................................... G01N 27/327
(52) U.S. Cl. .................................................. 205/777.5
(58) Field of Search ......................... 205/777.5, 778; 204/403.04, 403.09, 403.1, 403.11

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

3,260,656 A    7/1966  Ross, Jr.
3,653,841 A    4/1972  Klein

3,719,564 A    3/1973   Lilly, Jr. et al.
3,776,832 A    12/1973  Oswin et al.
3,837,339 A    9/1974   Aisenberg et al.
3,972,320 A    8/1976   Kalman
3,979,274 A    9/1976   Newman

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

DD    227 029 A3    9/1985
DE    29 03 216     8/1979
EP    0 048 090 A2  3/1982

(List continued on next page.)

OTHER PUBLICATIONS

Vidal, J.C. et al., "A chronoamperometric sensor for hydrogen peroxide based on electron transfer between immobilized horseradish peroxidase on a glassy carbon electrode and a diffusing ferrocene mediator", *Sensors and Actuators B 21*, pp. 135–141 (1994).

(List continued on next page.)

*Primary Examiner*—Nam Nguyen
*Assistant Examiner*—Alex Noguerola
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57)                    **ABSTRACT**

A sensor utilizing a non-leachable or diffusible redox mediator is described. The sensor includes a sample chamber to hold a sample in electrolytic contact with a working electrode, and in at least some instances, the sensor also contains a non-leachable or a diffusible second electron transfer agent. The sensor and/or the methods used produce a sensor signal in response to the analyte that can be distinguished from a background signal caused by the mediator. The invention can be used to determine the concentration of a biomolecule, such as glucose or lactate, in a biological fluid, such as blood or serum, using techniques such as coulometry, amperometry, and potentiometry. An enzyme capable of catalyzing the electrooxidation or electroreduction of the biomolecule is typically provided as a second electron transfer agent.

