| | |
|---|---|
| JASON RANTANEN (SBN 229404)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4040<br>Facsimile: (415) 512-4077<br>Email: jason.rantanen@mto.com | MARIA WYCKOFF BOYCE (pro hac vice)<br>BAKER BOTTS, LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77002<br>Telephone: (713) 229-1922<br>Facsimile: (713) 229-2722<br>Email: maria.boyce@bakerbotts.com |
| JAMES W. CANNON, JR. (pro hac vice)<br>WILLIAM P. JOHNSON (pro hac vice)<br>DAVID ARLINGTON (pro hac vice)<br>BAKER BOTTS, LLP<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 322-2653<br>Facsimile: (512) 322-8353<br>Email: jim.cannon@bakerbotts.com<br>Email: william.johnson@bakerbotts.com<br>Email: david.arlington@bakerbotts.com | DAVID G. WILLE (pro hac vice)<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6595<br>Facsimile: (214) 661-4595<br>Email: david.wille@bakerbotts.com |

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION<br>and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO. C05-3117 MJJ<br><br>Granted<br><br>**JOINT STIPULATION CONCERNING<br>BAYER'S MOTION FOR A MORE<br>DEFINITE STATEMENT** |

AUS01:395118.1

JOINT CASE MANAGEMENT STATEMENT
AND ~~PROPOSED~~ ORDER
CASE NO. C05-3117 MJJ

## JOINT STIPULATION

On September 6, 2005, Defendant Bayer Healthcare LLC ("Bayer") filed a Motion for a More Definite Statement ("Motion"). Bayer set its Motion for hearing on October 18, 2005. Defendants Abbott Diabetes Care Inc.'s ("ADC's") and Abbott Laboratories' ("Abbott Labs'") (collectively "Abbott's") deadline to file an opposition brief is September 27, 2006. Instead of filing an opposition brief and proceeding to a hearing on Bayer's Motion, Abbott and Bayer jointly stipulate as follows: (1) Bayer agrees to withdraw its Motion and cancel the hearing set for October 18, 2005; and (2) Bayer agrees to answer Abbott's Complaint on October 10, 2005.

DATED: September 26, 2005

MORRISON FOERSTER

Wesley E. Overson

ATTORNEYS FOR DEFENDANT BAYER HEALTHCARE LLC

DATED: 9/26/2005

BAKER BOTTS L.L.P.

James W. Cannon, Jr. /WPJ

ATTORNEYS FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES

9/30/3005

Judge Martin J. Jenkins

AUS01:395118.1

2

JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER
CASE NO. C05-3117 MJJ

## Certificate of Service

I certify that a copy of the foregoing was served on the following counsel of record via electronic mail:

Richard B. Ulmer, Jr.
Latham & Watkins LLP
135 Commonwealth Dr.
Menlo Park, CA 94025-3656
E-mail: dick.ulmer@lw.com

Donald E. Knebel
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
E-mail: donald.knebel@btlaw.com

Wesley E. Overson
Morrison Foerster
425 Market St.
San Francisco, CA 94105
E-mail: woverson@mofo.com

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2005 in Austin, Texas.

_James Cannon / WPJ_
James W. Cannon, Jr.