UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC,<br><br>Defendants/Counterplaintiffs. | CASE NO. C 05-3117 MJJ<br><br>STIPULATION AND ORDER ON ADDITION AND INTERVENTION OF ROCHE DIAGNOSTICS OPERATIONS, INC., AS A DEFENDANT AND COUNTERPLAINTIFF.<br><br>Granted |

Plaintiffs, Abbott Diabetes Care Inc. and Abbott Laboratories, and Defendant Roche Diagnostics Corporation (RDC) respectfully stipulate to the addition and intervention of Roche Diagnostics Operations, Inc. (RDOI) as a defendant/counterplaintiff in this case.

In support of this stipulation RDC shows the Court that RDOI manufactures some of the products that are accused by Plaintiffs of infringing the patents in suit and thus RDOI has a direct interest in the outcome of this case.

DATED: September 28, 2005          LATHAM & WATKINS LLP


s/Lynn C. Tyler
Richard B. Ulmer, Jr.

BARNES & THORNBURG LLP
Donald E. Knebel
Lynn C. Tyler

ATTORNEYS FOR DEFENDANT ROCHE
DIAGNOSTICS CORPORATION


DATED: September 28, 2005          BAKER BOTTS L.L.P.

James W. Cannon, Jr.

ATTORNEYS FOR PLAINTIFFS ABBOTT
DIABETES CARE INC. AND ABBOTT
LABORATORIES

2

ORDER ON ADDITION AND INTERVENTION OF
ROCHE DIAGNOSTICS OPERATIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/3/2005                    By: *[signature]*
                                    Honorable Martin J. Jenkins
                                    UNITED STATES DISTRICT JUDGE