| | |
|---|---|
| ROHIT K. SINGLA (SBN 213057)<br>JASON RANTANEN (SBN 229404)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission St., 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>Email: *rohit.singla@mto.com* | MARIA W. BOYCE (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002<br>Telephone: (713) 229-1922<br>Facsimile: (713) 229-2722<br>Email: *maria.boyce@bakerbotts.com* |
| JAMES W. CANNON, JR. (*pro hac vice*)<br>WILLIAM P. JOHNSON (*pro hac vice*)<br>DAVID T. ARLINGTON (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Blvd., Suite 1500<br>Austin, TX 78701<br>Telephone: (512) 322-2653<br>Facsimile: (512) 322-8353<br>Email: *jim.cannon@bakerbotts.com* | DAVID G. WILLE (*pro hac vice*)<br>BAKER BOTTS, L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6595<br>Facsimile: (214) 661-4595<br>Email: *david.wille@bakerbotts.com* |

Attorneys for Plaintiffs ABBOTT DIABETES
CARE INC. and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION<br>and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO. C05-3117 MJJ<br><br>Order granting:<br><br>**JOINT STIPULATION CONCERNING DEADLINE FOR PARTIES TO FILE OPENING AND OPPOSITION BRIEFS ON CLAIM CONSTRUCTION** |

## JOINT STIPULATION

Pursuant to the Case Management Order, Plaintiff and Counterdefendant, TheraSense, Inc. ("TheraSense") and Plaintiff Abbott Laboratories ("Abbott") (collectively "Plaintiffs"), and Defendant and Counterplaintiff, Becton, Dickinson & Company ("BD"), and Defendant Nova Biomedical Corp. ("Nova") (collectively "Defendants"), had agreed to file opening briefs on claim construction on October 29, 2005 and also to file opposition briefs on claim construction on November 19, 2005. The parties stipulate as follows: (1) opening briefs will be filed on Monday, October 31, 2005; and (2) opposition briefs will be filed on November 21, 2005.

DATED: October 27, 2005

Ropes & Gray LLP

_(signature)_
Mark D. Meredith

ATTORNEYS FOR BECTON DICKINSON AND NOVA BIOMEDICAL

DATED: October 27th, 2005

BAKER BOTTS L.L.P.

_(signature)_
James W. Cannon, Jr.

ATTORNEYS FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES

**ORDER
ON JOINT STIPULATION CONCERNING DEADLINE FOR PARTIES TO
FILE OPENING AND OPPOSITION BRIEFS ON CLAIM CONSTRUCTION**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 10/31/2005         By: *Martin J. Jenkins*
                              Honorable Martin J. Jenkins
                              UNITED STATES DISTRICT JUDGE