IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC., | No. C05-03117 MJJ |
| Plaintiff, | **ORDER VACATING OCTOBER 31, 2005 ORDER (DOCKET NO. 65)** |
| v. | |
| ROCHE DIAGNOSTICS CORP., | |
| Defendant. | |

On October 28, 2005, the parties to this case erroneously filed a stipulation entitled "Joint Stipulation Concerning Deadline for Parties to File Opening and Opposition Briefs on Claim Construction" (Docket No. 64). On October 31, 2005, the Court granted the stipulation. (*See* Docket No. 65). The Parties have requested that the Court's October 31, 2005 Order be vacated as it was filed in error. Accordingly, the Court's October 31, 2005 Order (Docket No. 65) is hereby **VACATED.**

**IT IS SO ORDERED.**

Dated: November 1, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE