**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8     IN THE UNITED STATES DISTRICT COURT
9     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  THERASENSE, INC. et al.,                      No. C04-02123 MJJ
                                                  No. C05-03117 MJJ
12              Plaintiffs,                       No. C04-03732  MJJ
                                                  No. C04-03327  MJJ
13      v.
                                                  **ORDER REGARDING CLAIMS**
14  BECTON, DICKINSON AND COMPANY,                **CONSTRUCTION LIMITS**

15              Defendants et al..
                                             /
16

17   On September 23, 2005 the Court related patent cases 04-2123 and 05-3117. The parties to

18 these two matters each seek separate claims constructions from the Court.   Pursuant to the Court's

19 Patent Standing Order Rule 3, the Court will, as an initial matter, construe no more than 10 patent

20 claims total. The Parties to Case Nos. 04-2123 and 05-3117 are hereby **ORDERED** to revise their

21 claims construction requests so that each requires the Court to construe no more than **5** claims

22 apiece, for a total of **10** claims.

By default, the parties to Cases No. 04-2123 and 05-3117 shall be permitted up to **5** claims apiece. However, the parties may meet and confer and stipulate to a different allocation between the two claims construction requests for the Court to construe such that the total amount of claims construed by the Court does not exceed **10** claims.  The parties shall submit their revised claims construction requests by **March 30, 2006.**  If a party has previously submitted claims construction statements or briefs, that party should submit revised briefs or claims construction statements by March 30, 2006; these revised papers shall reflect those claims that the parties have chosen.  Should it prove necessary, the Court will construe additional claims at a later time.

**IT IS SO ORDERED.**

Dated: March 16, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE