RACHEL KREVANS (CA SBN 116421)
WESLEY E. OVERSON (CA SBN 154737)
RKrevans@mofo.com
WOverson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. C05-03117 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITIONS TO ABBOTT'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS<br><br>Date: July 18, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. Martin Jenkins |

IT IS HEREBY STIPULATED by and between Abbott Diabetes Care, Inc. and Abbott Laboratories, Plaintiffs, and Roche Diagnostic Corp., Roche Diagnostics Operations, Inc. and Bayer Healthcare LLC, Defendants, that pursuant to Civil L.R. 6-2 the time for Defendants to file their Oppositions to Plaintiffs' Motion for Leave to Amend its Preliminary Infringement Contentions shall be extended to June 30, 2006 from the original due date of June 27, 2006.

Dated: June 12, 2006

BAKER BOTTS LLP

By: _____
James W. Cannon, Jr.
Shannon H. Hutcheson
Maria Wyckoff Boyce
David G. Wille

*Attorneys for Plaintiffs Abbott Diabetes Care, Inc. and Abbott Laboratories*

Dated: June 13, 2006

BARNES & THORNBURG LLP

By: _____
Donald E. Knebel
Lynn C. Tyler
Larry A. Mackey
Jonathan Froemel
Daniel P. Albers
Paul B. Hunt

*Attorneys for Defendants Roche Diagnostic Corp. & Roche Diagnostics Operations, Inc.*

Dated: June 13, 2006

MORRISON & FOERSTER LLP

By: _____
Rachel Krevans
Wesley E. Overson

*Attorneys for Defendant Bayer Healthcare LLC*

---

Case No. C05-03117 MJJ

sf-2138525

1

Stipulation and [Proposed] Order for Extension of Time to File Oppositions to Abbott's Motion for Leave to Amend

1  THE FOREGOING STIPULATION IS
2  APPROVED AND IT IS SO ORDERED:
3
4  Dated: June 13, 2006          By: /s/ Martin J. Jenkins
5                                    Hon. Martin J. Jenkins
                                     *United States District Court Judge*

Case No. C05-03117 MJJ

sf-2138525

Stipulation and [Proposed] Order for Extension of Time to File Oppositions to Abbott's Motion for Leave to Amend

2