**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. ET AL, | No. C05-03117 MJJ |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO STRIKE** |
| v. | |
| ROCHE DIAGNOSTICS CORPORATION ET AL, | |
| Defendant. | |

The Court hereby **DENIES** Plaintiff's Motion to Strike. (Doc # 144). Plaintiff may file a revised reply brief by **July 20, 2006.**

**IT IS SO ORDERED.**

Dated: July 18, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE