```
 1  RACHEL KREVANS (CA SBN 116421)
    WESLEY E. OVERSON (CA SBN 154737)
 2  RKrevans@mofo.com
    WOverson@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California 94105-2482
    Telephone: 415.268.7000
 5  Facsimile: 415.268.7522

 6  MORTON AMSTER (Pro Hac Vice)
    KENNETH P. GEORGE (Pro Hac Vice)
 7  mamster@arelaw.com
    kgeorge@arelaw.com
 8  AMSTER, ROTHSTEIN & EBENSTEIN LLP
    90 Park Avenue, 21st Floor
 9  New York, NY 10016
    Telephone: 212.336.8000
10  Facsimile: 212.336.8001

11  Attorneys for Defendant
    BAYER HEALTHCARE LLC
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. C05-03117 MJJ<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE BAYER HEALTHCARE LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE |

[PROPOSED] ORDER GRANTING BAYER LEAVE TO FILE AN OPPOSITION TO ABBOTT'S MOTION TO STRIKE

sf-2157547                                               Case No. C05-03117 MJJ

1  Having considered Defendant Bayer Healthcare LLC's Motion for Leave to File an
2  Opposition to Abbott Diabetes Care Inc.'s and Abbott Laboratories' Motion to Strike, and good
3  cause appearing therefor, Defendant's Motion is GRANTED.

Dated: 7/18/2006

By: _____
The Honorable Martin J. Jenkins
United States District Court Judge

[PROPOSED] ORDER GRANTING BAYER LEAVE TO FILE AN OPPOSITION TO ABBOTT'S MOTION TO STRIKE

sf-2157547                                      1                          Case No. C05-03117 MJJ