UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>                Plaintiffs,<br><br>    v.<br><br>ROCHE DIAGNOSTICS CORP., and BAYER HEALTHCARE LLC,<br><br>                Defendants. | Case No.   C05-03117 MJJ<br><br>[PROPOSED] ORDER GRANTING LEAVE TO BAYER HEALTHCARE LLC AND ROCHE DIAGNOSTICS CORP. TO FILE AMENDED COUNTERCLAIMS AND AMENDED PRELIMINARY INVALIDITY CONTENTIONS |

[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS, COUNTERCLAIMS, AND PRELIMINARY INVALIDITY CONTENTIONS

sf-2170830                                                                                                                                     Case No. C05-03117 MJJ

1  On July 25, 2006 at 9:30 A.M. came on for hearing the Defendant Bayer Healthcare
2  LLC's ("Bayer") Motion for Leave to Amend its Answer, Affirmative Defenses, Counterclaims
3  and Preliminary Invalidity Contentions, and Defendants Roche Diagnostics Corporation and
4  Roche Diagnostics Operations, Inc's (together "Roche") Motion for Leave to Amend its Answer
5  to First Amended Complaint, Affirmative Defenses, Counterclaims and Preliminary Invalidity
6  Contentions. All parties were represented by counsel.
7  After full consideration of the points and authorities and all supporting documents
8  submitted by counsel, as well as counsel's oral argument, and good cause appearing therefor,
9  Defendants' Motions are GRANTED.
10  It is further ORDERED that:
11  1. Defendant Bayer is granted leave to amend its Answer, Affirmative Defenses, and
12  Counterclaims to include the allegations, claims and defenses that are set forth in Exhibit 1 to
13  Bayer's motion;
14  2. Defendant Bayer is further granted leave to amend its Preliminary Invalidity
15  Contentions to include the additional contentions set forth in Exhibit 2 to Bayer's motion;
16  3. Defendant Roche is granted leave to amend its Answer, Affirmative Defenses, and
17  Counterclaims to include the additional allegations, claims and defenses that are set forth in
18  Exhibit A to Roche's motion;
19  4. Defendant Roche is further granted leave to amend its Preliminary Invalidity
20  Contentions to include the additional contentions set forth in Exhibit B to Roche's motion;
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS, COUNTERCLAIMS, AND PRELIMINARY INVALIDITY CONTENTIONS

sf-2170830                                1                         Case No. C05-03117 MJJ

5. Defendants Roche and Bayer are further granted leave to amend their Preliminary Invalidity Contentions in view of the Amended Preliminary Infringement Contentions to be filed by Plaintiff as directed by the court's order of July 31. Defendants' Amended Preliminary Invalidity Contentions shall be filed on or before 45 days after service of Plaintiff's Amended Infringement Contentions.

Dated: 8/11/2006

By: _____
The Honorable Martin J. Jenkins
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS, COUNTERCLAIMS, AND PRELIMINARY INVALIDITY CONTENTIONS

sf-2170830          2          Case No. C05-03117 MJJ