UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO. C05-3117 MJJ<br><br>STIPULATED REQUEST FOR ORDER TO SHORTEN TIME ON ABBOTT'S MOTIONS FOR CONTINUANCE<br><br>AND [░░░░░░░] ORDER |

Pursuant to Civil Local Rule 6-2, the parties jointly submit this stipulation and request for an order to shorten time for hearing of Abbott's motions filed on October 23, 2006 for continuance of Defendants' summary judgment submissions. Abbott's motions for continuance are noticed for hearing on November 28. The parties jointly request that Abbott's motions for continuance be considered on November 14 together with the Defendants' motions for summary judgment, which are presently scheduled to be heard on that date.


DATED: October 27, 2006     BARNES & THORNBURG LLP

_/s/ Jonathan Froemel_
Jonathan Froemel

ATTORNEYS FOR DEFENDANT ROCHE DIAGNOSTICS CORPORATION

DATED: October 27, 2006     MORRISON & FOERSTER

_/s/ Jason Bartlett_
Jason R. Bartlett

ATTORNEYS FOR DEFENDANT BAYER HEALTHCARE LLC

DATED: October 27, 2006     BAKER BOTTS L.L.P.

_____
James W. Cannon, Jr.

ATTORNEYS FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 30, 2006 | BARNES & THORNBURG LLP |
| 3 | | |
| 4 | | Jonathan Froemel |
| 5 | | ATTORNEYS FOR DEFENDANT ROCHE DIAGNOSTICS CORPORATION |
| 6 | | |
| 7 | DATED: October 30, 2006 | MORRISON & FOERSTER |
| 8 | | |
| 9 | | Jason R. Bartlett |
| 10 | | |
| 11 | | ATTORNEYS FOR DEFENDANT BAYER HEALTHCARE LLC |
| 12 | | |
| 13 | DATED: October 30, 2006 | BAKER BOTTS L.L.P. |
| 14 | | |
| 15 | | James W. Cannon, Jr. |
| 16 | | ATTORNEYS FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES |
| 17 | | |

STIPULATION TO SHORTEN TIME AND ORDER
2
CASE NO. C05-3117 MJJ
sf-2217281

**[PROPOSED] ORDER SHORTENING TIME**

Having considered the parties stipulation set forth above and for good cause shown, the November 28, 2006 hearing on Abbott's motions for continuance of Bayer and Roche's motions for summary judgment of laches is hereby VACATED, and the motions are RESET for hearing on November 14, 2006 at 9:30 a.m.. Abbott's motion will be considered together with Bayer and Roche's noticed motions for summary judgment regarding laches. Abbott shall file any reply in support of its motion for continuance no later than October 31, 2006.

Dated: 10/31/2006

By: _____
Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE