| | |
|---|---|
| KEKER & VAN NEST, LLP<br>ASHOK RAMANI - #200020<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: aramani@kvn.com | BARNES & THORNBURG LLP<br>Daniel P Albers (Admitted *Pro Hac Vice*)<br>Jonathan P. Froemel (Admitted *Pro Hac Vice*)<br>One North Wacker Drive<br>Suite 4400<br>Chicago, IL 60606<br>(312) 357-1313<br>Fax: (312) 759-5646<br>Email: dalbers@btlaw.com |

BARNES & THORNBURG LLP
Donald E Knebel (Admitted *Pro Hac Vice*)
Lynn C. Tyler (Admitted *Pro Hac Vice*)
Paul B Hunt (Admitted *Pro Hac Vice*)
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313
Fax: 317-231-7433
Email: dknebel@btlaw.com

Attorneys for Defendant
ROCHE DIAGNOSTICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ROCHE DIAGNOSTICS CORPORATION<br>and BAYER HEALTHCARE LLC,<br><br>　　　　　　　　　Defendants. | Case No. C05-3117 MJJ<br><br>**SUBSTITUTION OF ATTORNEY**<br>AND ORDER |
| AND RELATED ACTIONS | |

384294.01

SUBSTITUTION OF ATTORNEY
CASE NO. C05-3117 MJJ

1  PLEASE TAKE NOTICE that Defendant and Counterclaimant Roche Diagnostics
2  Corporation hereby substitutes Keker & Van Nest, LLP, 710 Sansome Street, San Francisco,
3  California 94111-1704, telephone number (415) 391-5400 as its attorneys of record in this action
4  in place of Latham & Watkins, 140 Scott Drive, Menlo Park, CA 94025, telephone (650) 463-
5  2648.

Respectfully submitted,

Dated: November 13, 2006         KEKER & VAN NEST, LLP

By:   /s/ Ashok Ramani
      ASHOK RAMANI
      Attorneys for Defendant
      ROCHE DIAGNOSTICS
      CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Martin J. Jenkins
11/14/2006

384294.01

1
SUBSTITUTION OF ATTORNEY
CASE NO. C05-3117 MJJ