ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077
Email: rohit.singla@mto.com
Email: jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile: (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1922
Facsimile: (713) 229-2722
Email: maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6595
Facsimile: (214) 661-4595
Email: david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO. C05-3117 MJJ<br><br>**JOINT STIPULATION RELATING TO DEFENDANTS ROCHE'S AND BAYER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' MOTIONS TO CONTINUE CONSIDERATION OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**AND [PROPOSED] ORDER** |

# JOINT STIPULATION RELATING TO DEFENDANTS ROCHE'S AND BAYER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' MOTIONS TO CONTINUE CONSIDERATION OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs Abbott Diabetes Care Inc. and Abbott Laboratories (collectively, "Abbott") and Defendants Roche Diagnostics Operations, Inc., Roche Diagnostics Corp. ("Roche") and Bayer Healthcare L.L.C. ("Bayer") (collectively, "Defendants") herby file this Joint Stipulation relating to Defendants Roche's and Bayer's Motions for Partial Summary Judgment and Plaintiffs' Motions to Continue Consideration of Defendants' Motions for Summary Judgment.

On October 3, 2006, Roche and Bayer filed separate Motions for Partial Summary Judgment related to laches (collectively, "Defendants' Motions for Summary Judgment"). On October 23, 2006, Abbott filed Motions for Continuance of consideration of such motions under Rule 56(f) of the Federal Rules of Civil Procedure (collectively, "Abbott's Motions for Continuance") to permit the completion of necessary discovery related to Defendants' Motions for Summary Judgment. Abbott's Motions for Continuance and Defendants' Motions for Summary Judgment were set for hearing on Monday, December 11, 2006, at 2:30 p.m. The Court notified the parties on Thursday, December 7, 2006, that only Abbott's Motions for Continuance would be heard on December 11, 2006.

Because the parties have now reached agreement regarding the discovery related to the issues raised in Defendants' Motions for Summary Judgment, the parties are filing this joint stipulation with respect to the scheduling of discovery, briefing, and the hearing. Counsel for Bayer has represented to Abbott that all documents related to Bayer's claims of prejudice, as asserted in its motion for partial summary judgment, have been produced to Abbott. Counsel for Roche has represented to Abbott that all documents related to Roche's claims of prejudice, as asserted in its motion for partial summary judgment, will have been produced to Abbott by

Wednesday, December 13, 2006. Based on these representations, Abbott has agreed to withdraw its Motions for Continuance from consideration. With respect to Defendants' Motions for Summary Judgment, the parties further stipulate as follows:

1. All discovery relating to Defendants' Motions for Summary Judgment shall be completed by February 15, 2007.

2. Abbott will file its substantive opposition to the Defendants' Motions for Summary Judgment on or before February 20, 2007.

3. Defendants will file their replies on or before March 6, 2007.

4. The hearing on Defendants' Motions for Summary Judgment will be reset, at the Court's convenience, for on or after March 20, 2007.

5. Abbott hereby withdraws its Rule 56(f) Motions for Continuance filed on October 23, 2006.

As a result of this joint stipulation, there is no longer a need for a hearing on Abbott's Motions for Continuance on Monday, December 11, 2006. Accordingly, the parties respectfully request that the Court cancel the hearing on Abbott's Motions for Continuance, and reset Defendants' Motions for Summary Judgment for hearing, at the Court's convenience, on or after March 20, 2007.

| | | |
|---|---|---|
| 1 | DATED: December 8, 2006 | BARNES & THORNBURG LLP |
| 2 | | |
| 3 | | /s/ Jonathan Froemel |
| 4 | | Jonathan Froemel w/ permission Shan Hsh |
| 5 | | ATTORNEYS FOR DEFENDANT ROCHE DIAGNOSTICS CORPORATION |
| 6 | | |
| 7 | DATED: December 8, 2006 | MORRISON FOERSTER |
| 8 | | |
| 9 | | /s/ Jason Bartlett |
| 10 | | Jason Bartlett w/ permission Shan Hsh |
| 11 | | ATTORNEYS FOR DEFENDANT BAYER HEALTHCARE LLC |
| 12 | DATED: December 8, 2006 | BAKER BOTTS L.L.P. |
| 13 | | |
| 14 | | |
| 15 | | /s/ James W. Cannon, Jr. |
| 16 | | ATTORNEYS FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES |
| 17 | | |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following counsel of record via electronic mail:

| *Counsel for Roche Diagnostics Corporation* | *Counsel for Bayer Healthcare L.L.C.* |
|---|---|
| Brent A. Harris<br>Roche Diagnostics Corporation, Inc.<br>9115 Hague Road<br>Indianapolis, IN 46250<br>*brent.harris@roche.com*<br><br>Donald E. Knebel<br>Larry A. Mackey<br>Lynn C. Tyler<br>Paul B. Hunt<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>*donald.knebel@btlaw.com*<br><br>Daniel P. Albers<br>Jonathon Froemel<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>*daniel.albers@btlaw.com*<br><br>Ashok Ramani<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>*aramani@kvn.com* | Jason Bartlett<br>Wesley E. Overson<br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>woverson@mofo.com |

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on December ⟨⟩, 2006, in Austin, Texas.

_____
James W. Cannon, Jr.

# [PROPOSED] ORDER

Having considered the parties stipulation set forth above, the December 11, 2006 hearing on Abbott's Motions for Continuance is hereby VACATED, and Defendants' motions for partial summary judgment are RESET for hearing on March 20, 2007 at 9:30 a.m.

Dated: 12/11/2007

By: _____
Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE