| | | |
|---|---|---|
| 1 | KEKER & VAN NEST, LLP<br>ASHOK RAMANI - #200020 | MUNGER, TOLLES & OLSON LLP<br>ROHIT SINGLA (#213057) |
| 2 | 710 Sansome Street<br>San Francisco, CA 94111-1704 | JASON RANTANEN (229404)<br>560 Mission Street, 27th Floor |
| 3 | Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 | San Francisco, CA 94105<br>Telephone: (415) 512-4000 |
| 4 | Email: aramani@kvn.com | Facsimile: (415) 512-4077<br>Email: rohit.singla@mto.com |
| 5 | BARNES & THORNBURG LLP<br>Donald E Knebel (Admitted *Pro Hac Vice*) | BAKER BOTTS, LLP |
| 6 | Lynn C. Tyler (Admitted *Pro Hac Vice*)<br>Paul B Hunt (Admitted *Pro Hac Vice*) | JAMES M. CANNON, JR. (*pro hac vice*)<br>SHANNON H. HUTCHESON (*pro hac vice*) |
| 7 | 11 South Meridian Street<br>Indianapolis, IN 46204 | 98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701 |
| 8 | Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433 | Telephone: (512) 322-2653<br>Facsimile: (512) 322-8353 |
| 9 | Email: dknebel@btlaw.com | Email: jim.cannon@bakerbotts.com |
| 10 | BARNES & THORNBURG LLP<br>Daniel P Albers (Admitted *Pro Hac Vice*) | BAKER BOTTS, LLP<br>MARIA WYCKOFF BOYCE (*pro hac vice*) |
| 11 | Jonathan P. Froemel (Admitted *Pro Hac Vice*)<br>One North Wacker Drive, Suite 4400 | 910 Louisiana<br>Houston, TX 77002 |
| 12 | Chicago, IL 60606<br>Telephone: (312) 357-1313 | Telephone: (713) 229-1922<br>Facsimile: (713) 229-2722 |
| 13 | Facsimile: (312) 759-5646<br>Email: dalbers@btlaw.com | Email: maria.boyce@bakerbotts.com |
| 14 | | BAKER BOTTS, LLP |
| 15 | Brent A. Harris (Admitted *Pro Hac Vice*)<br>Roche Diagnostics Operations, Inc. | DAVID G. WILLE (*pro hac vice*)<br>2001 Ross Avenue |
| 16 | 9115 Hague Road<br>Indianapolis, IN 46250 | Dallas, TX 75291<br>Telephone: (214) 953-6595 |
| 17 | Telephone: (317) 521-2000<br>Facsimile: (317) 521-2883 | Facsimile: (214) 661-4595<br>Email: david.wille@bakerbotts.com |
| 18 | Email: brent.harris@roche.com | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | | |
| 22 | ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES, | Case No. C05-3117 MJJ |
| 23 | Plaintiffs, | **STIPULATION TO FILE CORRECTED<br>RESPONSIVE CLAIM-CONSTRUCTION<br>BRIEF AND [PROPOSED] ORDER** |
| 24 | v. | |
| 25 | ROCHE DIAGNOSTICS CORPORATION<br>ROCHE DIAGNOSTICS OPERATIONS, | Judge: The Hon. Martin J. Jenkins |
| 26 | INC., and BAYER HEALTHCARE LLC, | |
| 27 | Defendants. | |
| 28 | AND RELATED ACTIONS | |

STIPULATION TO FILE CORRECTED RESPONSIVE CLAIM-CONSTRUCTION BRIEF
AND [PROPOSED] ORDER
CASE NO. C05-3117 MJJ

387186.01

1     WHEREAS, on December 20, Roche filed its responsive claim construction brief;

2     WHEREAS, subsequently, Roche discovered typographical errors of import in the brief
3 that required correction, specifically:

4     Page 2, line 25: change Ex. 7 to Ex. 6;

5     Page 3, line 20: change "conductive material 22 and 23" to "conductive material 13-15";
6 and

7     capitalization changes in the Table of Contents and minor spelling corrections (page 2,
8 line 23: change "inventions" to "invention" and page 23, line 22: change "adapt" to "adopt").

9     WHEREAS, Roche's counsel identified the corrections to Abbott's counsel, who agreed
10 to stipulate to Roche's filing a corrected brief.

11     THEREFORE, both Abbott Labs and Roche request that the Court permit Roche to file a
12 corrected responsive claim-construction brief.

13

14 Dated: January 4, 2007     Respectfully submitted,

15     KEKER & VAN NEST, LLP

16

17     By: /s/ Ashok Ramani
18     Attorneys For Defendants and Counterclaimants ROCHE DIAGNOSTICS CORPORATION and
19     ROCHE DIAGNOSTICS OPERATIONS

20 Dated: January 4, 2007     Respectfully submitted,

21     BAKER BOTTS LLP

22

23     By: Shannon Hutcheson/by (AR)
24     Attorneys For Plaintiffs and Counterclaim Defendants ABBOTT DIABETES CARE, INC. AND ABBOTT LABORATORIES

25

26

27

28

---

1
STIPULATION TO FILE CORRECTED RESPONSIVE CLAIM-CONSTRUCTION BRIEF
AND [PROPOSED] ORDER
CASE NO. C05-3117 MJJ

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/5/2007

By: *Martin J. Jenkins*
THE HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE