| | |
|---|---|
| KEKER & VAN NEST, LLP<br>ASHOK RAMANI - #200020<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: aramani@kvn.com | Brent A. Harris (Admitted *Pro Hac Vice*)<br>Roche Diagnostics Operations, Inc.<br>9115 Hague Road<br>Indianapolis, IN 46250<br>Telephone: (317) 521-2000<br>Facsimile: (317) 521-2883<br>Email: brent.harris@roche.com |
| BARNES & THORNBURG LLP<br>Donald E Knebel (Admitted *Pro Hac Vice*)<br>Lynn C. Tyler (Admitted *Pro Hac Vice*)<br>Paul B Hunt (Admitted *Pro Hac Vice*)<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433<br>Email: dknebel@btlaw.com | BARNES & THORNBURG LLP<br>Daniel P Albers (Admitted *Pro Hac Vice*)<br>Jonathan P. Froemel (Admitted *Pro Hac Vice*)<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Telephone: (312) 357-1313<br>Facsimile: (312) 759-5646<br>Email: dalbers@btlaw.com |

Attorneys for Defendants
ROCHE DIAGNOSTICS CORPORATION AND
ROCHE DIAGNOSTICS OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROCHE DIAGNOSTICS CORPORATION ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>    Defendants.<br><br>AND RELATED ACTIONS | Case No. C05-3117 MJJ<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>AND ORDER |

384294.02

SUBSTITUTION OF ATTORNEY
CASE NO. C05-3117 MJJ

1    PLEASE TAKE NOTICE that Defendant and Counterclaimant Roche Diagnostics
2 Operations, Inc. hereby substitutes Keker & Van Nest, LLP, 710 Sansome Street, San Francisco,
3 California 94111-1704, telephone number (415) 391-5400 as its attorneys of record in this action
4 in place of Latham & Watkins, 140 Scott Drive, Menlo Park, CA 94025, telephone (650) 463-
5 2648.

                                        Respectfully submitted,

Dated: January 10, 2007                 KEKER & VAN NEST, LLP


                                    By:    /s/ Ashok Ramani
                                        ASHOK RAMANI
                                        Attorneys for Defendants
                                        ROCHE DIAGNOSTICS
                                        CORPORATION and ROCHE
                                        DIAGNOSTICS OPERATIONS, INC.


**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

*Martin J. Jenkins*
Judge Martin J. Jenkins

1/10/2007

384294.02

1
SUBSTITUTION OF ATTORNEY
CASE NO. C05-3117 MJJ