**Attorneys for Defendants**
**BAYER HEALTHCARE LLC**

MORRISON & FOERSTER LLP
RACHEL KREVANS (CA SBN 116421)
JASON R. BARTLETT (CA SBN 214530)
MARCELO O. GUERRA (CA SBN 232431)
RKrevans@mofo.com
JasonBartlett@mofo.com
MGuerra@mofo.com
425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

AMSTER ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
KENNETH P. GEORGE (*pro hac vice*)
MAmster@arelaw.com
KGeorge@arelaw.com
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8090
Facsimile: (212) 336-8001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> v. <br><br> ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, <br><br> Defendants. | Case No. C05-03117 MJJ <br><br> **BAYER'S [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT TECHNICAL TUTORIAL** |

# ORDER

Equipment for the technical tutorial in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers, eight to ten boxes of documents and supplies) may be brought into Courtroom 11 on the 19th floor by Morrison & Foerster, counsel for Defendants, and Morrison & Foerster's vendor Z-Axis beginning on January 17, 2007.

**IT IS SO ORDERED.**

Dated: 1/12/2007                            By: _/s/ Martin J. Jenkins_
                                                  United States District Judge

**BAYER'S [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT**    1
**CASE NO. C05-03117 MJJ**
sf-2254476