ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
*Email:  rohit.singla@mto.com*
*Email:  jason.rantanen@mto.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
*Email:  jim.cannon@bakerbotts.com*
*Email:  shannon.hutcheson@bakerbotts.com*

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
*Email:  maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
*Email:  david.wille@bakerbotts.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, | CASE NO.  C05-3117 MJJ |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO EXTEND CERTAIN PREHEARING DATES RELATING TO DEFENDANT BAYER'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACHES** |
| vs. | |
| ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC | **AND [PROPOSED] ORDER** |
| Defendants. | |

**JOINT STIPULATION TO EXTEND CERTAIN PREHEARING DATES
RELATING TO DEFENDANT BAYER'S MOTION
FOR PARTIAL SUMMARY JUDGMENT ON LACHES**

Plaintiffs Abbott Diabetes Care Inc. and Abbott Laboratories (collectively, "Abbott") and Defendant Bayer Healthcare L.L.C. ("Bayer") hereby file this Joint Stipulation relating to Defendant Bayer's Motion for Partial Summary Judgment.

The parties previously filed a Joint Stipulation with the Court on December 8, 2006 to set forth the agreed dates for discovery, briefing, and hearing on both Defendants Roche's and Bayer's Motions for Partial Summary Judgment on Laches.  The Court issued an Order on December 11, 2006, setting the hearing date for the Motions for March 20, 2007, at 9:30 a.m.  Because of deposition scheduling difficulties, Abbott and Bayer have agreed to extend two of the previously agreed upon deadlines with respect to the Bayer Motion, as follows:

1.     All discovery relating to Bayer's Motion for Summary Judgment shall now be completed by February 16, 2007, instead of February 15, 2007.

2.     Abbott will file its substantive opposition to Bayer's Motion for Summary Judgment on or before February 21, 2007, instead of February 20, 2007.

All other deadlines previously agreed on by the parties and approved by the Court – Defendants' replies due on or before March 6, 2007, and hearing on or after March 20, 2007 – will remain the same.

JOINT STIPULATION OF ABBOTT
AND BAYER; CASE NO. C05-3117 MJJ

1   DATED:  February 5, 2007              MORRISON FOERSTER

2                                         *Jason Bartlett*

3                                         _____
                                          Jason Bartlett
4
                                          ATTORNEYS FOR DEFENDANT BAYER
5                                         HEALTHCARE LLC

6
    DATED:  February ___, 2007            BAKER BOTTS L.L.P.
7

8
                                          _____
9                                         James W. Cannon, Jr.

10                                        ATTORNEYS FOR PLAINTIFFS ABBOTT
                                          DIABETES CARE INC. AND ABBOTT
11                                        LABORATORIES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    DATED: February ___, 2007          MORRISON FOERSTER

2

3                                       _____
                                        Jason Bartlett
4

5                                       ATTORNEYS FOR DEFENDANT BAYER
                                        HEALTHCARE LLC
6
     DATED: February 5, 2007            BAKER BOTTS L.L.P.
7

8

9                                       _____
                                        James W. Cannon, Jr.
10
                                        ATTORNEYS FOR PLAINTIFFS ABBOTT
11                                      DIABETES CARE INC. AND ABBOTT
                                        LABORATORIES
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated:  February _13_, 2007

4

5

By: _____

6

THE HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF ABBOTT
AND BAYER; CASE NO. C05-3117 MJJ