

| | |
|---|---|
| KEKER & VAN NEST, LLP<br>ASHOK RAMANI - #200020<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: aramani@kvn.com | Brent A. Harris (Admitted *Pro Hac Vice*)<br>Roche Diagnostics Operations, Inc.<br>9115 Hague Road<br>Indianapolis, IN 46250<br>Telephone: (317) 521-2000<br>Facsimile: (317) 521-2883<br>Email: brent.harris@roche.com |
| BARNES & THORNBURG LLP<br>Donald E Knebel (Admitted *Pro Hac Vice*)<br>Lynn C. Tyler (Admitted *Pro Hac Vice*)<br>Paul B Hunt (Admitted *Pro Hac Vice*)<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433<br>Email: dknebel@btlaw.com | BARNES & THORNBURG LLP<br>Daniel P Albers (Admitted *Pro Hac Vice*)<br>Jonathan P. Froemel (Admitted *Pro Hac Vice*)<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Telephone: (312) 357-1313<br>Facsimile: (312) 759-5646<br>Email: dalbers@btlaw.com |

Attorneys for Defendants
ROCHE DIAGNOSTICS CORPORATION and
ROCHE DIAGNOSTICS OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES,<br><br>                              Plaintiffs,<br><br>   v.<br><br>ROCHE DIAGNOSTICS CORPORATION<br>ROCHE DIAGNOSTICS OPERATIONS,<br>INC., and BAYER HEALTHCARE LLC,<br><br>                              Defendants.<br><br>AND RELATED ACTIONS | Case No. C05-3117 MJJ<br><br>[PROPOSED] ORDER GRANTING<br>DEFENDANTS LEAVE TO CITE<br>ADDITIONAL AUTHORITY IN<br>RESPONSE TO PLAINTIFFS' REPLY<br>MARKMAN BRIEF<br><br>Judge:     The Honorable Martin J. Jenkins |

390284.01

[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO CITE ADDITIONAL AUTHORITY IN
RESPONSE TO PLAINTIFFS' REPLY MARKMAN BRIEF
CASE NO. C05-3117 MJJ

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES<br><br>Plaintiffs,<br><br>v.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos.  C04-2123 MJJ<br>         C04-3732 MJJ<br>         C04-3327 MJJ<br><br>Judge:  The Honorable Martin J. Jenkins |

Having considered Defendants' UNOPPOSED MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY IN RESPONSE TO PLAINTIFFS' REPLY MARKMAN BRIEF, this Motion is GRANTED and it is hereby ORDERED:

Defendants may cite to this Court the decision in *Pall Corp. v. Micron Separations, Inc.*, 66 F.3d 1211, 1216-17 (Fed. Cir. 1995) in response to Plaintiffs' Reply Markman Brief. Defendants may also rely on this authority during the claim-construction hearing set for March 9, 2007.

Dated:  2/26/07

By: _____
The Honorable Martin J. Jenkins
United States District Court Judge

---

1
[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO CITE ADDITIONAL AUTHORITY IN RESPONSE TO PLAINTIFFS' REPLY MARKMAN BRIEF
CASE NO. C05-3117 MJJ

390284.01