**Attorneys for Defendants**
**BAYER HEALTHCARE LLC**

MORRISON & FOERSTER LLP
RACHEL KREVANS (CA SBN 116421)
JASON R. BARTLETT (CA SBN 214530)
MARCELO O. GUERRA (CA SBN 232431)
RKrevans@mofo.com
JasonBartlett@mofo.com
MGuerra@mofo.com
425 Market St.
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

AMSTER ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
KENNETH P. GEORGE (*pro hac vice*)
MAmster@arelaw.com
KGeorge@arelaw.com
90 Park Avenue
New York, NY 10016
Telephone:   (212) 336-8090
Facsimile:    (212) 336-8001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>         Plaintiffs,<br><br>   v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>         Defendants. | Case No.   C05-03117 MJJ<br><br>**BAYER'S [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT HEARING** |

**BAYER'S [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT**
**CASE NO. C05-03117 MJJ**
sf-2277917

## **ORDER**

Equipment for the claim construction hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers, eight to ten boxes of documents and supplies) may be brought into Courtroom 11 on the 19th floor by Morrison & Foerster, counsel for Defendants, and Morrison & Foerster's vendor Aquipt beginning on March 9, 2007.

**IT IS SO ORDERED.**

Dated: 3/8/07                                By: _/s/ Martin J. Jenkins_
                                                United States District Judge

**BAYER'S [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT**     1
**CASE NO. C05-03117 MJJ**
sf-2277917