IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES,<br><br>    Plaintiffs<br><br>    v.<br><br>ROCHE DIAGNOSTICS CORPORATION,<br>ROCHE DIAGNOSTICS OPERATIONS, INC.<br>and BAYER HEALTHCARE LLC,<br><br>    Defendants<br>_____/ | No. C05-3117 MJJ<br><br>Related Cases:  04-2123 MJJ<br>                        04-3327 MJJ<br>                        04-3732 MJJ<br><br>**ORDER OF REFERENCE** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above-captioned case is referred for the purpose of **Discovery** to Magistrate Judge Bernard Zimmerman, to be heard and considered at the convenience of his calendar. Counsel will be advised of the date, time and place of the hearing by notice from Judge Zimmerman's chambers. On June 17, 2005, Related Case Nos. 04-2123 MJJ, 04-3327 MJJ and 04-3732 MJJ were assigned to Judge Zimmerman for discovery purposes.

**IT IS SO ORDERED.**

Dated: March 28, 2007

MARTIN J. JENKINS
United States District Judge