1  Ashok Ramani
   KEKER & VAN NEST, LLP
2  710 Sansome Street
   San Francisco, California 94111
3  Telephone: (415) 391-5400
   Facsimile:  (415) 397-7188
4  Email: aramani@kvn.com

5  Donald E. Knebel (*pro hac vice*)
   Lynn C. Tyler (*pro hac vice*)
6  Paul B. Hunt (*pro hac vice*)
   BARNES & THORNBURG LLP
7  11 S. Meridian Street
   Indianapolis, IN  46204
8  Telephone:  (317) 236-1313
   Facsimile:   (317) 231-7433
9  Email: donald.knebel@btlaw.com

10 Daniel P. Albers (*pro hac vice*)
   Jonathan P. Froemel (*pro hac vice*)
11 BARNES & THORNBURG LLP
   One North Wacker Drive, Suite 4400
12 Chicago, IL 60606
   Telephone:  (312) 357-1313
13 Facsimile:   (312) 759-5646
   Email: daniel.albers@btlaw.com

Attorneys for Defendants/Counterplaintiffs,
Roche Diagnostics Corporation and Roche
Diagnostics Operations, Inc.

RACHEL KREVANS (CA SBN 116421)
WESLEY E. OVERSON (CA SBN 154737)
JASON R. BARTLETT (CA SBN 214530)
RKrevans@mofo.com
WOverson@mofo.com
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MORTON AMSTER (*Pro Hac Vice*)
KENNETH P. GEORGE (*Pro Hac Vice*)
mamster@arelaw.com
kgeorge@arelaw.com
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue, 21st Floor
New York, NY  10016
Telephone: 212.336.8000
Facsimile:  212.336.8001

Attorneys for Defendant
BAYER HEALTHCARE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC. and BAYER HEALTHCARE LLC,<br><br>Defendants/Counterplaintiffs. | CASE NO. 05-CV 3117 MJJ<br><br>**AMENDED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY AND CERTAIN SUPPORTING DOCUMENTS UNDER SEAL**<br><br>Date:  May 2, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom G, 15th Floor<br>Judge:  Hon. Bernard Zimmerman |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 05-CV 3117MJJ
sf-2291482

1  Having considered Defendants' Administrative Motion for Leave to File Defendants'
2  Motion to Compel Production of Documents and Deposition Testimony and Certain Supporting
3  Documents Under Seal, and good cause appearing thereof, Defendants' Motion is GRANTED.
4  IT IS HEREBY ORDERED that the following documents shall be filed under seal:
5  (1) Defendants' Motion to Compel Production of Documents and Deposition Testimony
6  ("Brief"); (2) Exhibits 2-3 attached to the Declaration of Jason Bartlett in Support of Defendants'
7  Motion to Compel Production of Documents and Deposition Testimony; and (3) Exhibits A, C, D
8  and H attached to the Declaration of Jonathan Froemel in Support of Defendants' Motion to
9  Compel Production of Documents and Deposition Testimony.

Dated: _____    _____
The Honorable Bernard Zimmerman
United States District Court Judge

*[Handwritten]: No showing made under LR 79-5 to support a sealing order.*

*[Signature]*

Bernard ~~Zimmerman~~
United States Magistrate [Judge]

30 March 07
Date