1   RACHEL KREVANS (CA SBN 116421)
    WESLEY E. OVERSON (CA SBN 154737)
2   MARCELO O. GUERRA (CA SBN 232431)
    RKrevans@mofo.com
3   WOverson@mofo.com
    MGuerra@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   MORTON AMSTER (*Pro Hac Vice*)
    KENNETH P. GEORGE (*Pro Hac Vice*)
8   mamster@arelaw.com
    kgeorge@arelaw.com
9   AMSTER, ROTHSTEIN & EBENSTEIN LLP
    90 Park Avenue, 21st Floor
10  New York, NY 10016
    Telephone: 212.336.8000
11  Facsimile: 212.336.8001

12  Attorneys for Defendant
    BAYER HEALTHCARE LLC
13

14

15

16                      UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

20  ABBOTT DIABETES CARE INC. and          Case No.    C05-03117 MJJ
    ABBOTT LABORATORIES,
21                                          **ADMINISTRATIVE MOTION TO
                   Plaintiffs,              REMOVE INCORRECTLY FILED
22                                          DOCUMENTS AND [PROPOSED]
          v.                                ORDER**
23
    ROCHE DIAGNOSTICS CORP., and BAYER
24  HEALTHCARE LLC,

25                 Defendants.

26

27

28
    Case No. C05-03117 MJJ                         ADMINISTRATIVE MOTION TO REMOVE
    _____                    INCORRECTLY FILED DOCUMENTS AND
                                                              [PROPOSED] ORDER
    sf-2291537

1      PLEASE TAKE NOTICE that Defendant Bayer Healthcare LLC ("Bayer") hereby

2  requests that the following document be removed from the Court's Electronic Case Filing system:

3  Exhibit H attached to the Declaration of Jonathan Froemel in Support of Defendants' Motion to

4  Compel Production of Documents and Deposition Testimony ("Exhibit H").

5      Exhibit H was electronically filed on March 26, 2007.  On March 27, Bayer promptly

6  informed the Court's staff that the document was intended to be filed under seal.  A lock has been

7  placed on the document to prevent access to the document by the public.  Pursuant to the Court's

8  guidance on electronic filing, Bayer hereby requests that the document be removed from the

9  electronic filing system and filed under seal.

10     Dated: 3/27/2007              RACHEL KREVANS

11                                       WESLEY E. OVERSON
                                       MARCELO GUERRA

12                                        MORRISON & FOERSTER LLP

13

14                                 By:     /s/ Marcelo Guerra
                                          Rachel Krevans

15                                           Wesley Overson
                                          Marcelo Guerra

16                                           Attorneys for Defendant
                                          BAYER HEALTHCARE LLC

17

18

19     Having considered Defendants' Administrative Motion, and good cause appearing thereof,

20 Defendants' Motion is GRANTED.

21     IT IS HEREBY ORDERED that the following documents shall be removed from the

22 Court's Electronic Filing System:  Exhibit H attached to the Declaration of Jonathan Froemel in

23 Support of Defendants' Motion to Compel Production of Documents and Deposition Testimony.

24

25     Dated:

26                                        The Honorable Bernard Zimmerman
      Bernard Zimmerman               United States District Court Judge

27     United States Magistrate Judge

28

Case No. C05-03117 MJJ                                  ADMINISTRATIVE MOTION TO REMOVE
                                        1                INCORRECTLY FILED DOCUMENTS AND
                                                       [PROPOSED] ORDER

sf-2291537

[handwritten: See Order denying Sealing Order]