UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES,<br><br>          Plaintiff(s),<br><br>     v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGONOSTICS OPERATIONS, INC., and BAYER HEALTHCARD LLC,<br><br>          Defendant(s). | No. C05-3117 MJJ (BZ)<br><br>Related Cases: 04-2123 MJJ<br>                04-3327 MJJ<br>                04-3732 MJJ<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

Having received Roche's letter dated June 4, 2007 describing a discovery dispute and Abbott's reply and having received Abbott's June 5, 2007 letter describing a separate discovery dispute, **IT IS ORDERED** that a telephonic conference will be held on **Monday, June 11, 2007 at 1:30 p.m.** to discuss both disputes.  Counsel for Roche shall get all interested parties on the line and phone chambers at **415-522-4093**.

Dated: June 6, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\ORDER.Sch.Disc.Conf.wpd

1