UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGONOSTICS OPERATIONS, INC., and BAYER HEALTHCARD LLC,<br><br>　　　　Defendant(s). | No. C05-3117 MJJ (BZ)<br><br>Related Cases: 04-2123 MJJ<br>　　　　　　　　　04-3327 MJJ<br>　　　　　　　　　04-3732 MJJ<br><br>**SECOND DISCOVERY ORDER** |

　　　On June 11, 2007, I held a telephonic conference to address the discovery dispute raised in defendants' June 1, 2007 letter and plaintiff's June 5, 2007 letter in reply. <u>See</u> Attached. All parties were present, represented by counsel. During the conference, the parties waived further briefing on the issue. For the reasons discussed during the conference, **IT IS ORDERED** that defendants may proceed with their second deposition of Dr. Heller. The deposition will not exceed three deposition hours and will be limited to examination concerning the "newly produced documents" referred to in defendants' June 1 letter. The parties will confer and agree

1

1 | upon the time and place for deposition.
2 | Dated: June 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\SECOND.DISC.ORDER.wpd

2