UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES, <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGONOSTICS OPERATIONS, INC., and BAYER HEALTHCARD LLC, <br><br>　　　　Defendant(s). | No. C05-3117 MJJ (BZ) <br><br>Related Cases: 04-2123 MJJ <br>　　　　　　　　04-3327 MJJ <br>　　　　　　　　04-3732 MJJ <br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

　　　Having recently received three separate letters, each describing three separate discovery disputes, **IT IS ORDERED** that another telephonic conference shall be held on **Monday, June 18, 2007 at 3:00 p.m.** to discuss these disputes.  Counsel for **Abbott** shall get all interested parties on the line and phone chambers at **415-522-4093**.

Dated: June 13, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\TEL.CONF.2.ORD.wpd

1