UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC.<br>And ABBOTT LABORATORIES,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ROCHE DIAGNOSTICS CORP.,<br>ROCHE DIAGONOSTICS<br>OPERATIONS, INC., and BAYER<br>HEALTHCARE LLC,<br><br>　　　　Defendant(s). | No. C05-3117 MJJ (BZ)<br><br>Related Cases: 04-2123 MJJ<br>　　　　　　　　　04-3327 MJJ<br>　　　　　　　　　04-3732 MJJ<br><br>**ORDER** |

　　The court continues to receive discovery letters responding to discovery letters that the court has not received.  **IT IS THEREFORE ORDERED** that henceforth all letters as required by the Court's Initial Discovery Order shall be filed electronically in accordance with General Order No. 45.

Dated: June 14, 2007

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\ORDER RE E.FILING.DISC.LTRS.wpd

1