UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES, <br><br>    Plaintiff(s), <br><br>    v. <br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGONOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, <br><br>    Defendant(s). | No. C05-3117 MJJ (BZ) <br><br>Related Cases: 04-2123 MJJ <br> 04-3327 MJJ <br> 04-3732 MJJ <br><br>**SCHEDULING ORDER** |

On June 18, 2007, I held a telephonic conference to discuss the <u>LIFESCAN</u> discovery dispute raised in the June 7, 2007 letter from defendants. All interested parties were present, represented by counsel. Failing resolution, **IT IS ORDERED** as follows:

  1.  Defendants are granted leave to file a motion to compel discovery by **June 29, 2007**;

  2.  Any opposition shall be filed by **July 11, 2007**;

  3.  Any reply shall be filed by **July 18, 2007**;

  4.  A hearing on the motion is scheduled for **August 1, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal

1  Building, 450 Golden Gate Avenue, San Francisco, California
2  94102.
3  Dated: June 18, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\SCH.ORDER.wpd