UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. <br> And ABBOTT LABORATORIES, <br><br>            Plaintiff(s), <br><br>      v. <br><br> ROCHE DIAGNOSTICS CORP., <br> ROCHE DIAGONOSTICS <br> OPERATIONS, INC., and BAYER <br> HEALTHCARE LLC, <br><br>            Defendant(s). | No. C05-3117 MJJ (BZ) <br><br> Related Cases: 04-2123 MJJ <br>           04-3327 MJJ <br>           04-3732 MJJ <br><br> **ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

On July 25, 2007, defendants filed an administrative motion to file a particular document under seal. <u>See</u> Docket No. 469. Because plaintiffs, as the designating parties, have failed to file a declaration establishing that the material is sealable, defendants' motion is **DENIED**. The document will be made a part of the public record. <u>See</u> Civil Local Rule 79-5(d).

Dated: August 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\ORDER DENY MOTION SEAL 2.wpd

1