MORRISON & FOERSTER LLP
RACHEL KREVANS (CA SBN 116421)
WES E. OVERSON (CA SBN 154737)
JASON R. BARTLETT (CA SBN 214530)
RKrevans@mofo.com
WOverson@mofo.com
JasonBartlett@mofo.com
425 Market St.
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

AMSTER ROTHSTEIN & EBENSTEIN LLP
MORTON AMSTER (*pro hac vice*)
KENNETH P. GEORGE (*pro hac vice*)
MAmster@arelaw.com
KGeorge@arelaw.com
90 Park Avenue
New York, NY 10016
Telephone:   (212) 336-8090
Facsimile:    (212) 336-8001

Attorneys for Defendant
BAYER HEALTHCARE LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC<br><br>Defendant. | CASE NO.  C05-3117 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT TO MAGISTRATE JUDGE'S ORDER** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT TO MAGISTRATE JUDGE'S ORDER
No. C05-3117 MJJ
sf-2372733

## RECITALS AND STIPULATION

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, Magistrate Judge Bernard Zimmerman denied Defendants' Motion to Compel discovery of the settlement agreement between Abbott Laboratories and LifeScan, Inc. in an order dated and filed on August 3, 2007;

WHEREAS, Rule 72 of the Federal Rules of Civil Procedure authorizes a party to serve and file objections to a magistrate judge's order within 10 days;

WHEREAS, Defendants wish to review the transcript of the hearing to determine whether they will object to the magistrate judge's order;

WHEREAS, Defendants have requested a hearing transcript but have yet to receive an final copy;

WHEREAS, counsel for the parties have conferred and agreed to give Defendants an additional week beyond the 10-day limit to serve and file an objection to the magistrate judge's order so that Defendants will have time to obtain and review the hearing transcript;

WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to either party;

NOW, THEREFORE,

The undersigned parties, by and through their counsel, stipulate to the Court's entry of the proposed Order set forth below.

**.IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT
No. C05-3117 MJJ
sf-2372733

1

| | |
|---|---|
| Dated: August 17, 2007 | MORRISON & FOERSTER LLP |
| | By: _____<br>Wesley E. Overson |
| | Attorneys for Defendant<br>BAYER HEALTHCARE LLC |
| Dated: August 17, 2007 | BARNES & THORNBURG LLP |
| | By: _____<br>Donald E. Knebel |
| | Attorneys for Defendant<br>ROCHE DIAGNOSTICS CORP. |
| Dated: August 17, 2007 | BAKER BOTTS LLP |
| | By: _____<br>James W. Cannon, Jr. |
| | Attorneys for Plaintiffs<br>ABBOTT DIABETES CARE INC.<br>AND ABBOTT LABORATORIES |

# [~~PROPOSED~~] ORDER

On the stipulation of the parties, and good cause appearing, it is hereby ordered that:

1. Defendants shall have an additional week to serve and file an objection to Magistrate Judge Bernard Zimmerman's August 3, 2007 order denying Defendants' motion to compel discovery of the settlement agreement between Plaintiff Abbott Laboratories and non-party LifeScan, Inc.

2. Defendants shall serve and file any objection to Magistrate Judge Bernard Zimmerman's order on or before August 24, 2007.

**IT IS SO ORDERED.**

Date: 8/21, 2007

_____
Honorable Martin J. Jenkins
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO OBJECT
No. C05-3117 MJJ
sf-2372733

3

Dated: August 17, 2007

MORRISON & FOERSTER LLP

By: _____
Wesley E. Overson

Attorneys for Defendant
BAYER HEALTHCARE LLC

Dated: August 17, 2007

BARNES & THORNBURG LLP

By: _____
Donald E. Knebel

Attorneys for Defendant
ROCHE DIAGNOSTICS CORP.

Dated: August 17, 2007

BAKER BOTTS LLP

By: _____
James W. Cannon, Jr.

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
AND ABBOTT LABORATORIES