| | |
|---|---|
| KEKER & VAN NEST, LLP<br>ASHOK RAMANI - #200020<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: aramani@kvn.com | Brent A. Harris (Admitted *Pro Hac Vice*)<br>Roche Diagnostics Operations, Inc.<br>9115 Hague Road<br>Indianapolis, IN 46250<br>Telephone: (317) 521-2000<br>Facsimile: (317) 521-2883<br>Email: brent.harris@roche.com |
| BARNES & THORNBURG LLP<br>Donald E Knebel (Admitted *Pro Hac Vice*)<br>Lynn C. Tyler (Admitted *Pro Hac Vice*)<br>Paul B Hunt (Admitted *Pro Hac Vice*)<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433<br>Email: dknebel@btlaw.com | BARNES & THORNBURG LLP<br>Daniel P Albers (Admitted *Pro Hac Vice*)<br>Jonathan P. Froemel (Admitted *Pro Hac Vice*)<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Telephone: (312) 357-1313<br>Facsimile: (312) 759-5646<br>Email: dalbers@btlaw.com |

Attorneys for Defendants
ROCHE DIAGNOSTICS CORPORATION and
ROCHE DIAGNOSTICS OPERATIONS, INC.

**RECEIVED SEP 1 3 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES,<br><br>            Plaintiffs,<br><br>      v.<br><br>ROCHE DIAGNOSTICS CORPORATION<br>ROCHE DIAGNOSTICS OPERATIONS,<br>INC., and BAYER HEALTHCARE LLC,<br><br>            Defendants.<br><br>AND RELATED ACTIONS | Case No. C05-3117 MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING<br>APPLICATION FOR ADMISSION OF<br>SPENCER P. GOODSON *PRO HAC VICE*<br><br>Date Comp. Filed:   August 1, 2005<br><br>Trial Date: February 25, 2008 |

1    SPENCER P. GOODSON, an active member in good standing of the State Bar of Indiana
2  and the United States District Courts for the Northern and Southern Districts of Indiana, whose
3  business address and telephone number is Barnes & Thornburg LLP, 11 South Meridian Street,
4  Indianapolis, IN 46204, (317) 236-1313, has applied in the above-entitled action for admission to
5  practice in the Northern District of California on a *pro hac vice* basis, representing ROCHE
6  DIAGNOSTICS CORPORATION and ROCHE DIAGNOSTICS OPERATIONS, INC.
7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in general Order No. 45, *Electronic Case Filing*.

12
13 Dated: 9/24/07                      _____
14                                     MARTIN J. JENKINS
                                       United States District Court Judge

402724.01

[PROPOSED] ORDER GRANTING APP'N FOR ADMISSION OF SPENCER P. GOODSON *PRO HAC VICE*
CASE NO. C05-3117 MJJ

CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On September 13, 2007, I served the following document(s):

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF SPENCER P. GOODSON *PRO HAC VICE***

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error; and

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Rohit K. Singla<br>Jason A. Rantanen<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>rohit.singla@mto.com<br>jason.Rantanen@mto.com | Maria W. Boyce<br>BAKER BOTTS, L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002<br>maria.boyce@bakerbotts.com |
| James W. Cannon, Jr.<br>Shannon Hutcheson<br>Alma Burkhart<br>BAKER BOTTS, L.L.P.<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701<br>jim.cannon@bakerbotts.com<br>shannon.hutcheson@bakerbotts.com<br>alma.burkhart@bakerbotts.com | David G. Wille<br>BAKER BOTTS, L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201<br>david.wille@bakerbotts.com |
| Wesley E. Overson<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105<br>woverson@mofo.com | Kenneth P. George<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue, 21st Floor<br>New York, NY 10016<br>kgeorge@arelaw.com\ |

386631.01

PROOF OF SERVICE
CASE NO. C05-3117 MJJ

1  Bradford J. Badke
   Sona De
2  Ropes & Gray LLP
   1251 Avenue of the Americas
3  New York, NY  10020
4  jim.badke@ropesgray.com
   sona.de@ropesgray.com
5
   Executed on September 13, 2007, at San Francisco, California.
6
   I declare under penalty of perjury under the laws of the State of California that the above is true
7  and correct.
8
9                                                   _____
                                                    MAUREEN L. STONE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

386631.01

PROOF OF SERVICE
CASE NO. C05-3117 MJJ