| | |
|---|---|
| ASHOK RAMANI | RACHEL KREVANS (CA SBN 116421) |
| KEKER & VAN NEST, LLP | WESLEY E. OVERSON (CA SBN 154737) |
| aramani@kvn.com | JASON R. BARTLETT (CA SBN 214530) |
| 710 Sansome Street | RKrevans@mofo.com |
| San Francisco, CA 94111 | WOverson@mofo.com |
| Telephone: (415) 391-5400 | JBartlett@mofo.com |
| Facsimile: (415) 397-7188 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| BARNES & THORNBURG LLP | San Francisco, California 94105-2482 |
| DONALD E. KNEBEL (*pro hac vice*) | Telephone: 415.268.7000 |
| LYNN C. TYLER (*pro hac vice*) | Facsimile: 415.268.7522 |
| 11 South Meridian Street | |
| Indianapolis, IN 46204 | MORTON AMSTER (*Pro Hac Vice*) |
| donald.knebel@btlaw.com | KENNETH P. GEORGE (*Pro Hac Vice*) |
| lynn.tyler@btlaw.com | mamster@arelaw.com |
| 11 South Meridian Street | kgeorge@arelaw.com |
| Indianapolis, IN 46204 | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| Telephone:     (317) 236-1313 | 90 Park Avenue, 21st Floor |
| Facsimile:     (317) 231-7433 | New York, NY  10016 |
| | Telephone:  212.336.8000 |
| Attorneys for Defendants, | Facsimile:   212.336.8001 |
| ROCHE DIAGNOSTICS CORPORATION | |
| and ROCHE DIAGNOSTICS | Attorneys for Defendant, |
| OPERATIONS, INC. | BAYER HEALTHCARE LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, | Case No.   C05-03117 MJJ |
| Plaintiffs/Counterdefendants, | |
| v. | |
| ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC. and BAYER HEALTHCARE LLC, | |
| Defendants/Counterplaintiffs. | |
| THERASENSE, INC. AND ABBOTT LABORATORIES, | Case No.   C04-2123MJJ<br>Case No.   C04-3732MJJ<br>Case No.   C04-3327MJJ |
| Plaintiffs/Counterdefendants, | |
| v. | **REQUEST FOR ORDER GRANTING DEFENDANTS LEAVE TO AMEND THEIR ANSWERS AND COUNTERCLAIMS** |
| NOVA BIOMEDICAL CORPORATION AND BECTON, DICKENSON COMPANY, | |
| Defendants/Counterplaintiffs. | |

CHDS01  419944v1

On June 29, 2007, Defendants Bayer Healthcare, LLC and Roche Diagnostics Corporation and Roche Diagnostics Operations, Inc. served their motions for leave to amend their answers and counterclaims. On July 31, 2007 Defendants Becton, Dickinson and Co. and Nova Biomedical Corporation served their motion for leave to amend their answer and counterclaims in response to Plaintiffs' motion to strike. On September 18, 2007, the Court heard arguments on the parties' motions. Pursuant to the Court's request, the parties submit this Proposed Stipulated Order, which reflects the Court's ruling stated on the record of hearing held September 18, 2007.

Respectfully submitted,

Dated: 9/21, 2007

BAKER BOTTS LLP

By: /s/ Shannon Hutcheson by JPF
James W. Cannon, Jr.
Shannon H. Hutcheson
Maria Wyckoff Boyce
David J. Wille

*Attorneys for Plaintiffs Abbott Diabetes Care inc. and Abbott Laboratories*

Dated: 9/21, 2007

BARNES & THORNBURG LLP

By: /s/ Jonathan P. Froemel
Donald E. Knebel
Daniel P. Albers
Lynn C. Tyler
Paul B. Hunt
Jonathan P. Froemel

*Attorneys for Defendants Roche Diagnostics Corp. and Roche Diagnostics Operations, Inc.*

Dated: 9/21, 2007

ROPES & GRAY LLP

By: /s/ Jeanne Curtis by JPF

CHDS01 419944v1

REQUEST FOR ORDER GRANTING DEFENDANTS
LEAVE TO AMEND THEIR ANSWERS AND
COUNTERCLAIMS

-2-

Bradford J. Badke
Sona De
Jeanne Curtis

*Attorneys for Defendants Nova Biomedical Corporation and Becton, Dickinson and Company*

Dated: 9/21, 2007

MORRISON & FOERSTER LLP

By: /s/ Wesley Overson by JPB
Rachel Krevans
Wesley E. Overson
Jason R. Bartlett

*Attorneys for Defendant Bayer Healthcare LLC*

# [PROPOSED] STIPULATED ORDER

This cause being heard in cases CO-5-3117, CO-4-2123, CO-4-3327, and CO-4-3732 on the motions by Defendants Bayer Healthcare, LLC and Roche Diagnostics Corporation and Roche Diagnostics Operations, Inc. served June 29, 2007, and the motion of defendants Becton, Dickinson and Co. and Nova Biomedical Corporation served July 31, 2007 in response to Plaintiffs' motion to strike, for leave to amend their answers and counterclaims; briefs having been filed and arguments heard;

Wherefore, It Is Ordered That:

For the reasons stated on the record of hearing held September 18, 2007, all Defendants' motions are granted and the amended answers and counterclaims are deemed filed on September 18, 2007 and the Court denies Abbott's motion to strike BD's and Nova's amended answer and counterclaims.

It is further ordered that Abbott is permitted to take the depositions of Matthew Musho and Ying Le before the expert discovery cut-off as set forth in the Court's July 27, 2007 case management statement, or any amended thereto. Furthermore, the parties shall meet and confer and provide the Court with a proposed modified case management statement by September 26, 2007 reflecting any proposed changes to the current case schedule.

Date  09/25/07



The Honorable Martin J. Jenkins

CHDS01 419944v1

REQUEST FOR ORDER GRANTING DEFENDANTS LEAVE TO AMEND THEIR ANSWERS AND COUNTERCLAIMS

-4-