IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. ET AL, | No. C05-03117 MJJ |
| Plaintiff, | **ORDER RE: DEFENDANTS' OBJECTIONS TO MAGISTRATE'S AUGUST 3, 2007 ORDER** |
| v. | |
| ROCHE DIAGNOSTICS CORPORATION ET AL, | |
| Defendant. | |

Before the Court is Defendants' Fed. R. Civ. P. 72(a) Objection To Magistrate Judge Zimmerman's August 3, 2007 Order. (Docket No. 491.) Having reviewed the Objections, the Court has determined that it would benefit from a response from the opposing party. The Court therefore **ORDERS** that Abbott, shall file a response to Defendant's Objections **by Thursday, October 25, 2007**, no longer than fifteen (15) pages. Abbott shall also, by the same date, lodge with the Court, as an *in camera* submission, a copy of the same LifeScan/Abbott settlement agreement that was provided *in camera* to Magistrate Judge Zimmerman. No further briefing or oral argument will be entertained absent further order of the Court.

**IT IS SO ORDERED.**

Dated: October 18, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE