**Attorneys for Defendants,**
**ROCHE DIAGNOSTICS**
**CORPORATION and ROCHE**
**DIAGNOSTICS OPERATIONS, INC.**

KEKER & VAN NEST
ASHOK RAMANI (CA SBN 200020)
aramani@kvn.com
710 Sansome Street
San Francisco, CA 94111
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

BARNES & THORNBURG LLP
DANIEL P. ALBERS (*pro hac vice*)
JONATHAN P. FROEMEL (*pro hac vice*)
daniel.albers@btlaw.com
jonathan.froemel@btlaw.com
One North Wacker Drive
Suite 4400
Chicago, IL 60606
Telephone:    (312) 357-1313
Facsimile:    (312) 759-5646

BARNES & THORNBURG LLP
DONALD E. KNEBEL (*pro hac vice*)
LYNN C. TYLER (*pro hac vice*)
donald.knebel@btlaw.com
lynn.tyler@btlaw.com
11 South Meridian Street
Indianapolis, IN 46204
Telephone:     (317) 236-1313
Facsimile:     (317) 231-7433

ROCHE DIAGNOSTICS OPERATIONS, INC.
Brent A. Harris, Esq. (*pro hac vice*)
brent.harris@roche.com
9115 Hague Road
Indianapolis, IN 46250
Telephone: (317) 521-2000
Facsimile: (317) 521-2883

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC. and BAYER HEALTHCARE LLC,<br><br>Defendants/Counterplaintiffs. | Case No.    C05-03117 MJJ<br><br>**DECLARATION OF LYNN C. TYLER IN SUPPORT OF ROCHE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,592,745**<br><br>**PUBLIC VERSION** |

I, Lynn C. Tyler, declare and state as follows:

1. I am a partner in Barnes & Thornburg LLP, counsel for defendants Roche Diagnostics Corporation and Roche Diagnostics Operations, Inc. (collectively, "Roche") in this action. I make this declaration based upon personal knowledge, unless otherwise noted, and could testify competently to the facts stated herein.

2. Attached hereto is Exhibit 1, which is a true and accurate copy of U.S. Patent No. 6,592,745.

3. Attached hereto is Exhibit 2, which is a true and accurate copy of Abbott's Final Infringement Contentions-Roche with Exhibits 1-3 only.

4. Attached hereto is Exhibit 3, which is a true and accurate copy of excerpts from the deposition of Allen J. Bard taken October 18, 2007.

5. Attached hereto is Exhibit 4, which is a true and accurate copy of excerpts from the deposition of Allen J. Bard taken October 19, 2007.

6. Attached hereto is Exhibit 5, which is a true and accurate copy of excerpts from the deposition of Nigel Surridge taken May 24, 2007.

7. Attached hereto is Exhibit 6, which is a true and accurate copy of an excerpt from a Roche report concerning its Aviva test strip.

8. Attached hereto is Exhibit 7, which is a true and accurate copy of the expert report of Dr. Allen J. Bard, without exhibits.

9. Attached hereto is Exhibit 8, which is a true and accurate copy of the expert report of Dr. Allen J. Bard - Validity of '745 and '164 Patents, without exhibits.

10. Attached hereto is Exhibit 9, which is a true and accurate copy of the excerpts from a rough draft of the deposition of Dr. Jay Johnson taken October 23, 2007.

INDS02 LCT 931141v1

DECLARATION OF LYNN C. TYLER IN SUPPORT OF ROCHE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,592,745

-2-

I declare under penalty of perjury that the foregoing is true and correct.

By: _____

Dated: October 25, 2007

INDS02 LCT 931141v1

DECLARATION OF LYNN C. TYLER IN SUPPORT OF ROCHE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,592,745

-3-

# Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Paten No. 6,592,745

# EXHIBIT 1

# FILED UNDER SEAL

# Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745

## EXHIBIT 2

## FILED UNDER SEAL

**Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745**

**EXHIBIT 3**

**FILED UNDER SEAL**

# Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745

# EXHIBIT 4

# FILED UNDER SEAL

# Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745

# EXHIBIT 5

# FILED UNDER SEAL

# Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745

# EXHIBIT 6

# FILED UNDER SEAL

**Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745**

**EXHIBIT 7**

**FILED UNDER SEAL**

# Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745

# EXHIBIT 8

# FILED UNDER SEAL

**Roche's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,592,745**

**EXHIBIT 9**

**FILED UNDER SEAL**