| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
| | WESLEY E. OVERSON (CA SBN 154737) |
| 2 | JASON R. BARTLETT (CA SBN 214530) |
| | RKrevans@mofo.com |
| 3 | WOverson@mofo.com |
| | JasonBartlett@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | MORTON AMSTER (*Pro Hac Vice*) |
| | KENNETH P. GEORGE (*Pro Hac Vice*) |
| 8 | mamster@arelaw.com |
| | kgeorge@arelaw.com |
| 9 | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| | 90 Park Avenue, 21st Floor |
| 10 | New York, NY 10016 |
| | Telephone: 212.336.8000 |
| 11 | Facsimile: 212.336.8001 |
| 12 | Attorneys for Defendant |
| | BAYER HEALTHCARE LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES | CASE NO. 05-CV 3117 MJJ (BZ) |
| Plaintiffs/Counterdefendants, | **DECLARATION OF PARISA JORJANI IN SUPPORT OF DEFENDANTS BAYER AND ROCHE'S JOINT MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '745 PATENT** |
| v. | |
| ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC. and BAYER HEALTHCARE LLC, | Date:    December 12, 2007<br>Time:    10:00 a.m.<br>Place:    Courtroom 11, 19th Floor<br>Judge:    Hon. Martin J. Jenkins |
| Defendants/Counterplaintiffs. | |

I, Parisa Jorjani, declare as follows:

1. I am an associate at Morrison & Foerster LLP, counsel for defendant Bayer Healthcare LLC ("Bayer") in this action. I make this declaration based on personal knowledge and could testify competently to the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent 6,592,745 (Feldman).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Dr. Allen Bard, dated October 18, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Claim Construction Order filed in this matter on April 27, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy U.S. Patent 6,071,391 (Gotoh).

6. Attached hereto as Exhibit 5 is a true and correct copy of Abbott's Amended Objections and Responses to Bayer's First Set of Interrogatories, dated September 12, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Dr. Allen Bard, dated October 19, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of Rebuttal Expert Report of Dr. Allen Bard-Validity of '745 and '164 Patents, dated October 5, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Expert Report of Dr. Allen Bard, dated September 12, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of Second Preliminary Claim Construction Statement, dated October 24, 2006.

11. Attached hereto as Exhibit 10 is a true and correct copy of Exhibit 2 to Abbott's Final Infringement Contentions – Bayer, dated May 29, 2007.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Claim Construction Order for Case No. 04-2123, dated August 31, 2006.

13. Attached hereto as Exhibit 12 is a true and correct copy of Abbott's Amended Answers to Bayer's Second Set of Interrogatories, dated July 20, 2007.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition of E. Heller, dated August 17, 2007.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the 30(b)(6) deposition of B. Feldman, dated June 20, 2007.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition of B. Feldman, dated August 14, 2007.

17. Attached hereto as Exhibit 16 is a true and correct copy of documents Bates labeled BAYER0402567 – 68; BAYER0402571 – 72.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the deposition transcript of J. McCann, dated July 19, 2007.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the deposition of N. Blair, dated July 20, 2007.

20. Attached hereto as Exhibit 19 is a true and correct copy of Def. Ex. 247.

21. Attached hereto as Exhibit 20 is a true and correct copy of Def. Ex. 249 & 250

22. Attached hereto as Exhibit 21 is a true and correct copy of Def. Ex. 285.

23. Attached hereto as Exhibit 22 is a true and correct copy of documents Bates labeled BAYER0397609 – BAYER0397610; BAYER0266791 – BAYER0266796).

24. Attached hereto as Exhibit 23 is a true and correct copy of the International Patent Application No WO 98/35225.

25. Attached hereto as Exhibit 24 is a true and correct copy of Abbott's Markman Hearing slides.

26. Attached hereto as Exhibit 25 is a true and correct copy of the excerpts from the deposition of A. Heller, dated January 19, 2006.

27. Attached hereto as Exhibit 26 is a true and correct copy of the International Patent Application No. WO 98/55856.

28. Attached hereto as Exhibit 27 is a true and correct copy of the International Patent Application No. WO 00/28068.

29. Attached hereto as Exhibit 28 is a true and correct copy of U.S. Patent No. 6,436,256.

30. Attached hereto as Exhibit 29 is a true and correct copy of the U.S. Patent Application Publication US2005/0287035.

31. Attached hereto as Exhibit 30 is a true and correct copy of a document Bates labeled as BAYER0402570.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of October, 2007, at San Francisco, California.

By:    /s/ Parisa Jorjani