# APPENDIX A



