KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: aramani@kvn.com

Brent A. Harris (Admitted *Pro Hac Vice*)
Roche Diagnostics Operations, Inc.
9115 Hague Road
Indianapolis, IN 46250
Telephone:  (317) 521-2000
Facsimile:  (317) 521-2883
Email:  brent.harris@roche.com

BARNES & THORNBURG LLP
Donald E Knebel (Admitted *Pro Hac Vice*)
Lynn C. Tyler (Admitted *Pro Hac Vice*)
Paul B Hunt (Admitted *Pro Hac Vice*)
Spencer P. Goodson (Admitted *Pro Hac Vice*)
11 South Meridian Street
Indianapolis, IN 46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Email: dknebel@btlaw.com

BARNES & THORNBURG LLP
Daniel P Albers (Admitted *Pro Hac Vice*)
Jonathan P. Froemel (Admitted *Pro Hac Vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone:  (312) 357-1313
Facsimile:  (312) 759-5646
Email: dalbers@btlaw.com

Attorneys for Defendants
ROCHE DIAGNOSTICS CORPORATION and
ROCHE DIAGNOSTICS OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. C05-3117 MJJ<br><br>**STIPULATION TO REMOVE INCORRECTLY FILED DOCKET ENTRY 543**<br><br>Date Comp. Filed:     August 1, 2005<br><br>Trial Date:  February 25, 2008 |

1  Plaintiffs Abbott Diabetes Care Inc. and Abbott Laboratories, and Defendants Roche
2  Diagnostics Corporation and Roche Diagnostics Operations, Inc., submit this stipulation under
3  Civil Local Rule 7-12 to remove incorrectly filed Docket Entry 543, which is the public version
4  of the Confidential Declaration of Stephen G. Weber.  On the afternoon of Friday, October 26,
5  Roche inadvertently filed an unredacted version of Dr. Weber's declaration as Docket Entry 543.
6  Roche discovered the inadvertence after the ECF Help Desk was closed for the day, but on the
7  next business day, October 29, had Docket Entry 543 locked.  Also on October 29, Roche filed a
8  properly-redacted public version of Dr. Weber's declaration as Docket Entry 565.  In no way has
9  the substance of Dr. Weber's declaration changed—Docket Entry 565 simply redacts two words
10 that Roche all along intended to redact from the Docket Entry 543.

12 Dated:  November 1, 2007                BAKER BOTTS LLP

15                                          By: *Concurrence obtained per General Order 45 X.B.*
                                               SHANNON HUTCHESON
                                               Attorneys for Plaintiffs
16                                             ABBOTT DIABETES CARE INC. and
                                               ABBOTT LABORATORIES

18 Dated:  November 1, 2007                 KEKER & VAN NEST, LLP

21                                          By:   */s/ Ashok Ramani*
                                               ASHOK RAMANI
                                               Attorneys for Defendants
22                                             ROCHE DIAGNOSTICS
                                               CORPORATION and ROCHE
23                                             DIAGNOSTICS OPERATIONS, INC.

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.
25 Dated:  11/06/07

27                                          By: _____
                                               THE HON.
28                                             UNITED  Judge Martin J. Jenkins

1
STIPULATION TO REMOVE INCORRECTLY FILED DOCKET ENTRY 543
CASE NO. C05-3117 MJJ

405608.01