ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
Email: rohit.singla@mto.com
Email: jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
Email: maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
Email:  david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO.  C05-3117 MJJ<br><br>**DECLARATION OF SHANNON H. HUTCHESON IN SUPPORT OF ABBOTT'S OPPOSITION TO DEFENDANTS ROCHE'S AND BAYER'S JOINT MOTION FOR SUMMARY JUDGMENT OF INVALIDITY, AND DEFENDANTS BECTON DICKINSON & CO.'S AND NOVA BIOMEDICAL'S JOINDER THERETO**<br><br>**CONTAINS CONFIDENTIAL INFORMATION; FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** |

|   |   |
|---|---|
| AND | |
| THERASENSE, INC., and ABBOTT LABORATORIES, | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ |
| Plaintiffs, | |
| vs. | |
| NOVA BIOMEDICAL CORP., | |
| Defendant. | |
| AND RELATED CASES | |

I, Shannon Hutcheson, declare as follows:

1. I am an attorney with the law firm of Baker Botts LLP, counsel for Plaintiffs, Abbott Diabetes Care Inc. and Abbott Laboratories (collectively, "Abbott"), in this case.

2. I make this declaration based on personal knowledge and could testify competently to the facts stated herein. I make this declaration in support of Abbott's Opposition of Defendants Roche's and Bayer's Joint Motion for Summary Judgment of Invalidity, and Defendants BD and Nova's Joinder thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Validity Expert Report of Dr. Allen J. Bard dated October 5, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent Number '6,592,745.

5. Attached hereto as Exhibit 3 are true and correct excerpts from the Deposition of Steven Weber dated October 11, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Infringement Expert Report of Dr. Allen J. Bard dated September 12, 2007, and Exhibits 5, 6 and 7 thereto.

Plaintiff's Deposition Exhibit 97.

7. Attached hereto as Exhibit 5 are true and correct excerpts from the Deposition of Allen J. Bard dated October 18-20, 2007.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Infringement Expert Report of Steven Weber dated Plaintiff's October 5, 2007.

9. Attached hereto as Exhibit 7 are true and correct excerpts from the Deposition of William Durgin dated October 16, 2007.

10. Attached hereto as Exhibit 8 are true and correct excerpts from the Deposition of Joseph Stetter dated October 30, 2007.

11. Attached hereto as Exhibit 9 are true and correct excerpts from the Deposition of James McCann dated July 19, 2007.

12. Exhibit 10 was omitted.

13. Attached hereto as Exhibit 11 is a true and correct copy of the webpage of Cambridge Sensors Limited, at http://www.cs-limited.co.uk/4709/index.html (last viewed of November 6, 2007).

14. Attached hereto as Exhibit 12 is a true and correct copy of a May 11, 1998 letter from James McCann to Kenneth Weisshar, which was produced in this case by Bayer bearing bates numbers BAYER03999021-4.

15. Attached hereto as Exhibit 13 is a true and correct copy of a May 29, 1998 letter from James McCann to Margrete Goksoyr, which was produced in this case by Bayer bearing bates numbers BAYER0400779-88.

16. Attached hereto as Exhibit 14 is a true and correct copy of a September 16, 1998 letter from James McCann to Joseph Plevelich, which was produced in this case by Bayer bearing bates numbers BAYER0399090-91.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Validity Expert Report of Anthony Turner dated September 12, 2007, and Exhibits C and D thereto.

18. Attached hereto as Exhibit 16 are true and correct excerpts from the Deposition of Anthony Turner dated October 24-25, 2007.

19. Attached hereto as Exhibit 17 are true and correct excerpts from the Deposition of Neil Blair dated July 20, 2007.

20. Attached hereto as Exhibit 18 is a true and correct copy of the document produced in this litigation bearing bates labels TH0042821-44.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Cambridge Sensors Limited International Patent Application (WO 98/55856 (1988)) produced by Bayer in this case bearing bates numbers BAYER0402605-622.

22. Attached hereto as Exhibit 20 is a true and correct copy of the WO98/35225 by Heller et al.

23. Attached hereto as Exhibit 21 is a true and correct copy of U.S. Patent No. 6,120,676.

24. Attached hereto as Exhibit 22 is a true and correct copy of U.S. Patent No. 6,143,164.

25. Attached hereto as Exhibit 23 are true and correct excerpts from the Deposition of Xiaohua Cai dated August 15, 2007.

26. Attached hereto as Exhibit 24 are true and correct excerpts from the Deposition of Steve Diamond dated August 24, 2007.

27. Attached hereto as Exhibit 25 are true and correct excerpts from the Deposition of Bern Harrison dated May 23, 2007.

28. Attached hereto as Exhibit 26 are true and correct excerpts from the Deposition of Amy Goldy dated May 23, 2007.

29. Attached hereto as Exhibit 27 are true and correct excerpts from the Deposition of Irving John Higgins dated July 18, 2007.

30. Attached hereto as Exhibit 28 are true and correct excerpts from the Deposition of Nigel Surridge dated May 24 and August 3, 2007.

31. Attached hereto as Exhibit 29 are true and correct excerpts from the Deposition of Mark Vreeke dated August 10, 2007.

32. Attached hereto as Exhibit 30 are true and correct excerpts from the Deposition of Handani Winwarta dated July 16, 2007.

33. Attached hereto as Exhibit 31 is a true and correct copy of the Ascencia Microfill Test Strip manual, bates numbered TH0052271-2.

26. Attached hereto as Exhibit 32 are true and correct copies of Defendants' Markman Slides Set 3.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed this 14th day of November, 2007.

_____
Shannon H. Hutcheson