ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
Email:  rohit.singla@mto.com
Email:  jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
Email:  maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
Email:  david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO.  C05-3117 MJJ<br><br>**MANUAL FILING NOTIFICATION OF ABBOTT'S OPPOSITION TO DEFENDANTS ROCHE AND BAYER'S JOINT MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AS TO US PATENT NO .6,592,745 AND DEFENDANTS BECTON DICKINSON & CO.'S AND NOVA BIOMEDICAL'S JOINDER THERETO; EXHIBITS 1, 3-9, 12-17; 23-28, AND 30 ATTACHED TO THE DECLARATION OF SHANNON HUTCHESON, AND DECLARATION OF ALLEN BARD AND EXHIBITS ATTACHED THERETO** |

| | | |
|---|---|---|
| 1 | AND | |
| 2 | | CASE NO. C04-2123 MJJ |
| 3 | THERASENSE, INC., and ABBOTT LABORATORIES, | CASE NO. C04-3327 MJJ |
| | | CASE NO. C04-3732 MJJ |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | vs. | |
| 7 | NOVA BIOMEDICAL CORP., | |
| 8 | Defendant. | |
| 9 | | |
| 10 | AND RELATED CASES | |

## MANUAL FILING NOTIFICATION

<u>Regarding</u>:  Abbott's Opposition To Defendants Roche And Bayer's Joint Motion For Summary Judgment Of Invalidity As To Us Patent No .6,592,745 And Defendants Becton Dickinson & Co.'S And Nova Biomedical's Joinder Thereto; Exhibits 1, 3-9, 12-17; 23-28, and 30 attached to the Declaration Of Shannon Hutcheson, and Declaration Of Allen Bard and Exhibits attached thereto.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_ Unable to Scan Documents

\_\_\_ Physical Object (description):

\_\_\_ Non Graphic/Text Computer File (audio, video, etc.) on CD or other media

_X_  Item Under Seal

\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53).

| | |
|---|---|
| 1 | ___ Other (description): |
| 2 | |
| 3 | DATED:  November 14, 2007 |

BAKER BOTTS, LLP

By: /s/ *[signature]*
JAMES W. CANNON, JR. (pro hac vice)

SHANNON H. HUTCHESON (*pro hac vice*)
MARIA WYCKOFF BOYCE (*pro hac vice*)
DAVID G. WILLE (*pro hac vice*)

MUNGER, TOLLES & OLSON LLP

ROHIT SINGLA
JASON RANTANEN

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. and
ABBOTT LABORATORIES