1    ROHIT SINGLA (#213057)
       JASON RANTANEN (#229404)
2    MUNGER, TOLLES & OLSON LLP
       560 Mission Street
3    27th Floor
       San Francisco, CA  94105
4    Telephone:  (415) 512-4000
       Facsimile:  (415) 512-4077
5    *Email:  rohit.singla@mto.com*
       *Email:  jason.rantanen@mto.com*
6

7    JAMES W. CANNON, JR. (*pro hac vice*)
       SHANNON H. HUTCHESON (*pro hac vice*)
8    BAKER BOTTS, LLP
       98 San Jacinto Boulevard
9    Suite 1500
       Austin, Texas 78701
10   Telephone: (512) 322-2653
       Facsimile:  (512) 322-8353
11   *Email:  jim.cannon@bakerbotts.com*
       *Email:  shannon.hutcheson@bakerbotts.com*
12

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
*Email:  maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
*Email:  david.wille@bakerbotts.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> vs. <br><br> BECTON, DICKINSON AND CO., <br><br> Defendant. <br><br> ───────────────── <br> AND RELATED CASES | CASE NO.  C04-2123 MJJ <br> CASE NO.  C04-3327 MJJ <br> CASE NO.  C04-3732 MJJ <br><br><br> ~~[PROPOSED]~~ **ORDER GRANTING LEAVE TO FILE UNDER SEAL ABBOTT LABORATORIES' AND THERASENSE'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS, DECLARATION OF SHANNON HUTCHESON, AND EXHIBITS ATTACHED THERETO** |

The Court has considered Plaintiffs' Administrative Motion for Leave to File Under Seal:

(1) Abbott Laboratories' and Therasense's Opposition to Defendants' Motion for Leave to Amend Answer and Counterclaims;

(2) the Declaration of Shannon H. Hutcheson and Exhibits attached thereto.

The Court has determined that good cause exists for this motion.  Accordingly, Plaintiffs' Motion is GRANTED.

IT IS HEREBY ORDERED that the following shall be filed under seal:

(1) Abbott Laboratories' and Therasense's Opposition to Defendants' Motion for Leave to Amend Answer and Counterclaims;

(2) the Declaration of Shannon H. Hutcheson and Exhibits attached thereto.

Signed this __16__ day of _____November_____, 2007.

IT IS SO ORDERED

Judge Martin J. Jenkins

The Honorable _____ kins
United _____ Judge

[PROPOSED] ORDER
CASE NO. C04-2123 MJJ