IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. ET AL, | No. C05-03117 MJJ |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON PARTIES' OBJECTIONS TO MAGISTRATE'S DECEMBER 6, 2007 ORDER** |
| v. | |
| ROCHE DIAGNOSTICS CORPORATION ET AL, | |
| Defendant. | |

Before the Court are Abbott's objections and Bayer's objections to Magistrate Zimmerman's December 6, 2007 discovery order under Federal Rule of Civil Procedure 72(a). The Court will permit the parties to submit responses to the objections no later than **Friday, January 4, 2008.** The parties need not, and should not, repeat arguments in their responses that are already contained in their objections to the Magistrate's order.

**IT IS SO ORDERED.**

Dated: December 21, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE