```
1   RACHEL KREVANS (CA SBN 116421)
    WESLEY E. OVERSON (CA SBN 154737)
2   JASON R. BARTLETT (CA SBN 214530)
    MARCELO O. GUERRA (CA SBN 232431)
3   RKrevans@mofo.com
    WOverson@mofo.com
4   JasonBartlett@mofo.com
    Mguerra@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California 94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   KENNETH P. GEORGE (*Pro Hac Vice*)
    JOSEPH M. CASINO (*Pro Hac Vice*)
9   kgeorge@arelaw.com
    jcasino@arelaw.com
10  AMSTER, ROTHSTEIN & EBENSTEIN LLP
    90 Park Avenue, 21st Floor
11  New York, NY 10016
    Telephone: 212.336.8000
12  Facsimile: 212.336.8001

13  Attorneys for Defendant
    BAYER HEALTHCARE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No.   C05-03117 MJJ<br><br>**BAYER'S ADMINISTRATIVE MOTION AND [██████████] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT HEARING ON MOTIONS FOR SUMMARY JUDGEMENT** |

1     TO THE CLERK OF COURT:

2     Pursuant to General Order No. 58, Defendants hereby request permission to bring

3 electronic equipment into Courtroom 11 on the 19th floor for use at the summary judgment

4 hearing to be held in this matter on January 17, 2008.

5 Dated: January 10, 2008      RACHEL KREVANS
    WESLEY E. OVERSON
6      JASON R. BARTLETT
    MARCELO GUERRA
7      MORRISON & FOERSTER LLP

8

9      By:   /s/ Marcelo Guerra
     Marcelo Guerra
10
     Attorneys for Defendant
11      BAYER HEALTHCARE LLC

12

13     **ORDER**

14     Equipment for the summary judgment hearing in this matter (including but not limited to

15 laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a

16 screen, an ELMO projector, laser pointers, eight to ten boxes of documents and supplies) may be

17 brought into Courtroom 11 on the 19th floor by Morrison & Foerster, counsel for Defendants, and

18 Morrison & Foerster's vendor Aquipt beginning on January 17, 2008.

19 **IT IS SO ORDERED.**

20

21 Dated: 1/11/2008      By: _/s/ Martin J. Jenkins_

22      United States District Judge