RACHEL KREVANS (CA SBN 116421)
WESLEY E. OVERSON (CA SBN 154737)
JASON R. BARTLETT (CA SBN 214530)
MARCELO O. GUERRA (CA SBN 232431)
RKrevans@mofo.com
WOverson@mofo.com
JasonBartlett@mofo.com
Mguerra@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH P. GEORGE (*Pro Hac Vice*)
JOSEPH M. CASINO (*Pro Hac Vice*)
kgeorge@arelaw.com
jcasino@arelaw.com
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue, 21st Floor
New York, NY 10016
Telephone: 212.336.8000
Facsimile: 212.336.8001

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. C05-03117 MJJ<br><br>**BAYER'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

TO THE CLERK OF COURT:

Pursuant to General Order No. 58, Defendants hereby request permission to bring electronic equipment into Courtroom 11 on the 19th floor on January 29 and 30, 2008 for use at the summary judgment hearing to be held in this matter on January 30, 2008.

Dated: January 23, 2008

RACHEL KREVANS
WESLEY E. OVERSON
JASON R. BARTLETT
MARCELO GUERRA
MORRISON & FOERSTER LLP

By: /s/ Marcelo Guerra
Marcelo Guerra

Attorneys for Defendant
BAYER HEALTHCARE LLC

### ORDER

Equipment for the summary judgment hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers, eight to ten boxes of documents and supplies) may be brought into Courtroom 11 on the 19th floor by Morrison & Foerster, counsel for Defendants, and Morrison & Foerster's vendor Aquipt beginning on January 29, 2008.

**IT IS SO ORDERED.**

Dated: 1/28/2008       By: /s/ Martin J. Jenkins

United States District Judge

BAYER'S ADMIN. MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT
CASE NO. C05-03117 MJJ
sf-2454888

1