1  RACHEL KREVANS (CA SBN 116421)
   WESLEY E. OVERSON (CA SBN 154737)
2  JASON R. BARTLETT (CA SBN 214530)
   MARCELO O. GUERRA (CA SBN 232431)
3  RKrevans@mofo.com
   WOverson@mofo.com
4  JasonBartlett@mofo.com
   Mguerra@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  KENNETH P. GEORGE (*Pro Hac Vice*)
   JOSEPH M. CASINO (*Pro Hac Vice*)
9  kgeorge@arelaw.com
   jcasino@arelaw.com
10 AMSTER, ROTHSTEIN & EBENSTEIN LLP
   90 Park Avenue, 21st Floor
11 New York, NY 10016
   Telephone: 212.336.8000
12 Facsimile: 212.336.8001

13 Attorneys for Defendant
   BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. C05-03117 MJJ<br><br>**BAYER'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| 1 | TO THE CLERK OF COURT: |
| 2 | Pursuant to General Order No. 58, Defendants hereby request permission to bring |
| 3 | electronic equipment into Courtroom 11 on the 19th floor on February 22, 2008 for use at the |
| 4 | summary judgment hearing to be held in this matter on that day. |

Dated: February 14, 2008

RACHEL KREVANS
WESLEY E. OVERSON
JASON R. BARTLETT
MARCELO GUERRA
MORRISON & FOERSTER LLP

By: /s/ Marcelo Guerra
Marcelo Guerra

Attorneys for Defendant
BAYER HEALTHCARE LLC

## **ORDER**

Equipment for the summary judgment hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers, eight to ten boxes of documents and supplies) may be brought into Courtroom 11 on the 19th floor by Morrison & Foerster, counsel for Defendants, and Morrison & Foerster's vendor Aquipt beginning on February 22, 2008.

**IT IS SO ORDERED.**

Dated: 2/20/2008    By: _[signature]_

United States District Judge