RACHEL KREVANS (CA SBN 116421)
WESLEY E. OVERSON (CA SBN 154737)
JASON R. BARTLETT (CA SBN 214530)
RKrevans@mofo.com
WOverson@mofo.com
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH P. GEORGE (*Pro Hac Vice*)
JOSEPH M. CASINO (*Pro Hac Vice*)
kgeorge@arelaw.com
jcasino@arelaw.com
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue, 21st Floor
New York, NY  10016
Telephone:  212.336.8000
Facsimile:  212.336.8001

Attorneys for Defendant
BAYER HEALTHCARE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC. and BAYER HEALTHCARE LLC,<br><br>Defendants/Counterplaintiffs. | CASE NO. 05-CV 3117 MJJ (BZ)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:     December 12, 2007<br>Time:    10:00 a.m.<br>Place:    Courtroom 11, 19th Floor<br>Judge:   Hon. Martin J. Jenkins |

Having considered Defendant's Administrative Motion for Leave to File Documents Under Seal, and good cause appearing therefor, Defendant's Motion is GRANTED.

IT IS HEREBY ORDERED that the following documents shall be filed under seal: (1) Defendant Bayer's Motion for Summary Judgment of Noninfringement of the '551 Patent; (2) Exhibits 9, 10, 16, and 18 to the Declaration of Jason Bartlett in Support of Defendant Bayer's Motion for Summary Judgment of Noninfringement of the '551 Patent; and (3) Exhibit 22 to the Declaration of Parisa Jorjani in Support of Defendants Bayer and Roche's Joint Motion for Summary Judgment of Invalidity of the '745 Patent.

Dated: __March 27, 2008__

_____
The Honorable Martin J. Jenkins
United States District Court Judge