ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
Email: rohit.singla@mto.com
Email: jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
Email: maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6595
Facsimile:  (214) 661-4595
Email: david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC., and ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> vs. <br><br> ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC, <br><br> Defendants | CASE NO. C05-3117 MJJ <br><br> [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL EXHIBIT 24 TO THE DECLARATION OF SHANNON HUTCHESON IN SUPPORT OF ABBOTT'S OPPOSITION OF BAYER'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT |

The Court has considered Plaintiffs Abbott Diabetes Care Inc.'s and Abbott Laboratories' Motion for Leave to File Under Seal:

Exhibit 24 attached to the Declaration of Shannon Hutcheson in support of Abbott's Opposition of Bayer's Motion for Summary Judgment of Noninfringement.

The Court has determined that good cause exists for this motion. Accordingly, Plaintiffs' Motion is GRANTED.

IT IS HEREBY ORDERED that the following shall be filed under seal:

Exhibit 24 attached to the Declaration of Shannon Hutcheson in support of Abbott's Opposition of Bayer's Motion for Summary Judgment of Noninfringement.

Signed this 27th day of March, 2008.

_____
The Honorable Martin J. Jenkins
United States District Court Judge