1  KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
2  710 Sansome Street
San Francisco, CA  94111-1704
3  Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
4  Email: aramani@kvn.com

Nancy Tinsley (Admitted *Pro Hac Vice*)
Roche Diagnostics Operations, Inc.
9115 Hague Road
Indianapolis, IN 46250
Telephone:  (317) 521-2000
Facsimile:  (317) 521-2883
Email: nancy.tinsley@roche.com

5

6  BARNES & THORNBURG LLP
Donald E Knebel (Admitted *Pro Hac Vice*)
Lynn C. Tyler (Admitted *Pro Hac Vice*)
7  Paul B Hunt (Admitted *Pro Hac Vice*)
Spencer P. Goodson (Admitted *Pro Hac Vice*)
8  11 South Meridian Street
Indianapolis, IN 46204
9  Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
10  Email: dknebel@btlaw.com

BARNES & THORNBURG LLP
Daniel P Albers (Admitted *Pro Hac Vice*)
Jonathan P. Froemel (Admitted *Pro Hac Vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone:  (312) 357-1313
Facsimile:  (312) 759-5646
Email: dalbers@btlaw.com

11  Attorneys for Defendants
ROCHE DIAGNOSTICS CORPORATION and
12  ROCHE DIAGNOSTICS OPERATIONS, INC.

13

14

15                      UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, | Case No. C05-3117 WHA |
| 20                      Plaintiffs, | **[PROPOSED] ORDER GRANTING NOTICE OF CHANGE OF COUNSEL** |
| 21  v. | Judge:       The Hon. William H. Alsup |
| 22  ROCHE DIAGNOSTICS CORPORATION ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, | Date Comp. Filed:       August 1, 2005 |
| 23 | |
| 24                      Defendants. | |
| 25 | |
| 26  AND RELATED ACTIONS | |
| 27 | |

28

417030.01

1

**ORDER**

2       Good cause having been shown, the Court hereby GRANTS Roche's request to substitute

3 Nancy Tinsley for Brent A. Harris, and that the parties and the Court remove Mr. Harris from

4 their notice lists for the above-captioned case.

5

6  Dated: _ May 12, 2008 _



7

8                                    HONORABLE WILLIAM ALSUP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING NOTICE OF CHANGE OF COUNSEL
CASE NO. C05-3117 WHA