RACHEL KREVANS (CA SBN 116421)
WESLEY E. OVERSON (CA SBN 154737)
JASON R. BARTLETT (CA SBN 214530)
PARISA JORJANI (CA SBN 203487)
RKrevans@mofo.com
WOverson@mofo.com
JasonBartlett@mofo.com
PJorjani@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH P. GEORGE (*Pro Hac Vice*)
JOSEPH M. CASINO (*Pro Hac Vice*)
kgeorge@arelaw.com
jcasino@arelaw.com
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue, 21st Floor
New York, NY  10016
Telephone:  212.336.8000
Facsimile:  212.336.8001

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>                    Defendants. | Case No.    C05-03117 WHA<br><br>**BAYER'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT TUTORIAL** |

TO THE CLERK OF COURT:

Pursuant to General Order No. 58, Defendants hereby request permission to bring electronic equipment into Courtroom 9 on the 19th floor on May 23, 2008 for use during trial to be held in this matter beginning on May 27, 2008.

Dated: May 15, 2008

RACHEL KREVANS
WESLEY E. OVERSON
JASON R. BARTLETT
PARISA JORJANI
MORRISON & FOERSTER LLP

By: /s/ Jason R. Bartlett
Jason R. Bartlett

Attorneys for Defendant
BAYER HEALTHCARE LLC

## ORDER

Equipment for the summary judgment hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, eight to ten boxes of documents and supplies) may be brought into Courtroom 9 on the 19th floor by Morrison & Foerster, counsel for Defendants, and Morrison & Foerster's vendor Aquipt beginning on May 23, 2008.

**IT IS SO ORDERED.**

Dated: May 20, 2008      By: _____

United States District Judge

BAYER'S ADMIN. MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT
CASE NO. C05-03117 MJJ
sf-2516209

1