ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
*Email:  rohit.singla@mto.com*
*Email:  jason.rantanen@mto.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
*Email:  jim.cannon@bakerbotts.com*
*Email:  shannon.hutcheson@bakerbotts.com*

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
*Email:  maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
*Email:  david.wille@bakerbotts.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | **CASE NO.  C05-3117 WHA**<br><br>[~~PROPOSED~~] **AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS ASSERTED AGAINST (1) ROCHE DEFENDANTS BY PLAINTIFFS; AND (2) PLAINTIFFS BY ROCHE DEFENDANTS** |

Pursuant to the Rule 41(a) Stipulation of Dismissal With Prejudice filed by Plaintiffs Abbott Diabetes Care, Inc. and Abbott Laboratories ("Plaintiffs") and Defendants Roche Diagnostics Corporation and Roche Diagnostics Operations Incorporated ("Roche Defendants"), the claims and causes of action that were asserted in this case by (a) Plaintiffs against the Roche Defendants; and (b) Roche Defendants against Plaintiffs, are DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Signed this __27__ day of _____May_____, 2008.

_____
The Honorable William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*