United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | |
| AND CONSOLIDATED CASES. / | **JUDGMENT** |

Having determined that there is no just reason for delay, judgment is hereby entered under Rule 54(b) in favor of Bayer Healthcare LLC, Nova Biomedical Corporation, and Becton, Dickinson and Company with respect to all claims relating to U.S. Patent No. 5,820,551. The Clerk **SHALL CLOSE THE FILE FOR CIVIL CASE NO. 05-03117.**

**IT IS SO ORDERED.**

Dated: July 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE