IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. | |
| AND CONSOLIDATED CASES. | **ORDER RE MOTION TO AMEND JUDGMENT** |

The parties are requested to meet and confer to come up with an appropriate form judgement for all issues related to the '745 patent. The proposed judgment should be submitted by **AUGUST 1, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: July 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE