IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. | |
| AND CONSOLIDATED CASES. | **ORDER RE JUDGMENT AS TO '745 PATENT** |

The Court has received the parties' joint submission regarding the judgment for the '745 patent. Bayer's proposed language is acceptable, but the title of the proposed judgment states "Amended Judgment" when it should be a judgment under Rule 54(b). Bayer is requested to submit a new proposed judgment with the appropriate changes.

**IT IS SO ORDERED.**

Dated: August 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE