| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
|   | WESLEY E. OVERSON (CA SBN 154737) |
| 2 | JASON R. BARTLETT (CA SBN 214530) |
|   | PARISA JORJANI (CA SBN 203487) |
| 3 | RKrevans@mofo.com |
|   | WOverson@mofo.com |
| 4 | JasonBartlett@mofo.com |
|   | PJorjani@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | KENNETH P. GEORGE (*Pro Hac Vice*) |
|   | JOSEPH M. CASINO (*Pro Hac Vice*) |
| 9 | kgeorge@arelaw.com |
|   | jcasino@arelaw.com |
| 10 | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
|    | 90 Park Avenue, 21st Floor |
| 11 | New York, NY  10016 |
|    | Telephone:  212.336.8000 |
| 12 | Facsimile:  212.336.8001 |
| 13 | Attorneys for Defendant |
|    | BAYER HEALTHCARE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, | | Case No.   C05-03117 WHA |
| Plaintiffs, | | **STIPULATION AND [PROPOSED] ORDER** |
| v. | | |
| ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, | | |
| Defendants. | | Judge:  Hon. William H. Alsup |
| AND RELATED CASES | | |

1  In light of the Court's October 14, 2008, Order extending by one week the deadline for Abbott to submit its response to Defendants' declarations in support of their claims for fees and costs, the parties jointly request that the Court modify its August 21, 2008 Order re: Attorney's Fees and Costs to allow an equivalent extension of time for the parties to meet and confer to resolve differences as to the amount of the claim.  Paragraph 10 of the August 21 Order provides that within thirty-five calendar days of Defendants' filing of their detailed declarations, the parties "shall meet in person and confer to try to resolve all differences as to the amount."  This schedule allowed the parties two weeks after the filing of Abbott's opposition to negotiate.  Since Abbott's opposition papers are now due one week later on October 23, there remains only one week after that time until the current October 30 deadline for the parties to meet and confer.  The parties anticipate difficulties meeting the current deadline.  The parties therefore jointly request that the deadline to meet and confer regarding the Defendants' claims be modified to conform to the Court's original plan and extended by one week to November 6, 2008.

Dated: October 16, 2008

BRADFORD J. BADKE
SONA DE
ROPES & GRAY LLP


*/s/ Bradford J. Badke*
Bradford J. Badke

ATTORNEYS FOR DEFENDANTS NOVA BIOMEDICAL CORPORATION BECTON, DICKINSON AND COMPANY

Dated: October 16, 2008

RACHEL KREVANS
WESLEY E. OVERSON
JASON R. BARTLETT
PARISA JORJANI
MORRISON & FOERSTER LLP


*/s/ Wesley E. Overson*
Wesley Overson

ATTORNEYS FOR DEFENDANT BAYER HEALTHCARE LLC

STIPULATION AND [PROPOSED] ORDER
CASE NO.  C05-03117 MJJ
sf-2591822

1

1
2  Dated: October 16, 2008                    ROHIT SINGLA
                                              JASON RANTANEN
3                                             MUNGER, TOLLES & OLSON LLP
4
5                                             */s/ Rohit Singla*
                                              Rohit Singla
6
7                                             ATTORNEYS FOR PLAINTIFFS ABBOTT
                                              DIABETES CARE INC. AND ABBOTT
8                                             LABORATORIES
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCUMENT NAME
CASE NO.  C05-03117 MJJ                2
sf-2591822

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation and for good cause shown hereby extends by one week the deadline for the parties to meet and confer pursuant to paragraph 10 of the August 21, 2008 Order re Attorney's Fees and Costs. The parties are directed to meet and confer on or before November 6, 2008.

Dated: October 20, 2008        By: _____
                                   Hon. William H. Alsup
                                   *United States District Court Judge*

IT IS SO ORDERED
Judge William Alsup