**38 Claims, 28 Drawing Sheets**



US 6,592,745 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,008,717 A | 2/1977 | Kowarski |
| 4,016,866 A | 4/1977 | Lawton |
| 4,055,175 A | 10/1977 | Clemens et al. |
| 4,059,406 A | 11/1977 | Fleet |
| 4,076,596 A | 2/1978 | Connery et al. |
| 4,098,574 A | 7/1978 | Dappen |
| 4,100,048 A | 7/1978 | Pompei et al. |
| 4,151,845 A | 5/1979 | Clemens |
| 4,168,205 A | 9/1979 | Danninger et al. |
| 4,172,770 A | 10/1979 | Semersky et al. |
| 4,178,916 A | 12/1979 | McNamara |
| 4,206,755 A | 6/1980 | Klein |
| 4,224,125 A | 9/1980 | Nakamura et al. |
| 4,240,438 A | 12/1980 | Updike et al. |
| 4,240,889 A | 12/1980 | Yoda et al. |
| 4,247,297 A | 1/1981 | Berti et al. |
| 4,271,119 A | 6/1981 | Columbus |
| 4,318,784 A | 3/1982 | Higgins et al. |
| 4,340,458 A | 7/1982 | Lerner et al. |
| 4,356,074 A | 10/1982 | Johnson |
| 4,365,637 A | 12/1982 | Johnson |
| 4,366,033 A | 12/1982 | Richter et al. |
| 4,375,399 A | 3/1983 | Havas et al. |
| 4,384,586 A | 5/1983 | Christiansen |
| 4,392,933 A | 7/1983 | Nakamura et al. |
| 4,401,122 A | 8/1983 | Clark, Jr. |
| 4,404,066 A | 9/1983 | Johnson |
| 4,407,959 A | 10/1983 | Tsuji et al. |
| 4,418,148 A | 11/1983 | Oberhardt |
| 4,420,564 A | 12/1983 | Tsuji et al. |
| 4,427,770 A | 1/1984 | Chen et al. |
| 4,431,004 A | 2/1984 | Bessman et al. |
| 4,436,094 A | 3/1984 | Cerami |
| 4,440,175 A | 4/1984 | Wilkins |
| 4,444,892 A | 4/1984 | Malmros |
| 4,450,842 A | 5/1984 | Zick et al. |
| 4,461,691 A | 7/1984 | Frank |
| 4,469,110 A | 9/1984 | Slama |
| 4,477,314 A | 10/1984 | Richter et al. |
| 4,483,924 A | 11/1984 | Tsuji et al. |
| 4,484,987 A | 11/1984 | Gough |
| 4,522,690 A | 6/1985 | Venkatasetty |
| 4,524,114 A | 6/1985 | Samuels et al. |
| 4,526,661 A | 7/1985 | Steckhan et al. |
| 4,534,356 A | 8/1985 | Papadakis |
| 4,538,616 A | 9/1985 | Rogoff |
| 4,543,955 A | 10/1985 | Schroeppel |
| 4,545,382 A | 10/1985 | Higgins et al. |
| 4,552,840 A | 11/1985 | Riffer |
| 4,560,534 A | 12/1985 | Kung et al. |
| 4,571,292 A | 2/1986 | Liu et al. |
| 4,573,994 A | 3/1986 | Fischell et al. |
| 4,581,336 A | 4/1986 | Malloy et al. |
| 4,595,011 A | 6/1986 | Phillips |
| 4,619,754 A | 10/1986 | Niki et al. |
| 4,633,878 A | 1/1987 | Bombardieri |
| 4,637,403 A | 1/1987 | Garcia et al. |
| 4,650,547 A | 3/1987 | Gough |
| 4,654,197 A | 3/1987 | Lilja et al. |
| 4,655,880 A | 4/1987 | Liu |
| 4,655,885 A | 4/1987 | Hill et al. |
| 4,671,288 A | 6/1987 | Gough |
| 4,679,562 A | 7/1987 | Luksha |
| 4,680,268 A | 7/1987 | Clark, Jr. |
| 4,682,602 A | 7/1987 | Prohaska |
| 4,684,537 A | 8/1987 | Graetzel et al. |
| 4,685,463 A | 8/1987 | Williams |
| 4,703,756 A | 11/1987 | Gough et al. |
| 4,711,245 A | 12/1987 | Higgins et al. |
| 4,717,673 A | 1/1988 | Wrighton et al. |
| 4,721,601 A | 1/1988 | Wrighton et al. |
| 4,726,378 A | 2/1988 | Kaplan |
| 4,750,496 A | 6/1988 | Reinhart et al. |
| 4,757,022 A | 7/1988 | Shults et al. |
| 4,758,323 A | 7/1988 | Davis et al. |
| 4,759,371 A | 7/1988 | Franetski |
| 4,759,828 A | 7/1988 | Young et al. |
| 4,764,416 A | 8/1988 | Ueyama et al. |
| 4,776,944 A | 10/1988 | Janata et al. |
| 4,781,798 A | 11/1988 | Gough |
| 4,784,736 A | 11/1988 | Lonsdale et al. |
| 4,795,707 A | 1/1989 | Niiyama et al. |
| 4,805,624 A | 2/1989 | Yao et al. |
| 4,813,424 A | 3/1989 | Wilkins |
| 4,815,469 A | 3/1989 | Cohen et al. |
| 4,820,399 A | 4/1989 | Senda et al. |
| 4,822,337 A | 4/1989 | Newhouse et al. |
| 4,830,959 A | 5/1989 | McNeil et al. |
| 4,832,797 A | 5/1989 | Vadgama et al. |
| 4,840,893 A | 6/1989 | Hill et al. |
| 4,848,351 A | 7/1989 | Finch |
| 4,871,351 A | 10/1989 | Feingold |
| 4,871,440 A | 10/1989 | Nagata et al. |
| 4,890,620 A | 1/1990 | Gough |
| 4,894,137 A | 1/1990 | Takizawa et al. |
| 4,897,162 A | 1/1990 | Lewandowski et al. |
| 4,897,173 A | 1/1990 | Nankai et al. |
| 4,909,908 A | 3/1990 | Ross et al. |
| 4,911,794 A | 3/1990 | Parce et al. |
| 4,919,141 A | 4/1990 | Zier et al. |
| 4,919,767 A | 4/1990 | Vadgama et al. |
| 4,923,586 A | 5/1990 | Katayama et al. |
| 4,927,516 A | 5/1990 | Yamaguchi et al. |
| 4,935,105 A | 6/1990 | Churchouse |
| 4,935,345 A | 6/1990 | Guilbeau et al. |
| 4,936,956 A | 6/1990 | Wrighton |
| 4,938,860 A | 7/1990 | Wogoman |
| 4,942,127 A | 7/1990 | Wada et al. |
| 4,945,045 A | 7/1990 | Forrest et al. |
| 4,950,378 A | 8/1990 | Nagata |
| 4,953,552 A | 9/1990 | DeMarzo |
| 4,968,400 A | 11/1990 | Shimomura et al. |
| 4,970,145 A | 11/1990 | Bennetto et al. |
| 4,974,929 A | 12/1990 | Curry |
| 4,986,271 A | 1/1991 | Wilkins |
| 4,994,167 A | 2/1991 | Shults et al. |
| 4,997,901 A | 7/1991 | Wrighton et al. |
| 5,034,192 A | 8/1991 | Hayashi et al. |
| 5,037,527 A | 8/1991 | Hayashi et al. |
| 5,059,290 A | 10/1991 | Uchiyama et al. ......... 205/778 |
| 5,070,535 A | 12/1991 | Hochmair et al. |
| 5,078,854 A | 1/1992 | Burgess et al. |
| 5,082,550 A | 1/1992 | Rishpon et al. |
| 5,082,786 A | 1/1992 | Nakamoto |
| 5,089,112 A | 2/1992 | Skotheim et al. |
| 5,094,951 A | 3/1992 | Rosenberg |
| 5,096,560 A | 3/1992 | Takai et al. |
| 5,096,836 A | 3/1992 | Macho et al. |
| 5,101,814 A | 4/1992 | Palti |
| 5,108,564 A | 4/1992 | Szuminsky et al. |
| 5,109,850 A | 5/1992 | Blanco et al. |
| 5,120,420 A | 6/1992 | Nankai et al. |
| 5,120,421 A | 6/1992 | Glass et al. |
| 5,126,034 A | 6/1992 | Carter et al. |
| 5,126,247 A | 6/1992 | Palmer et al. |
| 5,130,009 A | 7/1992 | Marsoner et al. |
| 5,133,856 A | 7/1992 | Yamaguchi et al. |
| 5,140,393 A | 8/1992 | Hijikihigawa et al. |
| 5,141,868 A | 8/1992 | Shanks et al. |
| 5,161,532 A | 11/1992 | Joseph |
| 5,165,407 A | 11/1992 | Wilson et al. |
| 5,168,046 A | 12/1992 | Hamamoto et al. |

## US 6,592,745 B1
Page 3

| | | |
|---|---|---|
| 5,174,291 A | 12/1992 | Schoonen et al. |
| 5,185,256 A | 2/1993 | Nankai et al. |
| 5,192,415 A | 3/1993 | Yoshioka et al. |
| 5,192,416 A | 3/1993 | Wang et al. |
| 5,198,367 A | 3/1993 | Aizawa et al. |
| 5,200,051 A | 4/1993 | Cozzette et al. |
| 5,202,261 A | 4/1993 | Musho et al. |
| 5,205,920 A | 4/1993 | Oyama et al. |
| 5,206,145 A | 4/1993 | Cattell |
| 5,208,154 A | 5/1993 | Weaver et al. |
| 5,217,595 A | 6/1993 | Smith et al. |
| 5,227,042 A | 7/1993 | Zawodzinski et al. |
| 5,229,282 A | 7/1993 | Yoshioka et al. |
| 5,250,439 A | 10/1993 | Musho et al. |
| 5,262,035 A | 11/1993 | Gregg et al. |
| 5,262,305 A | 11/1993 | Heller et al. |
| 5,264,103 A | 11/1993 | Yoshioka et al. |
| 5,264,106 A | 11/1993 | McAleer et al. |
| 5,271,815 A | 12/1993 | Wong |
| 5,272,060 A | 12/1993 | Hamamoto et al. |
| 5,278,079 A | 1/1994 | Gubinski et al. |
| 5,286,362 A | 2/1994 | Hoenes et al. |
| 5,286,364 A | 2/1994 | Yacynych et al. |
| 5,288,636 A | 2/1994 | Pollmann et al. |
| 5,293,546 A | 3/1994 | Tadros et al. |
| 5,310,885 A | 5/1994 | Maier et al. |
| 5,320,725 A | 6/1994 | Gregg et al. |
| 5,326,449 A | 7/1994 | Cunningham |
| 5,337,747 A | 8/1994 | Neftel |
| 5,352,348 A | 10/1994 | Young et al. |
| 5,356,786 A | 10/1994 | Heller et al. |
| 5,364,797 A | 11/1994 | Olson et al. |
| 5,368,028 A | 11/1994 | Palti |
| 5,372,133 A | 12/1994 | Hogen Esch |
| 5,378,628 A | 1/1995 | Grätzel et al. |
| 5,380,422 A | 1/1995 | Negishi et al. |
| 5,382,346 A | 1/1995 | Uenoyama et al. |
| 5,387,327 A | 2/1995 | Khan |
| 5,390,671 A | 2/1995 | Lord et al. |
| 5,391,250 A | 2/1995 | Cheney, II et al. |
| 5,393,903 A | 2/1995 | Gratzel et al. |
| 5,395,504 A | 3/1995 | Saurer et al. |
| 5,411,647 A | 5/1995 | Johnson et al. |
| 5,413,690 A | 5/1995 | Kost et al. |
| 5,422,246 A | 6/1995 | Koopal et al. |
| 5,437,973 A | 8/1995 | Vadgama et al. |
| 5,437,999 A | 8/1995 | Diebold et al. ........ 204/403.11 |
| 5,478,751 A | 12/1995 | Oosta et al. |
| 5,494,562 A | 2/1996 | Maley et al. |
| 5,496,453 A | 3/1996 | Uenoyama et al. |
| 5,497,772 A | 3/1996 | Schulman et al. |
| 5,501,956 A | 3/1996 | Wada et al. |
| 5,502,396 A | 3/1996 | Desarzens et al. ..... 204/403.02 |
| 5,507,288 A | 4/1996 | Böcker et al. |
| 5,508,171 A | 4/1996 | Walling et al. |
| 5,514,253 A | 5/1996 | Davis et al. |
| 5,520,787 A | 5/1996 | Hanagan et al. |
| 5,525,511 A | 6/1996 | D'Costa |
| 5,526,120 A | 6/1996 | Jina et al. |
| 5,531,878 A | 7/1996 | Vadgama et al. |
| 5,552,027 A | 9/1996 | Birkle et al. |
| 5,556,524 A | 9/1996 | Albers |
| 5,565,085 A | 10/1996 | Ikeda et al. |
| 5,567,302 A | 10/1996 | Song et al. |
| 5,568,806 A | 10/1996 | Cheney, II et al. |
| 5,569,186 A | 10/1996 | Lord et al. |
| 5,575,895 A | 11/1996 | Ikeda et al. |
| 5,580,527 A | 12/1996 | Bell et al. |
| 5,582,184 A | 12/1996 | Erickson et al. |
| 5,582,697 A | 12/1996 | Ikeda et al. |
| 5,582,698 A | 12/1996 | Flaherty et al. |
| 5,586,553 A | 12/1996 | Halili et al. |
| 5,589,326 A | 12/1996 | Deng et al. |
| 5,593,852 A | 1/1997 | Heller et al. |
| 5,595,479 A | 1/1997 | Kimura et al. |
| 5,596,150 A | 1/1997 | Arndt et al. |
| 5,617,851 A | 4/1997 | Lipkovker |
| 5,628,890 A | 5/1997 | Carter et al. |
| 5,650,062 A | 7/1997 | Ikeda et al. |
| 5,651,869 A | 7/1997 | Yoshioka et al. |
| 5,660,163 A | 8/1997 | Schulman et al. |
| 5,670,031 A | 9/1997 | Hintsche et al. |
| 5,680,858 A | 10/1997 | Hansen et al. |
| 5,682,233 A | 10/1997 | Brinda |
| 5,695,623 A | 12/1997 | Michel et al. |
| 5,695,947 A | 12/1997 | Guo et al. .................... 435/11 |
| 5,708,247 A | 1/1998 | McAleer et al. |
| 5,711,861 A | 1/1998 | Ward et al. |
| 5,711,862 A | 1/1998 | Sakoda et al. |
| 5,720,862 A | 2/1998 | Hamamoto et al. |
| 5,727,548 A | 3/1998 | Hill et al. |
| 5,741,211 A | 4/1998 | Renirie et al. |
| 5,741,688 A | 4/1998 | Oxenbo II et al. |
| 5,746,217 A | 5/1998 | Erickson et al. |
| 5,770,028 A | 6/1998 | Maley et al. |
| 5,781,455 A | 7/1998 | Hyodo ......................... 702/19 |
| 5,791,344 A | 8/1998 | Schulman et al. |
| 5,804,048 A | 9/1998 | Wong et al. |
| 5,820,570 A | 10/1998 | Erickson et al. |
| 5,830,341 A | 11/1998 | Gilmartin |
| 5,834,224 A | 11/1998 | Ruger et al. |
| 5,837,454 A | 11/1998 | Cozzette et al. |
| 5,842,983 A | 12/1998 | Abel et al. |
| 5,846,702 A | 12/1998 | Deng et al. |
| 5,846,744 A | 12/1998 | Athey et al. |
| 5,857,983 A | 1/1999 | Douglas et al. |
| 5,879,311 A | 3/1999 | Duchon et al. |
| 5,951,492 A | 9/1999 | Douglas et al. ............. 600/583 |
| 5,958,779 A | 9/1999 | Bonnick et al. ............. 436/55 |
| 6,004,441 A | 12/1999 | Fujiwara et al. |
| 6,033,866 A | 3/2000 | Guo et al. |
| 6,071,391 A | 6/2000 | Gotoh et al. |
| 6,120,676 A | 9/2000 | Heller et al. ............. 205/777.5 |
| 6,143,164 A | 11/2000 | Heller et al. ............. 600/583 |
| 6,338,790 B1 | 1/2002 | Feldman et al. ......... 205/777.5 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 078 636 A1 | 5/1983 |
| EP | 0 096 288 A1 | 12/1983 |
| EP | 0 125 139 A2 | 11/1984 |
| EP | 0 136 362 A1 | 4/1985 |
| EP | 0 170 375 A2 | 2/1986 |
| EP | 0 080 304 B1 | 5/1986 |
| EP | 0 184 909 A2 | 6/1986 |
| EP | 0 206 218 A2 | 12/1986 |
| EP | 0 230 472 A1 | 8/1987 |
| EP | 0 241 309 A3 | 10/1987 |
| EP | 0 245 073 A2 | 11/1987 |
| EP | 0 278 647 A2 | 8/1988 |
| EP | 0 286 084 A2 | 10/1988 |
| EP | 0 359 831 A1 | 3/1990 |
| EP | 0 368 209 A1 | 5/1990 |
| EP | 0 390 390 A1 | 10/1990 |
| EP | 0 400 918 A1 | 12/1990 |
| EP | 0 453 283 A1 | 10/1991 |
| EP | 0 470 290 A1 | 2/1992 |
| EP | 0 255 291 B1 | 6/1992 |
| EP | 0 537 761 A2 | 4/1993 |
| EP | 0 127 958 B2 | 4/1996 |
| EP | 0 781 406 B1 | 5/1998 |
| GB | 1394 171 | 5/1975 |
| GB | 2 073 891 A | 10/1981 |

US 6,592,745 B1

Page 4

| GB | 2 154 003 B | 8/1985 |
|---|---|---|
| GB | 2 204 408 A | 11/1988 |
| JP | 55-10584 | 1/1908 |
| JP | 54-41191 | 4/1979 |
| JP | 55-10581 | 1/1980 |
| JP | 55-10583 | 1/1980 |
| JP | 55-12406 | 1/1980 |
| JP | 56-163447 | 12/1981 |
| JP | 57-70448 | 4/1982 |
| JP | 60-173457 | 9/1985 |
| JP | 60-173458 | 9/1985 |
| JP | 60-173459 | 9/1985 |
| JP | 61-90050 | 5/1986 |
| JP | 62-85855 | 4/1987 |
| JP | 62 114747 | 5/1987 |
| JP | 63-58149 | 3/1988 |
| JP | 63-128252 | 5/1988 |
| JP | 63-139246 | 6/1988 |
| JP | 63-294799 | 12/1988 |
| JP | 63-317758 | 12/1988 |
| JP | 1-114746 | 5/1989 |
| JP | 1-114747 | 5/1989 |
| JP | 1-134244 | 5/1989 |
| JP | 1-156658 | 6/1989 |
| JP | 2-62958 | 3/1990 |
| JP | 2-120655 | 5/1990 |
| JP | 2-287145 | 11/1990 |
| JP | 2-310457 | 12/1990 |
| JP | 3-26956 | 2/1991 |
| JP | 3-28752 | 2/1991 |
| JP | 3-202764 | 9/1991 |
| JP | 4-194660 | 7/1992 |
| JP | 5-72171 | 3/1993 |
| JP | 5-196595 | 8/1993 |
| SU | 1281988 A1 | 1/1987 |
| WO | WO 85/05119 | 11/1985 |
| WO | WO 89/08713 | 9/1989 |
| WO | WO 90/05300 | 5/1990 |
| WO | WO 91/04704 | 4/1991 |
| WO | WO 91/09139 | 6/1991 |
| WO | WO 92/13271 | 8/1992 |
| WO | WO 94/20602 | 9/1994 |
| WO | WO 94/27140 | 11/1994 |
| WO | WO 95/02817 | 1/1995 |
| WO | WO 97/00441 | 1/1997 |
| WO | WO 97/18464 | 5/1997 |
| WO | WO 97/19344 | 5/1997 |
| WO | WO 97/42882 | 11/1997 |
| WO | WO 97/42883 | 11/1997 |
| WO | WO 97/42886 | 11/1997 |
| WO | WO 97/42888 | 11/1997 |
| WO | WO 97/43962 | 11/1997 |
| WO | WO 98/35225 | 8/1998 |
| WO | WO 98/43073 | 10/1998 |
| WO | WO 98/58250 | 12/1998 |
| WO | WO 99/08106 | 2/1999 |
| WO | WO 99/30152 | 6/1999 |

## OTHER PUBLICATIONS

Bratten et al. "Micromachining Sensors for Electrochemical Measurement in Subnanoliter Volumes" Analytical Chemistry, vol. 69, No. 2, Jan. 15, 1997.

Abruña, H. D. et al., "Rectifying Interfaces Using Two-Layer Films of Electrochemically Polymerized Vinylpyridine and Vinylbipyridine Complexes of Ruthenium and Iron on Electrodes," J. Am. Chem. Soc., 103(1):1–5 (Jan. 14, 1981).

Albery, W. J. et al., "Amperometric enzyme electrodes. Part II. Conducting salts as electrode materials for the oxidation of glucose oxidase," J. Electroanal. Chem. Interfacial Electrochem., 194(2) (1 page—Abstract only) (1985).

Albery, W. J. et al., "Amperometric Enzyme Electrodes," Phil. Trans. R. Soc. Lond. B316:107–119 (1987).

Alcock, S. J. et al., "Continuous Analyte Monitoring to Aid Clinical Practice," IEEE Engineering in Medicine and Biology, 319–325 (1994).

Anderson, L. B. et al., "Thin-Layer Electrochemistry: Steady-State Methods of Studying Rate Processes," J. Electroanal. Chem., 10:295–305 (1965).

Bartlett, P. N. et al., "Covalent Binding of Electron Relays to Glucose Oxidation," J. Chem. Soc. Chem. Commun., 1603–1604 (1987).

Bartlett, P. N. et al., "Modification of glucose oxidase by tetrathiafulvalene," J. Chem. Soc., Chem. Commun., 16 (1 page—Abstract only) (1990).

Bartlett, P. N. et al., "Strategies for the Development of Amperometric Enzyme Electrodes," Biosensors, 3:359–379 (1987/88).

Bobbioni-Harsch, E. et al., "Lifespan of subcutaneous glucose sensors and their performances during dynamic glycaemia changes in rats," J. Biomed. Eng. 15:457–463 (1993).

Brandt, J. et al., "Covalent attachment of proteins to polysaccharide carriers by means of benzoquinone," Biochim. Biophys. Acta, 386(1), (1 page Abstract only) (1975).

Brownlee, M. et al., "A Glucose-Controlled Insulin-Delivery System: Semisynthetic Insulin Bound to Lectin," Science, 206(4423):1190–1191 (Dec. 7, 1979).

Cass, A.E.G. et al., "Ferricinum Ion As An Electron Acceptor for Oxido-Reductases," J. Electroanal. Chem., 190:117–127 (1985).

Cass, A.E.G. et al., "Ferrocene–Mediated Enzyme Electrode for Amperometric Determination of Glucose", Anal. Chem., 56(4):667–671 (Apr. 1984).

Castner, J. F. et al., "Mass Transport and Reaction Kinetic Parameters Determined Electrochemically for Immobilized Glucose Oxidase," Biochemistry, 23(10):2203–2210 (1984).

Claremont, D.J. et al., "Biosensors for Continuous In Vivo Glucose Monitoring", IEEE Engineering in Medicine and Biology Society 10th Annual International Conference, New Orleans, Louisiana, 3 pgs. (Nov. 4–7, 1988).

Clark, L.C. et al., "Differential Anodic Enzyme Polarography for the Measurement of Glucose", Oxygen Transport to Tissue: Instrumentation, Methods, and Physiology, 127–133 (1973).

Clark, L.C., Jr. et al., "Electrode Systems for Continuous Monitoring in Cardiovascular Surgery," Annals New York Academy of Sciences, pp. 29–45 (1962).

Clarke, W. L., et al., "Evaluating Clinical Accuracy of Systems for Self-Monitoring of Blood Glucose," Diabetes Care, 10(5):622–628 (Sep.–Oct. 1987).

Csöregi, E. et al., "Design, Characterization, and One-Point in Vivo Calibration of a Subcutaneously Implanted Glucose Electrode," Anal. Chem. 66(19):3131–3138 (Oct. 1, 1994).

Csöregi, E. et al., "On-Line Glucose Monitoring by Using Microdialysis Sampling and Amperometric Detection Based on "Wired" Glucose Oxidase in Carbon Paste," Mikrochim. Acta. 121:31–40 (1995).

Davis, G., "Electrochemical Techniques for the Development of Amperometric Biosensors", Biosensors, 1:161–178 (1985).

Degani, Y. et al., "Direct Electrical Communication between Chemically Modified Enzymes and Metal Electrodes. 1. Electron Transfer from Glucose Oxidase to Metal Electrodes via Electron Relays, Bound Covalently to the Enzyme," *J. Phys. Chem.*, 91(6):1285–1289 (1987).

Degani, Y. et al., "Direct Electrical Communication between Chemically Modified Enzymes and Metal Electrodes. 2. Methods for Bonding Electron–Transfer Relays to Glucose Oxidase and D–Amino–Acid Oxidase," *J. Am. Chem. Soc.*, 110(8):2615–2620 (1988).

Degani, Y. et al., "Electrical Communication between Redox Centers of Glucose Oxidase and Electrodes via Electrostatically and Covalently Bound Redox Polymers," *J. Am. Chem. Soc.*, 111:2357–2358 (1989).

Denisevich, P. et al., "Unidirectional Current Flow and Charge State Trapping at Redox Polymer Interfaces on Bilayer Electrodes: Principles, Experimental Demonstration, and Theory," *J. Am. Chem. Soc.*, 103(16):4727–4737 (1981).

Dicks, J. M., "Ferrocene modified polypyrrole with immobilised glucose oxidase and its application in amperometric glucose microbiosensors," *Ann. Biol. clin.*, 47:607–619 (1989).

Engstrom, R.C., "Electrochemical Pretreatment of Glassy Carbon Electrodes", *Anal. Chem.*, 54(13):2310–2314 (Nov. 1982).

Engstrom, R.C. et al., "Characterization of Electrochemically Pretreated Glassy Carbon Electrodes", *Anal. Chem.*, 56(2):136–141 (Feb. 1984).

Ellis, C. D., "Selectivity and Directed Charge Transfer through an Electroactive Metallopolymer Film," *J. Am. Chem. Soc.*, 103(25):7480–7483 (1981).

Fischer, H. et al., "Intramolecular Electron Transfer Mediated by 4,4'–Bipyridine and Related Bridging Groups", *J. Am. Chem. Soc.*, 98(18):5512–5517 (Sep. 1, 1976).

Foulds, N.C. et al., "Enzyme Entrapment in Electrically Conducting Polymers," *J. Chem. Soc., Faraday Trans 1.*, 82:1259–1264 (1986).

Foulds, N.C. et al., "Immobilization of Glucose Oxidase in Ferrocene–Modified Pyrrole Polymers," *Anal. Chem.*, 60(22):2473–2478 (Nov. 15, 1988).

Frew, J.E. et al., "Electron–Transfer Biosensors", *Phil. Trans. R. Soc. Lond.*, B316:95–106 (1987).

Gorton, L. et al., "Selective detection in flow analysis based on the combination of immobilized enzymes and chemically modified electrodes," *Analytica Chimica Acta*, 250:203–248 (1991).

Gregg, B. A. et al., "Cross–Linked Redox Gels Containing Glucose Oxidase for Amperometric Biosensor Applications," *Analytical Chemistry*, 62(3):258–263 (Feb. 1, 1990).

Gregg, B. A. et al., "Redox Polymer Films Containing Enzymes. 1. A Redox–Conducting Epoxy Cement, Synthesis, Characterization, and Electrocatalytic Oxidation of Hydroquinone," *J. Phys. Chem.*, 95(15):5970–5975 (1991).

Hale, P.D. et al., "A New Class of Amperometric Biosensor Incorporating a Polymeric Electron–Transfer Mediator," *J. Am. Chem. Soc.*, 111(9):3482–3484 (1989).

Harrison, D.J. et al., "Characterization of Perfluorosulfonic Acid Polymer Coated Enzyme Electrodes and a Miniaturized Integrated Potentiostat for Glucose Analysis in Whole Blood", *Anal. Chem.*, 60(19):2002–2007 (Oct. 1, 1988).

Hawkridge, F. M. et al., "Indirect Coulometric Titration of Biological Electron Transport Components," *Analytical Chemistry*, 45(7):1021–1027 (Jun. 1973).

Heineman, W.R. et al., "Measurement of Enzyme E°' Values by Optically Transparent Thin Layer Electrochemical Cells", *Analytical Chemistry*, 47(1):79, 82–84 (Jan. 1975).

Heineman, W.R. "Spectro–electro–chemistry", *Analytical Chemistry*, 50(3):390–392, 394, 396, 398, 400, 402 (Mar. 1978).

Heller, A., "Amperometric biosensors based on three–dimensional hydrogel–forming epoxy networks," *Sensors and Actuators B*, 13–14:180–183 (1993).

Heller, A., "Electrical Connection of Enzyme Redox Centers to Electrodes," *J. Phys. Chem.*, 96(9):3579–3587 (1992).

Heller, A., "Electrical Wiring of Redox Enzymes," *Acc Chem. Res.*, 23(5):129–134 (1990).

Ianniello, R.M. et al. "Immobilized Enzyme Chemically Modified Electrode as an Amperometric Sensor", *Anal. Chem.*, 53(13):2090–2095 (Nov. 1981).

Ianniello, R.M. et al., "Differential Pulse Voltammetric Study of Direct Electron Transfer in Glucose Oxidase Chemically Modified Graphite Electrodes", *Anal. Chem.*, 54(7):1098–1101 (Jun. 1981).

Ikeda, T. et al., "Glucose oxidase–immobilized benzoquinone–carbon paste electrode as a glucose sensor," *Agric. Biol. Chem.*, 49(2) (1 page—Abstract only) (1985).

Johnson, J. M. et al., "Potential–Dependent Enzymatic Activity in an Enzyme Thin–Layer Cell," *Anal. Chem.* 54:1377–1383 (1982).

Johnson, K.W., "Reproducible Electrodeposition of Biomolecules for the Fabrication of Miniature Electroenzymatic Biosensors", *Sensors and Actuators B Chemical*, B5:85–89 (1991).

Jönsson, G. et al., "An Amperometric Glucose Sensor Made by Modification of a Graphite Electrode Surface With Immobilized Glucose Oxidase and Adsorbed Mediator", *Biosensors*, 1:355–368 (1985).

Josowicz, M. et al., "Electrochemical Pretreatment of Thin Film Platinum Electrodes", *J. Elecrochem. Soc.*, 135(1):112–115 (Jan. 1988).

Katakis, I. et al., "Electrostatic Control of the Electron Transfer Enabling Binding of Recombinant Glucose Oxidase and Redox Polyelectrolytes," *J. Am. Chem. Soc.*, 116(8):3617–3618 (1994).

Katakis, I. et al., "L–α–Glycerophosphate and L–Lactate Electrodes Based on the Electrochemical "Wiring" of Oxidases," *Analytical Chemistry*, 64(9):1008–1013 (May 1, 1992).

Kenausis, G. et al., "Wiring' of glucose oxidase and lactate oxidase within a hydrogel made with poly(vinyl pyridine) complexed with [Os(4,4'–dimethoxy–2,2'–bipyridine)₂Cl]⁺/²⁺," *J. Chem. Soc, Faraday Trans.*, 92(20):4131–4136 (1996).

Kondo, T. et al., "A Miniature Glucose Sensor, Implantable in the Blood Stream", *Diabetes Care*, 5(3):218–221 (May–Jun. 1982).

Kulys, J. et al., "Mediatorless peroxidase electrode and preparation of bienzyme sensors," *Bioelectrochemistry and Bioenergetics*, 24:305–311 (1990).

Lager, W. et al., "Implantable Electrocatalytic Glucose Sensor," *Horm. Metab. Res.*, 26:526–530 (Nov. 1994).

Lindner, E. et al. "Flexible (Kapton–Based) Microsensor Arrays of High Stability for Cardiovascular Applications," *J. Chem. Soc.Faraday Trans.*, 89(2):361–367 (Jan. 21, 1993).

Maidan, R. et al., "Elimination of Electrooxidizable Interferant–Produced Currents in Amperometric Biosensors," *Analytical Chemistry*, 64(23):2889–2896 (Dec. 1, 1992).

Mastrototaro, J.J. et al., "An Electroenzymatic Glucose Sensor Fabricated on a Flexible Substrate", *Sensors and Biosensors B Chemical*, B5:139–144 (1991).

McKean et al., "A telemetry–Instrumentation System for Chronically Implanted Glucose and Oxygen Sensors", *IEEE Transactions of Biomedical Engineering*, 35(7):526–532 (Jul. 1988).

McNeil, C. J. et al., "Thermostable Reduced Nicotinamide Adenine Dinucleotide Oxidase: Application to Amperometric Enzyme Assay", *Anal. Chem.*, 61(1):25–29 (Jan. 1, 1989).

Miyawaki, O. et al., "Electrochemical and Glucose Oxidase Coenzyme Activity of Flavin Adenine Dinucleotide Covalently Attached to Glassy Carbon at the Adenine Amino Group", *Biochimica et Biophysica Acta*, 838:60–68 (1985).

Moatti–Sirat, D. et al., "Evaluating in vitro and in vivo the inference of ascorbate and acetaminophen on glucose detection by a needle–type glucose sensor," *Biosensors & Bioelectronics*, 7(5):345–352 (1992).

Moatti–Sirat, D. et al., "Reduction of acetaminophen interference in glucose sensors by a composite Nafion membrane: demonstration in rats and man," *Diabetologia*, 37(6) (1 page—Abstract only) (Jun. 1994).

Moatti–Sirat, D. et al., "Towards continuous glucose monitoring: in vivo evaluation of a miniaturized glucose sensor implanted for several days in rat subcutaneous tissue," *Diabetologia*, 35(3) (1 page—Abstract only) (Mar. 1992).

Nagy, G. et al., "A New Type of Enzyme Electrode: The Ascorbic Acid Eliminator Electrode," *Life Sciences*, 31(23):2611–2616 (1982).

Nakamura, S. et al., "Effect of Periodate Oxidation on the Structure and Properties of Glucose Oxidase," *Biochimica et Biophysica Acta.*, 445:294–308 (1976).

Narazimhan, K. et al., "p–Benzoquinone activation of metal oxide electrodes for attachment of enzymes," *Enzyme Microb. Technol.*, 7(6) (1 page—Abstract only) (1985).

Ohara, T. J. et al., "Glucose Electrodes Based on Cross–Linked [Os(bpy)₂Cl]⁺/²⁺ Complexed Poly(1–vinylimadazole) Films," *Analytical Chemistry*, 65(23):3512–3516 (Dec. 1, 1993).

Ohara, T. J., "Osmium Bipyridyl Redox Polymers Used in Enzyme Electrodes," *Platinum Metals Rev.*, 39(2):54–62 (Apr. 1995).

Ohara, T.J. et al., ""Wired" Enzyme Electrodes for Amperometric Determination of Glucose or Lactate in the Presence of Interfering Substances," *Analytical Chemistry*, 66(15):2451–2457 (Aug. 1, 1994).

Olievier, C. N. et al., "In vivo Measurement of Carbon Dioxide Tension with a Miniature Electrode," *Pflugers Arch.* 373:269–272 (1978).

Paddock, R. et al., "Electrocatalytic reduction of hydrogen peroxide via direct electron transfer from pyrolytic graphite electrodes to irreversibly adsorbed cytochrome c peroxidase," *J. Electroanal. Chem.*, 260:487–494 (1989).

Palleschi, G. et al., "A Study of Interferences in Glucose Measurements in Blood by Hydrogen Peroxide Based Glucose Probes," *Anal. Biochem.*, 159:114–121 (1986).

Palleschi, G. et al., "Ideal Hydrogen Peroxide–Based Glucose Sensor," *Applied Biochemistry and Biotechnology*, 31:21–35 (1991).

Pankratov, I. et al., "Sol–gel derived renewable–surface biosensors," *Journal of Electroanalytical Chemistry*, 393:35–41 (1995).

Pathak, C. P. et al., "Rapid Photopolymerization of Immunoprotective Gels in Contact with Cells and Tissue," *J. Am. Chem. Soc.*, 114(21):8311–8312 (1992).

Pickup, J. et al., "Potentially–implantable, amperometric glucose sensors with mediated electron transfer: improving the operating stability," *Biosensors*, 4(2) (1 page—Abstract only) (1989).

Pishko, M.V. et al., "Amperometric Glucose Microelectrodes Prepared Through Immobilization of Glucose Oxidase in Redox Hydrogels", *Anal. Chem.*, 63(20):2268–2272 (Oct. 15, 1991).

Poitout, V. et al., "A glucose monitoring system for on line estimation in man of blood glucose concentration using a miniaturized glucose sensor implanted in the subcutaneous tissue and a wearable control unit," *Diabetolgia*, 36(7) (1 page—Abstract only) (Jul. 1993).

Poitout, V. et al., "Calibration in dogs of a subcutaneous miniaturized glucose sensor using a glucose meter for blood glucose determination," *Biosensors & Bioelectronics*, 7:587–592 (1992).

Poitout, V. et al., "In vitro and in vivo evaluation in dogs of a miniaturized glucose sensor," *ASAIO Transactions*, 37(3) (1 page—Abstract only) (Jul.–Sep. 1991).

Pollak, A. et al., "Enzyme Immobilization by Condensation Copolymerization into Cross–Linked Polyacrylamide Gels," *J. Am. Chem. Soc.*, 102(20):6324–6336 (1980).

Reach, G. et al., "Can Continuous Glucose Monitoring Be Used for the Treatment of Diabetes?" *Analytical Chemistry*, 64(6):381–386 (Mar. 15, 1992).

Rebrin, K. et al., "Automated Feedback Control of Subcutaneous Glucose Concentration in Diabetic Dogs," *Diabetologia*, 32(8):573–576 (Aug. 1989).

Sasso, S.V. et al., "Electropolymerized 1,2–Diaminobenzene as a Means to Prevent Interferences and Fouling and to Stabilize Immobilized Enzyme in Electrochemical Biosensors", *Anal. Chem.*, 62(11):1111–1117 (Jun. 1, 1990).

Scheller, F. et al., "Enzyme electrodes and their application," *Phil. Trans. R. Soc. Lond.*, B 316:85–94 (1987).

Shichiri, M. et al., "Glycaemic Control in Pancreatetomized Dogs with a Wearable Artificial Endocrine Pancreas", *Diabetologia*, 24(3):179–184 (Mar. 1983).

Sittampalam, G. et al., "Surface–Modified Electrochemical Detector for Liquid Chromatography", *Anal. Chem.*, 55(9):1608–1610 (Aug. 1983).

Soegijoko, S. et al., *Horm. Metabl. Res., Suppl. Ser*, 12 (1 page—Abstract only) (1982).

Sprules, S. D. et al., "Evaluation of a New Disposable Screen–Printed Sensor Strip for the Measurement of NADH and Its Modification to Produce a Lactate Biosensor Employing Microliter Volumes," *Electroanalysis*, 8(6):539–543 (1996).

Sternberg, F. et al., "Calibration Problems of Subcutaneous Glucosensors when Applied "In–Situ" in Man," *Horm. metabl. Res*, 26:523–525 (1994).

Sternberg, R. et al., "Covalent Enzyme Coupling on Cellulose Acetate Membranes for Glucose Sensor Development," *Analytical Chemistry*, 60(24):2781–2786 (Dec. 15, 1988).

Suekane, M., "Immobilization of glucose isomerase," *Zeitschrift für Allgemeine Mikrobiologie*, 22(8):565–576 (1982).

Tarasevich, M.R. "Bioelectrocatalysis", *Comprehensive Treatise of Electrochemistry*, 10 (Ch. 4):231–295 (1985).

US 6,592,745 B1

Page 7

Taylor, C. et al., "'Wiring' of glucose oxidase within a hydrogel made with polyvinyl imidazole complexed with [(Os–4,4'–dimethoxy–2,2'–bipyridine)C1]$^{+/2+}$," *Journal of Electroanalytical Chemistry*, 396:511–515 (1995).

Trojanowicz, M. et al., "Enzyme Entrapped Polypyrrole Modified Electrode for Flow–Injection Determination of Glucose," *Biosensors& Bioelectronics*, 5:149–156 (1990).

Turner, A.P.F. et al., "Diabetes Mellitus: Biosensors for Research and Management", *Biosensors*, 1:85–115 (1985).

Turner, R. F. B. et al., "A Biocompatible Enzyme Electrode for Continuous in vivo Glucose Monitoring in Whole Blood," *Sensors and Actuators*, B1(1–6):561–564 (Jan. 1990).

Umaha, M., "Protein–Modified Electrochemically Active Biomaterial Surface," *U.S. Army Research Office Report*, (12 pages) (Dec. 1988).

Urban, G. et al., "Miniaturized Thin–Film Biosensors Using Covalently Immobilized Glucose Oxidase", *Biosensors & Bioelectronics*, 6(7):555–562 (1991).

Velho, G. et al., "Strategies for calibrating a subcutaneous glucose sensor," *Biomed. Biochin. Acta*, 48(11/12):957–964 (1989).

Von Woedtke, T. et al., "In Situ Calibration of Implanted Electrochemical Glucose Sensors," *Biomed. Biochim. Acta*, 48(11/12):943–952 (1989).

Vreeke, M. S. et al., "Chapter 15: Hydrogen Peroxide Electrodes Based on Electrical Connection of Redox Centers of Various Peroxidases to Electrodes through a Three–Dimensional Electron–Relaying Polymer Network," *Diagnostic Biosensor Polymers*, 7 pgs. (Jul. 26, 1993).

Vreeke, M. et al., "Hydrogen Peroxide and β–Nicotinamide Adenine Dinucleotide Sensing Amperometric Electrodes Based on Electrical Connection of Horseradish Peroxidase Redox Centers to Electrodes through a Three–Dimensional Electron Relaying Polymer Network," *Analytical Chemistry*, 64(24):3084–3090 (Dec. 15, 1992).

Wang, J. et al., "Activation of Glassy Carbon Electrodes by Alternating Current Electrochemical Treatment", *Analytica Chimica Acta*, 167:325–334 (Jan. 1985).

Wang, J. et al., "Amperometric biosensing of organic peroxides with peroxidase–modified electrodes," *Analytica Chimica Acta*. 254:81–88 (1991).

Wang, J. et al., "Screen–Printable Sol–Gel Enzyme–Containing Carbon Inks," *Analytical Chemistry*, 68(15):2705–2708 (Aug. 1, 1996).

Wang, J. et al., "Sol–Gel–Derived Metal–Dispersed Carbon Composite Amperometric Biosensors," *Electroanalysis*, 9(1):52–55 (1997).

Williams, D.L. et al., "Electrochemical–Enzymatic Analysis of Blood Glucose and Lactate", *Anal. Chem.*, 42(1):118–121 (Jan. 1970).

Yabuki, S. et al., "Electro–conductive Enzyme Membrane," *J. Chem. Soc. Chem. Commun*, 945–946 (1989).

Yang, L. et al., "Determination of Oxidase Enzyme Substrates Using Cross–Flow Thin–Layer Amperometry," *Electroanalysis*, 8(8–9):716–721 (1996).

Yao, S.J. et al., "The Interference of Ascorbate and Urea in Low–Potential Electrochemical Glucose Sensing", *Proceedings of the Twelfth Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, 12(2):487–489 (Nov. 1–4, 1990).

Yao, T. et al., "A Chemically–Modified Enzyme Membrane Electrode As An Amperometric Glucose Sensor," *Analytica Chimica Acta*., 148:27–33 (1983).

Ye, L. et al., "High Current Density "Wired" Quinoprotien Glucose Dehydrogenase Electrode," *Anal. Chem.*, 65(3):238–241.

Yildiz, A., "Evaluation of an Improved Thin–Layer Electrode", *Analytical Chemistry*, 40(7):1018–1024 (Jun. 1968).

Zamzow, K. et al., New Wearable Continuous Blood Glucose Monitor (BGM) and Artificial Pancreas (AP), *Diabetes*, 39:5A(20) (May 1990).

* cited by examiner

FIG. 1



FIG. 2





FIG. 3



FIG. 4

FIG. 5





FIG. 6

FIG. 7



FIG. 8





FIG. 9

FIG. 10





FIG. 11A

FIG. 11B



FIG. 11C



FIG. 12A



FIG. 12B



FIG. 13A



FIG. 13B



FIG. 14A



FIG. 14B



FIG. 15



FIG. 16

$y = 2.4028x + 13.973$
$R^2 = 0.9773$

glucose (mg/dL in buffer)

charge (microcoulombs)



FIG. 17



FIG. 18A          FIG. 18B          FIG. 18C



FIG. 19A          FIG. 19B          FIG. 19C